

**MEMORANDUM ENDORSED**

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/2/20

June 30, 2020

**BY ECF**
Honorable Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    *United States* v. *Ethan Phelan Melzer*, 20 Cr. 314 (GHW)

Dear Judge Woods:

      With the consent of counsel for the defendant, the Government requests the Court set a deadline of July 21, 2020 for the Government to respond to the defendant's June 29, 2020 letter seeking certain records relating to the selection of the grand jury that returned the indictment in this case (*see* Dkt. 12). As the Court may be aware, similar requests are pending in numerous cases in this District. On June 30, 2020, in the case of *United States v. Balde*, 20 Cr. 281 (KPF), Judge Failla presided over a conference call with the Jury Administrator for the Southern District of New York, Linda Thomas. Counsel for the Government and the defendant in this case were invited to participate in the call. During that call, Ms. Thomas provided additional information about the existence and form of documents responsive to the defendant's requests. Judge Failla has ordered the parties in *Balde* to meet and confer about whether there is any dispute as to which documents requested by the defense should be produced, and to submit a joint status letter no later than July 14. Because the document requests in this case are substantially similar to those in *Balde*, the Government believes that any agreement reached in that case is likely to moot much if not all of any dispute in this case. Accordingly, the parties request that the Court set a deadline for the Government's response on July 21, by which time the parties can notify the Court whether there is any dispute regarding the defendant's document requests.

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney

By: _____
Samuel Adelsberg / Matthew Hellman
     / Sidhardha Kamaraju
Assistant United States Attorneys
Tel: (212) 637-2494/2278/6523

Application granted. The deadline for the United States to respond to the defendant's application is extended to July 21, 2020. For clarity of the record, the Court's June 30, 2020 order at Dkt. No. 15 was signed by the Court before this request from the parties was received, but it was docketed later.
SO ORDERED
July 2, 2020
_____
GREGORY H. WOODS
United States District Judge