UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

    UNITED STATES OF AMERICA,　　　　　　　　　　**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

              -against-

                                                        -CR-　　( ) ( )

                                              Defendant(s).
-------------------------------------------------------------------X

Defendant _____ hereby voluntarily consents to participate in the following proceeding via ___ videoconferencing or ___ teleconferencing:

   ___   Initial Appearance Before a Judicial Officer

   ___   Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

   ___   Bail/Detention Hearing

   ___   Conference Before a Judicial Officer


   /s authorized electronic signature              *Jennifer E. Willis*
_____　　　　　　_____
Defendant's Signature　　　　　　　　　　　　Defendant's Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)


_____　　　　　　_____
Print Defendant's Name　　　　　　　　　　　　Print Counsel's Name


This proceeding was conducted by reliable video or telephone conferencing technology.

_____　　　　　　　　　　_____
Date　　　　　　　　　　　　　　　　　　　　U.S. District Judge/U.S. Magistrate Judge