```
                    UNITED STATES DISTRICT COURT
                   SOUTHERN DISTRICT OF NEW YORK

In re:                                :
                                           Docket #1:20-cr-00314-
 UNITED STATES OF AMERICA,            : GHW All Defendants

                Plaintiff,            :

   - against -                        :

 MELZER, ETHAN PHELAN,                : New York, New York
                                        July 6, 2020
                 Defendant.           :

------------------------------------- : REMOTE ARRAIGNMENT

                     PROCEEDINGS BEFORE
             THE HONORABLE JUDGE SARAH NETBURN,
        UNITED STATES DISTRICT COURT MAGISTRATE JUDGE

APPEARANCES:

For Plaintiff:        UNITED STATES ATTORNEY'S OFFICE
                      BY:   SAMUEL S. ADELSBERG, ESQ.
                            MATTHEW J. C. HELLMAN, ESQ.
                      One St. Andrew's Plaza
                      New York, New York 10007
                      212-637-2278

For the Defendant:    FEDERAL DEFENDERS OF NEW YORK INC.
                      BY:   JENNIFER E. WILLIS, ESQ.
                            JONATHAN MARVINNY, ESQ.
                      52 Duane Street - 10th Floor
                      New York, New York 10007
                      212-417-8743




Transcription Service:  Carole Ludwig, *Transcription Services*
                        155 East Fourth Street #3C
                        New York, New York 10009
                        Phone:  (212) 420-0771
                        Email:  Transcription420@aol.com

Proceedings conducted telephonically and recorded by
electronic sound recording;
Transcript produced by transcription service
```

# INDEX

## E X A M I N A T I O N S

| Witness | Direct | Cross | Re-Direct | Re-Cross |
|---|---|---|---|---|

None

## E X H I B I T S

| Exhibit Number | Description | ID | In | Voir Dire |
|---|---|---|---|---|

None

```
 1                        PROCEEDINGS                        3
 2              HONORABLE SARAH NETBURN (THE COURT):   Good
 3   morning, everybody.  This is Judge Netburn.
 4              Ms. (indiscernible), are you there?
 5              THE CLERK:  I'm here, your Honor.  Good morning.
 6              THE COURT:  Good morning.  And do we have a court
 7   reporter on the call, or you're just recording?
 8              THE CLERK:  We are recording.
 9              THE COURT:  Okay.  Thank you.  Can you call the
10   case?
11              THE CLERK:  Your Honor, this is the matter the
12   United States v. Ethan Melzer, 20-cr-314.
13              And starting with the government, would you please
14   state your appearances for the record?
15              MR. SAMUEL S. ADELSBERG:  Good morning, your
16   Honor.  This is Sam Adelsberg for the United States.  And
17   I'm joined by Matt Hellman.
18              THE COURT:  Thank you.  Good morning.
19              MS. JENNIFER WILLIS:  Good morning, your Honor.
20   Jennifer Willis and Jonathan Marvinny, Federal Defenders of
21   New York, on behalf of Mr. Melzer.
22              THE COURT:  Thank you.  This is a reminder to
23   everybody that this is a public proceeding.  Members of the
24   public and the press are able to access the proceeding
25   through the public call-in number.  And all participants
```

```
 1                          PROCEEDINGS                     4
 2  are reminded that any recording or rebroadcasting of any
 3  portion of this proceeding is strictly prohibited.
 4             Can I just confirm, can the government hear me
 5  adequately?
 6             MR. ADELSBERG:  Yes, your Honor.
 7             THE COURT:  Okay.  And, Ms. Willis, can you hear
 8  me okay?
 9             MS. WILLIS:  I can, your Honor.
10             THE COURT:  Thank you.  And, Mr. Melzer, I just
11  want to confirm that you can hear me.
12             MR. ETHAN MELZER (THE DEFENDANT):  Yes, Judge; I
13  can hear you.
14             THE COURT:  Okay.  If for any reason you should
15  have difficulty hearing me, please speak up and let me
16  know, okay?
17             THE DEFENDANT:  Yes, Judge.
18             THE COURT:  Okay.  Okay.  I understand that we are
19  here today for an arraignment, is that correct?
20             MR. ADELSBERG:  Yes, your Honor.
21             THE COURT:  As everyone knows, we're in the middle
22  of the COVID-19 pandemic.  I hope everybody on this call is
23  healthy and safe.  I'm conducting this proceeding remotely
24  pursuant to the authority provided by Section 15002 of the
25  CARES Act and the standing orders issued by our chief judge
```

```
 1                          PROCEEDINGS                         5
 2   pursuant to that act.
 3            I find that the use of video conferencing at this
 4   time is not reasonably available; and, therefore, it's
 5   necessary to proceed by telephone.  I am proceeding by
 6   telephone, and I myself am outside of the district.
 7            Mr. Melzer, I've already confirmed that you can
 8   hear me and asked that you let me know if you have any
 9   difficulty hearing me.  I also want to let you know that if
10   you would like to speak privately with your attorney at any
11   time, just let me know, and we will give you that
12   opportunity, okay?
13            THE DEFENDANT:  Yes, Judge.
14            THE COURT:  Okay.  I've received a signed
15   Waiver -- actually not signed -- of Consent to Waive
16   Physical Presence.  Ms. Willis, I have this form.  It has
17   your client's name typed, but it hasn't been signed.  Have
18   you had an opportunity to discuss this form with him?
19            MS. WILLIS:  I did, your Honor.  This morning, in
20   advance of the call, I was able -- Mr. Marvinny and I were
21   both able to speak to Mr. Melzer.  We did discuss with him
22   the fact that today's proceeding would be happening
23   obviously remotely and also by phone, and we did review
24   both the waivers with him.  It was my understanding that
25   the Court would be able to fill it out -- not fill it
```

```
 1                         PROCEEDINGS                     6
 2   out -- rather would be able to sign on his behalf with his
 3   consent.
 4            THE COURT:  Okay.  Mr. Melzer, is all of that
 5   correct?
 6            THE DEFENDANT:  Yes, Judge.
 7            THE COURT:  And do you continue to wish to waive
 8   your rights to be physically present and instead proceed by
 9   telephone?
10            THE DEFENDANT:  Yes, Judge.  Yes, Judge.
11            THE COURT:  Okay.  Thank you.
12            And from the government, anything further before I
13   make my finding?
14            MR. ADELSBERG:  No, your Honor.  Thank you.
15            THE COURT:  Thank you.
16            I find that at knowing and voluntary waiver of the
17   right to be physically present for this arraignment has
18   been made.  I also find that today's proceeding cannot be
19   further delayed without serious harm to the interests of
20   justice.  And, therefore, we will proceed by telephone.
21            Mr. Melzer, do you authorize me to electronically
22   sign your name on this waiver of the right to be present at
23   a criminal proceeding?
24            THE DEFENDANT:  Yes, Judge.
25            THE COURT:  Thank you.  And I've also received
```

```
1                          PROCEEDINGS                         7
2    from you a Consent to Proceed by Video of Teleconference.
3    Did you receive that form, as well, or have you discussed
4    that form with your lawyer?
5              THE DEFENDANT:  We discussed it, Judge.
6              THE COURT:  Okay.  And may I electronically sign
7    this form on your behalf, as well?
8              THE DEFENDANT:  Yes, Judge.
9              THE COURT:  Okay.  Thank you.
10             As I mentioned, we are here for an arraignment.
11   Mr. Melzer, you've been charged in a six-count indictment.
12   I'm going to go over those counts briefly with you.
13   Count 1 charges you with conspiracy to murder U.S.
14   nationals.  That's a violation of Title 18 of the United
15   States Code Section 2332(b) and 3238.  Count 2 charges you
16   with attempted murder of U.S. nationals.  That's a
17   violation of Title 18 of the United States Code Sections
18   2332(b), 3238, and 2.  Count 3 charges you with conspiracy
19   to murder U.S. service members.  That's a violation of
20   Title 18 of the United States Code Section 1114, 1117, and
21   3238.  Count 4 charges you with attempted murder of U.S.
22   service members.  That's as violation of Title 18 of the
23   United States Code Sections 1114, 3238, and 2.  Count 5
24   charges you with the provision and attempted provision of
25   material support to terrorists.  That's a violation of
```

```
 1                       PROCEEDINGS                        8
 2   Title 18 of the United States Code Section 2339-A(a), 3238,
 3   and 2.  And Count 6 charges you with conspiracy to murder
 4   and maim in a foreign country.  And that is a violation of
 5   Title 18 of the United States Code, Sections 956(a)(1),
 6   956(a)(2)(A), and 3238.
 7             Mr. Melzer, have you received a copy of this
 8   indictment?
 9             THE DEFENDANT:  Yes, Judge.
10             THE COURT:  And have you had an opportunity to
11   discuss the charges with your lawyer?
12             THE DEFENDANT:  Yes, Judge.
13             THE COURT:  I've gone over the six counts of the
14   indictment, but if you'd like, I can read the entire
15   indictment to you in open court.  Would you like me to read
16   it to you?
17             THE DEFENDANT:  No, thank you, Judge.
18             THE COURT:  And how do you plead to the charges?
19             THE DEFENDANT:  Not guilty, Judge.
20             THE COURT:  Thank you.  I'll enter a plea of not
21   guilty on your behalf.
22             Anything further from the government?
23             MR. ADELSBERG:  No, your Honor.
24             THE COURT:  And, Ms. Willis, anything further from
25   defense?
```

```
 1                          PROCEEDINGS                          9
 2           MS. WILLIS:  No, your Honor.  Thank you.
 3           THE COURT:  Okay.  Thank you, everybody.  We're
 4   adjourned.
 5           MR. ADELSBERG:  Thank you, Judge.
 6           (Whereupon, the matter is adjourned.)
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1                                                         10
 2
 3                    C E R T I F I C A T E
 4
 5        I, Carole Ludwig, certify that the foregoing
 6  transcript of proceedings in the case of USA v. Ethan P.
 7  Melzer, Docket #20-cr-00314-GHW All Defendants, was
 8  prepared using digital transcription software and is a true
 9  and accurate record of the proceedings.
10
11
12
13  Signature_____ Carole Ludwig _____
14              Carole Ludwig
15  Date:    July 7, 2020
16
17
18
19
20
21
22
23
24
25
```