```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - x
                                       :
 UNITED STATES OF AMERICA              :    NOTICE OF APPEARANCE
                                       :    AND REQUEST FOR ELECTRONIC
              -v.-                     :    NOTIFICATION
                                       :
 ETHAN PHELAN MELZER,                  :    20 Cr. 341 (GHW)
                                       :
              Defendant.               :
                                       :
- - - - - - - - - - - - - - - - - - - X
```

TO: The Clerk of the Court
    United States District Court
    Southern District of New York

    The undersigned attorney respectfully requests the Clerk to note his appearance in this case in addition to the AUSAs already on the case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

                                              Respectfully submitted,

                                              AUDREY STRAUSS
                                              Acting United States
                                              Attorney for the
                                              Southern District
                                              of New York

                                    by: /s/ Sidhardha Kamaraju