**Federal Defenders OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director
and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

August 14, 2020

**VIA ECF**
Honorable Gregory H. Woods
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re: *United States v. Ethan Melzer*,
       20 Cr 314 (GHW)

Dear Judge Woods:

    I write, with the consent of the government, to request that Mr. Melzer's conference be held remotely rather than in person. The reason for the request is two-fold. First, for health and childcare reasons, I am not able to appear in court in person at present. Second, given current Bureau of Prison protocols, Mr. Melzer would have to be quarantined again for 21 days if he is brought to court for the conference. The quarantine process is onerous and would impede Mr. Melzer's ability to communicate with others and to review his discovery via computer. Accordingly, I request that the conference be held remotely, rather than in person.

    I believe that the Bureau of Prisons requires a week or two advanced notice to schedule a video appearance. As a result, it may be necessary to adjourn the conference in order to hold a remote appearance. If that is necessary, I consent to the exclusion of time until the new conference date and per the Court's individual rules, I have attached a proposed order excluding time. The additional time is necessary in order to allow the defense to continue to review discovery, to allow negotiations between the parties and to allow a conference to be scheduled at a time convenient to the parties and the Court.

    Thank you for your consideration of this request.

                                  Respectfully submitted,
                                  /s/
                                  Jennifer E. Willis
                                  Jonathan Marvinny
                                  Assistant Federal Defender
                                  (212) 417-8743 / (917) 572-5792

Cc:    AUSA Matthew Hellman

Revised: March 13, 2017

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X
                                                                 :
UNITED STATES OF AMERICA,                                        :
                                                                 :
                                                                 :    1:20-cr-314-GHW
                    -v -                                         :
                                                                 :    ORDER
                                                                 :
  ETHAN MELZER                                                   :
                                                                 :
                              Defendant.                         :
---------------------------------------------------------------- X
                                                                 :
```

GREGORY H. WOODS, United States District Judge:

Upon the application of the defendant, by and through his attorneys, JENNIFER E. WILLIS and JONATHAN MARVINNY, Federal Defenders of New York, and with the consent of AUDREY STRAUSS, Acting United States Attorney for the Southern District of New York, MATTHEW HELLMAN, Assistant United States Attorney, it is hereby ORDERED that the pretrial conference in this case is continued from AUGUST 20, 2020 to _____, 2020 at_____.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial because additional time is needed for the defense to review discovery and to schedule a convenient time for the next conference. Accordingly, it is further ORDERED that the time from the date of this order through November 20, 2020 is hereby excluded under the Speedy Trial Act, 18 U.S.C. ' 3161(h)(7)(A).

SO ORDERED.

Dated:
New York, New York

_____
GREGORY H. WOODS
United States District Judge