**Federal Defenders OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director
and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

August 14, 2020

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/18/2020

**VIA ECF**
Honorable Gregory H. Woods
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMORANDUM ENDORSED**

Re: *United States v. Ethan Melzer*,
    20 Cr 314 (GHW)

Dear Judge Woods:

I write, with the consent of the government, to request that Mr. Melzer's conference be held remotely rather than in person. The reason for the request is two-fold. First, for health and childcare reasons, I am not able to appear in court in person at present. Second, given current Bureau of Prison protocols, Mr. Melzer would have to be quarantined again for 21 days if he is brought to court for the conference. The quarantine process is onerous and would impede Mr. Melzer's ability to communicate with others and to review his discovery via computer. Accordingly, I request that the conference be held remotely, rather than in person.

I believe that the Bureau of Prisons requires a week or two advanced notice to schedule a video appearance. As a result, it may be necessary to adjourn the conference in order to hold a remote appearance. If that is necessary, I consent to the exclusion of time until the new conference date and per the Court's individual rules, I have attached a proposed order excluding time. The additional time is necessary in order to allow the defense to continue to review discovery, to allow negotiations between the parties and to allow a conference to be scheduled at a time convenient to the parties and the Court.

Thank you for your consideration of this request.

Application granted. The conference scheduled for August 20, 2020 is adjourned to August 31, 2020 at 9:00 a.m. and will be conducted via remote means through CourtCall. An order excluding time under the Speedy Trial Act will be entered separately.

Respectfully submitted,
/s/
Jennifer E. Willis
Jonathan Marvinny
Assistant Federal Defender
(212) 417-8743 / (917) 572-5792

SO ORDERED
Dated: August 18, 2020
New York, New York

_____
GREGORY H. WOODS
United States District Judge