```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/18/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
    UNITED STATES OF AMERICA,

                 -v-                            1: 20-cr-314-GHW

    ETHAN PHELAN MELZER,                ORDER

                            Defendant.
-------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

       Upon the application of the defendant, ETHAN PHELAN MELZER, by and through his attorneys, JENNIFER E. WILLIS and JONATHAN MARVINNY, Federal Defenders of New York, and with the consent of the Government, by and through AUDREY STRAUSS, Acting United States Attorney, MATTHEW HELLMAN, Assistant United States Attorney, of counsel, it is hereby ORDERED that the pretrial conference in this case is continued from August 20, 2020 to August 31, 2020 at 9:00 a.m.

       The Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial because it will permit the defendant and his counsel additional time to review discovery. Accordingly, it is further ORDERED that the time from the date of this order through August 31, 2020 is hereby excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).

       SO ORDERED.

Dated: August 18, 2020
New York, New York

                                        _____
                                        GREGORY H. WOODS
                                        United States District Judge