United States District Court
Southern District of New York
-----------------------------------------

| | |
|---|---|
| United States of America, | Request for Notice of Appearance |
| | and Electronic Notification |
| - v - | |
| | 20 Cr. 314 (GHW) |
| Ethan Phelan Melzer, | |
| Defendant. | |

-----------------------------------------

To:  Clerk of Court
     United States District Court
     Southern District of New York

The undersigned attorney respectfully requests that the Clerk note his appearance on behalf of defendant Ethan Phelan Melzer in the above-captioned case and add him as a filing user to whom Notices of Electronic Filing will be transmitted.

Respectfully Submitted,

/s/ Jonathan Marvinny
Jonathan Marvinny
Assistant Federal Defender
52 Duane Street, 10th Floor
New York, N.Y. 10007
212.417.8792

jonathan_marvinny@fd.org

cc:  Attorneys of record