

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 31, 2020

**BY ECF and EMAIL**
Honorable Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    *United States* v. *Ethan Phelan Melzer*, 20 Cr. 314 (GHW)

Dear Judge Woods:

    The Government respectfully submits this letter to ask that the Court exclude time through the date of the conference now scheduled for September 9, 2020, at 9:00 a.m. As the Court is aware, due to a scheduling conflict, the conference in this case was rescheduled from August 31, 2020 to September 9, 2020, which was the closest date available to accommodate the remote teleconference technology requested by counsel for the defendant. This continuance, and the exclusion of time requested, serve the ends of justice by accommodating the remote conferencing technology requested by the defendant, and to further allow the defendant to continue to receive and review discovery and consider the need for any potential pretrial motions. The Government therefore respectfully requests that time under the Speedy Trial Act be excluded through September 9, 2020, at 9:00 a.m. Counsel for the defendant has consented to this request.

    Per the Court's individual rules, the Government is submitting a proposed Order as to the exclusion of time under the Speedy Trial Act in Adobe PDF format on ECF, attached as Exhibit A, and in Microsoft Word format by email.

                                         Respectfully submitted,

                                         AUDREY STRAUSS
                                         Acting United States Attorney

                   By:      */s/ Matthew Hellman*
                                  Samuel Adelsberg / Matthew Hellman
                                     / Sidhardha Kamaraju
                                  Assistant United States Attorneys
                                  Tel: (212) 637-2494/2278/6523

# EXHIBIT A

Revised: March 13, 2017

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
                                                                   :
                                                                   :
UNITED STATES OF AMERICA,                                          :
                                                                   :       1:20-cr-314-GHW
                                                                   :
                – v –                                              :       ORDER
                                                                   :
                                                                   :
ETHAN PHELAN MELZER,                                               :
        a/k/a "Etil Reggad,"                                       :
                                                                   :
                            Defendant.                             :
                                                                   :
------------------------------------------------------------------ X
```

GREGORY H. WOODS, United States District Judge:

Upon the application of the United States of America, by and through AUDREY STRAUSS, Acting United States Attorney for the Southern District of New York, SAMUEL ADELSBERG, MATTHEW HELLMAN, and SIDHARDHA KAMARAJU, Assistant United States Attorneys, of counsel, and with the consent of ETHAN PHELAN MELZER, a/k/a "Etil Reggad," by and through his attorneys, JENNIFER WILLIS, ESQ., and JONATHAN MARVINNY, ESQ., this Court ordered on August 31, 2020 that the conference in this case scheduled for August 31, 2020 be rescheduled to occur on September 9, 2020 at 9:00 a.m.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial because it will permit the conference to be conducted as a video/teleconference as requested by the defendant, and to allow the defendant and his counsel to continue to receive and review discovery, and consider the need for any potential pretrial motions. Accordingly, it is ORDERED that the time from August 31, 2020 through September 9, 2020 is hereby excluded

2

under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).

    SO ORDERED.

Dated:
New York, New York

                                                    GREGORY H. WOODS
                                              United States District Judge