Revised: March 13, 2017

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
:
:
UNITED STATES OF AMERICA,           :
:                    1:20-cr-314-GHW
:
– v –                                :                    ORDER
:
:
ETHAN PHELAN MELZER,                :
   a/k/a "Etil Reggad,"              :
:
              Defendant.             :
:
------------------------------------------------------------ X

GREGORY H. WOODS, United States District Judge:

      Upon the application of the United States of America, by and through AUDREY STRAUSS, Acting United States Attorney for the Southern District of New York, SAMUEL ADELSBERG, MATTHEW HELLMAN, and SIDHARDHA KAMARAJU, Assistant United States Attorneys, of counsel, and with the consent of ETHAN PHELAN MELZER, a/k/a "Etil Reggad," by and through his attorneys, JENNIFER WILLIS, ESQ., and JONATHAN MARVINNY, ESQ., this Court ordered on August 31, 2020 that the conference in this case scheduled for August 31, 2020 be rescheduled to occur on September 9, 2020 at 9:00 a.m.

      The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial because it will permit the conference to be conducted as a video/teleconference as requested by the defendant, and to allow the defendant and his counsel to continue to receive and review discovery, and consider the need for any potential pretrial motions. Accordingly, it is ORDERED that the time from August 31, 2020 through September 9, 2020 is hereby excluded

under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).

    SO ORDERED.

Dated: August 31, 2020  
New York, New York

                                                                 GREGORY H. WOODS  
                                                                United States District Judge