```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/8/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                              :

UNITED STATES OF AMERICA,             :

                                                              :

                     -v-                           :                       1: 20-cr-314-GHW

                                                              :

ETHAN PHELAN MELZER,                :                       <u>ORDER</u>

                                                              :

                            Defendant.      :
------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

       The conference scheduled for September 9, 2020 at 10:30 a.m. will be conducted by teleconference. The parties are directed to use the following dial-in information to access the conference: (888) 557-8511; Access Code: 7470200. The parties are directed to the Court's Emergency Rules and Practices in Light of COVID-19, which are available on the Court's webpage. The parties are specifically directed to comply with Rule 2(C) of those rules.

       SO ORDERED.

Dated: September 8, 2020
New York, New York

                                                 _____
                                                      GREGORY H. WOODS
                                                   United States District Judge