UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------X

UNITED STATES OF AMERICA         :

        - v -                        :          **NOTICE OF MOTION**
                                                                                                                             **20 Cr. 314 (GHW)**

**ETHAN MELZER,**                :

        Defendant.        :
-------------------------------------------------X

      **PLEASE TAKE NOTICE**, that based on the accompanying memorandum of law and the declaration attached thereto, the defendant herein, **Ethan Melzer**, will move this Court, before the **Honorable Gregory H. Woods**, United States District Judge for the Southern District of New York, at a time to be set by the Court, for an Order dismissing the indictment as it was obtained in violation of the Fifth and Sixth Amendments to the United States Constitution and in violation of the Jury Selection and Service Act.

DATED:     New York, New York
                November16, 2020

                                                                                                 Respectfully submitted,
                                                                                                  DAVID E. PATTON, ESQ.
                                                                                                  Federal Defenders of New York

                                                    By:     /s Jennifer Willis_____
                                                            **Jonathan Marvinny, Esq.**
                                                            **Jennifer Willis, Esq**
                                                           Assistant Federal Defender
                                                           Attorneys for Defendant
                                                                  **Ethan Melzer**
                                                           52 Duane Street - 10th Floor
                                                           New York, New York 10007

TO:      AUDREY STRAUSS, ESQ.
            Acting United States Attorney
            Southern District of New York
            One St. Andrew's Plaza
            New York, New York 10007

Attn:  **MATTHEW HELLMAN**, **ESQ.**
           **SAMUEL ADELSBERG, ESQ.**
           **SIDHARDHA KAMARAJU, ESQ.**
           Assistant United States Attorneys