

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 17, 2020

**By ECF**
The Honorable Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl Street, Courtroom 14C
New York, New York 10007

    Re:    *United States v. Ethan Phelan Melzer*, S1 20 Cr. 314 (GHW)

Dear Judge Woods:

    The Government writes to request 30 days to respond to the defendant's motion to dismiss the indictment (the "Motion") in the above-captioned case, filed on November 16, 2020. (*See* Dkt. No. 37). The Motion is related to the defendant's previous request for records and papers used in connection with the constitution of the Master and Qualified Jury Wheels in the United States District Court for the Southern District of New York (s*ee* Dkt. No. 12), and is predicated almost exclusively on a report generated by an expert witness retained by the defendant discussing those records. (*See* Dkt. No. 38, Exhibit A). The report contains, among other things, lengthy statistical analyses of the Jury Selection Records and conclusions drawn therefrom by the defendant's expert witness. To respond to the Motion the Government intends to engage an expert to review the defendant's report, and anticipates such review will be concluded within 30 days. The Government therefore respectfully requests the Court set the following briefing schedule: Government's response due by December 17, 2020; and any reply by the defendant due by January 2, 2021.

                                                              Respectfully submitted,

                                                              AUDREY STRAUSS
                                                              Acting United States Attorney

                                          by:     /s/
                                                     Samuel Adelsberg / Matthew Hellman /
                                                     Sidhardha Kamaraju
                                                     Assistant United States Attorneys
                                                     (212) 637-2494/2278/6523

cc: Defense Counsel (by ECF)