

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 3, 2020

**BY ECF**
Honorable Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:  *United States v. Ethan Phelan Melzer*, 20 Cr. 314 (GHW)

Dear Judge Woods:

The parties jointly request an adjournment of the December 9, 2020 status conference to a date convenient for Court approximately 60 days from now.  The parties have conferred, and the Government understands that defense counsel requires additional time to review the discovery.  This discovery includes a substantial volume of unclassified discovery and some classified discovery, which the Government has only been able to produce to the defense recently, after defense counsel received the appropriate security clearances.  In light of the additional difficulties presented by the COVID-19 pandemic for the defense's review of discovery, including the classified discovery, which must be stored at a secure facility in the courthouse, the Government does not object to a 60-day adjournment of the conference date.

If the Court grants the adjournment request, the Government further requests that time be excluded in the interests of justice under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), from December 9, 2020 until the date set for the conference in order to provide the defendants with additional time to review the voluminous discovery and consider the need for any potential pretrial motions.  The defendant, through counsel, has consented to the exclusion of time. The Government is also submitting a proposed Order as to the exclusion of time under the Speedy Trial Act in Adobe PDF format on ECF, attached as Exhibit A, and in Microsoft Word format by email.

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney

By:  _____/s/_____
Samuel Adelsberg / Matthew Hellman / Sidhardha Kamaraju
Assistant United States Attorneys
Tel: (212) 637-2494/2278/6523

Revised: March 13, 2017

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                                                    :

UNITED STATES OF AMERICA,        :

                                                                                     :           1:20-cr-314-GHW

– v –                           :           <u>ORDER</u>

ETHAN PHELAN MELZER,        :
    a/k/a "Etil Reggad,"

                          Defendant.  :

------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

        Upon the application of the United States of America, by and through AUDREY STRAUSS, Acting United States Attorney for the Southern District of New York, SAMUEL ADELSBERG, MATTHEW HELLMAN, and SIDHARDHA KAMARAJU, Assistant United States Attorneys, of counsel, and with the consent of ETHAN PHELAN MELZER, a/k/a "Etil Reggad," by and through his attorneys, JENNIFER WILLIS, ESQ., and JONATHAN MARVINNY, ESQ., this Court ordered on _____ that the conference in this case scheduled for December 9, 2020 be rescheduled to occur on _____.

        The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial because it will permit the defendant and his counsel to review discovery and consider the need for any potential pretrial motions. Accordingly, it is ORDERED that the time from December 9, 2020 through _____ is hereby excluded

under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).

      SO ORDERED.

Dated:
New York, New York

                                            GREGORY H. WOODS
                                            United States District Judge