```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/3/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
:
UNITED STATES OF AMERICA,   :
:
-v-   :   1: 20-cr-314-GHW
:
ETHAN PHELAN MELZER,   :   ORDER
:
                        Defendant.   :
-----------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

Upon the application of the United States of America, by and through AUDREY STRAUSS, Acting United States Attorney for the Southern District of New York, SAMUEL ADELSBERG, MATTHEW HELLMAN, and SIDHARDHA KAMARAJU, Assistant United States Attorneys, of counsel, and with the consent of ETHAN PHELAN MELZER, a/k/a "Etil Reggad," by and through his attorneys, JENNIFER WILLIS, ESQ., and JONATHAN MARVINNY, ESQ., the conference in this case scheduled for December 9, 2020 is rescheduled to occur on February 17, 2021 at 11:00 a.m.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial because it will permit the defendant and his counsel to review discovery and consider the need for any potential pretrial motions. Accordingly, it is ORDERED that the time from December 9, 2020 through February 17, 2021 is hereby excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).

     SO ORDERED.

Dated:  December 3, 2020

                                                                         GREGORY H. WOODS
                                                                    United States District Judge