UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
    UNITED STATES OF AMERICA,

                    -v-                                          1:20-cr-314-GHW

    ETHAN PHELAN MELZER,                  ORDER
       a/k/a "Etil Reggad,"
                                 Defendant.
------------------------------------------------------------ X

GREGORY H. WOODS, United States District Judge:

       The conference scheduled for February 17, 2021 is rescheduled to February 22, 2021 at 9:00 a.m. The conference will take place by telephone. Members of the public who wish to audit the proceeding may do so using the following dial-in information: (888) 557-8511; Access Code: 7470200#.

SO ORDERED.

Dated: February 13, 2021

                                                                         GREGORY H. WOODS
                                                         United States District Judge