UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                                             :

UNITED STATES OF AMERICA,        :

                                                                             :           1:20-cr-314-GHW

                                                                             :

                       – v –                               :           <u>ORDER</u>

                                                                             :

ETHAN PHELAN MELZER,           :
    a/k/a "Etil Reggad,"
                                                                              :

                                               Defendant.  :
                                                                                          :
------------------------------------------------------------ X

GREGORY H. WOODS, United States District Judge:

        Upon the application of the United States of America, by and through AUDREY STRAUSS, United States Attorney for the Southern District of New York, SAMUEL ADELSBERG, MATTHEW HELLMAN, and SIDHARDHA KAMARAJU, Assistant United States Attorneys, of counsel, and with the consent of ETHAN PHELAN MELZER, a/k/a "Etil Reggad," by and through his attorneys, JENNIFER WILLIS, ESQ., JONATHAN MARVINNY, ESQ., and SARAH BAUMGARTEL, ESQ., this Court ordered on February 10, 2021 that the conference in this case scheduled for February 17, 2021 be rescheduled to occur on February 22, 2021.

        The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial because it will allow the defendant and his counsel to continue to receive and review discovery, and consider the need for any potential pretrial motions. Accordingly, it is ORDERED that the time from February 17, 2021 through February 22, 2021 is hereby excluded

under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).

SO ORDERED.

Dated: February 13, 2021

_____
GREGORY H. WOODS
United States District Judge