```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                             :
   UNITED STATES OF AMERICA,                                 :
                                                             :
                                                             :
                  -v-                                        :         1:20-cr-314-GHW
                                                             :
                                                             :
   ETHAN PHELAN MELZER,                                      :         ORDER
   a/k/a "Etil Reggad,"                                      :
                                               Defendant.   :
------------------------------------------------------------ X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/23/2021

GREGORY H. WOODS, United States District Judge:

As stated on the record during the February 22, 2021 conference:

Defendant's initial set of motions are due no later than May 24, 2021. The Government's oppositions are due no later than 30 days following service of the motions. Defendant's replies, if any, are due no later than 14 days following service of the oppositions;

The Government's anticipated motion under Section 4 of the Classified Information Procedures Act (CIPA), is due no later than June 23, 2021;

The parties are directed to submit a joint letter to the Court regarding next steps for Defendant's anticipated second set of motions, by no later than May 24, 2021; and

The Court will hold a status conference and, if necessary, a hearing on any of the parties' motions, on July 26, 2021 at 10:00 a.m.

SO ORDERED.

Dated: February 23, 2021

_____
GREGORY H. WOODS
United States District Judge