

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 19, 2021

**BY ECF and EMAIL**

Honorable Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *United States* v. *Ethan Phelan Melzer*, S1 20 Cr. 314 (GHW)

Dear Judge Woods:

      The Government writes pursuant to the Court's May 12, 2021 order (*see* 20 Cr. 314 (GHW), ECF No. 62) to provide the Court with facts regarding the defendant's entry into the Southern District of New York following his arrest. From at least in or about 2019 up to and including in or about May 2020, while stationed in Europe as a member of the United States Army, the defendant conspired with members of an extremist group, including by providing classified information to members of that group, to facilitate a deadly attack on his fellow service members during an overseas deployment of his Army unit. On June 10, 2020, members of the FBI's Joint Terrorism Task Force took custody of the defendant at a U.S. military installation in Europe, and then flew directly with the defendant to the Southern District of New York, entering at Stewart International Airport, located in Newburgh, New York. The defendant's arrest was then processed at an FBI office located in Newburgh, New York, after which he was housed at the Metropolitan Correctional Center in New York, New York, in anticipation of his June 11, 2020 presentment.

      Respectfully submitted,

      AUDREY STRAUSS
      United States Attorney

by: _____
      Samuel Adelsberg / Matthew Hellman
       / Sidhardha Kamaraju
      Assistant United States Attorneys
      Tel: (212) 637-2494/2278/6523

cc: Counsel of Record (by ECF)