UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | S1 20 Cr. 314 (GHW) |
| - v. - | : | **NOTICE** |
| ETHAN PHELAN MELZER, | : | |
| *Defendant.* | : | |

------------------------------------------------------------------x

PLEASE TAKE NOTICE that the undersigned will move this Court, before the Honorable Gregory H. Woods, United States District Judge for the Southern District of New York, at a time to be designated by the Court, for an order, pursuant to Rule 12 of the Federal Rules of Criminal Procedure and the Fifth Amendment, dismissing certain counts against the defendant, and granting such further relief as the Court deems just and proper.

Dated:   New York, New York
         May 24, 2021

                                                Respectfully submitted,
                                                Federal Defenders of New York, Inc.

                                                By:_/s/ Jennifer Willis_____
                                                Jennifer Willis, Esq.
                                                Jonathan Marvinny, Esq.
                                                Sarah Baumgartel, Esq.
                                                Anna Schneider, Esq.
                                                Attorneys for Ethan Phelan Melzer
                                                52 Duane Street, 10th Floor
                                                New York, New York 10007
                                                Tel.: (212) 417-8700