**Federal Defenders
OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*David E. Patton*
Executive Director
and Attorney-in-Chief

Southern District of New York
*Jennifer L. Brown*
Attorney-in-Charge

May 24, 2021

**VIA ECF**
Honorable Gregory H. Woods
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re: *United States v. Ethan Melzer*,
       20 Cr 314 (GHW)

Dear Judge Woods:

    I write in response to the Court's order dated February 23, 2021 (*See* Dkt. No. 56). The defense had previously indicated that we might have two separate sets of motions. The filing deadline for the first set of motions was May 24, 2021 and we were directed to file a letter detailing the proposed next set for any additional motions by May 24 as well. However, after thorough review, the defense currently does not intend to file any additional pretrial motions other than Motion to Dismiss filed on November 16, 2020 (*See* Dkt. No. 37) and the Motion Dismiss filed on May 24, 2021 (*See* Dkt. No. 64).

                              Respectfully submitted,
                              /s/
                              Jennifer E. Willis
                              Jonathan Marvinny
                              Assistant Federal Defender

                              (212) 417-8743 / (917) 572-5792

Cc:    AUSA Matthew Hellman