

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 17, 2021

**BY ECF**
The Honorable Gregory H. Woods
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

      Re:    *United States v. Ethan Phelan Melzer*, **S1 20 Cr. 314 (GHW)**

Dear Judge Woods:

      As the Court is aware, the Government's anticipated Classified Information Procedures Act ("CIPA") submission in this matter is currently due by June 23, 2021. The Second Circuit has held that to protect classified information from disclosure through a CIPA motion, the Government must invoke the "state secrets" privilege, a process that requires the Government to coordinate with various components of both the Department of Justice and other U.S. Government agencies. *See United States v. Aref*, 533 F.3d 72, 80 (2d Cir. 2008) (specifying that the privilege must be "lodged by the head of the department which has control over the matter, after actual personal consideration by that officer" (internal citation and quotation omitted)). In order to allow sufficient time for that process to be completed, the Counterintelligence and Export Control Section of the National Security Division for the Department of Justice has instructed this Office to seek a four-week extension of the Government's deadline to file a motion pursuant to CIPA in this case with respect to certain classified information.

Hon. Gregory H. Woods                                                                                      Page 2
June 17, 2021

       Accordingly, the Government respectfully requests that the Court extend the date for its CIPA motion until July 21, 2021. The Government has notified the defense of this application, and the defense consents to the proposed extension.

                                   Respectfully submitted,

                                   AUDREY STRAUSS
                                   United States Attorney

By:    _____/s/_____
             Sam Adelsberg
             Matthew Hellman
             Assistant United States Attorneys
             (212) 637-2494 / 2278

cc: Defense Counsel (by ECF)