```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,                        :
                                                 :
                                                 :
                        Plaintiff,               :
                                                 :
              -against-                          :     1:20-cr-314-GHW
                                                 :
ETHAN PHELAN MELZER,                             :     ORDER
    a/k/a "Etil Reggad,"                         :
                                                 :
                                                 :
                        Defendant.               :
------------------------------------------------------------X
```

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 7/21/2021

GREGORY H. WOODS, United States District Judge:

The conference scheduled for July 26, 2021 at 10:00 a.m. is scheduled to take place in **Courtroom 12C** of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan U.S. Courthouse at **500 Pearl Street**, New York, New York 10007.

SO ORDERED.

Dated: July 21, 2021
New York, New York

_____
GREGORY H. WOODS
United States District Judge