USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/26/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
    UNITED STATES OF AMERICA,

               – against–

    ETHAN PHELAN MELZER,
      a/k/a "Etil Reggad,"

               Defendant.
-----------------------------------------------------------X

1:20-cr-314-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

Trial in this matter will commence at **9:00 a.m. on April 25, 2022**. The pretrial materials required by Rule 6 of the Court's Individual Rules of Practice in Criminal Cases, including motions *in limine*, are due no later than **February 1, 2022**. If any motions *in limine* are filed, opposition papers are due no later than seven days after the date of service of the motion. Reply papers, if any, are due no later than four days after the date of service of the opposition. Courtesy copies of motions *in limine* should be submitted when the motions are fully briefed. The Court will hold a final pretrial conference in this matter on **March 24, 2022** at **2:00 p.m.**

Both the trial and the final pretrial conference will be held in **Courtroom 12C** of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan U.S. Courthouse at **500 Pearl Street**, New York, New York 10007.

The parties are further directed to submit: (1) a proposed brief description of the case, to be read to the venire and (2) a brief, mutually acceptable overview of the applicable law, to be read to the jury as part of the Court's initial instructions prior to opening statements, no later than **February 1, 2022**. If the parties are unable to agree on the language of such a short overview, they are directed

to notify the Court of that fact by the same date.

    SO ORDERED.

Dated: July 26, 2021
New York, New York

                                               GREGORY H. WOODS
                                          United States District Judge