UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v.-

ETHAN PHELAN MELZER,
a/k/a "Etil Reggad,"

Defendant.

S1 20 Cr. 314 (GHW)

**GOVERNMENT'S PROPOSED VERDICT FORM**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v.-

ETHAN PHELAN MELZER,
a/k/a "Etil Reggad,"

Defendant.

S1 20 Cr. 314 (GHW)

✓

We, the jury, unanimously find as follows:

**Count One: Conspiracy to Murder U.S. Nationals Abroad**

GUILTY ______ NOT GUILTY _______

**Count Two: Attempted Murder of U.S. Nationals Abroad**

GUILTY ______ NOT GUILTY _______

**Count Three: Conspiracy to Murder U.S. Service Members**

GUILTY ______ NOT GUILTY _______

**Count Four: Attempted Murder of U.S. Service Members**

GUILTY ______ NOT GUILTY _______

**Count Five: Provision and Attempted Provision of Material Support and Resources for Terrorism**

GUILTY ______ NOT GUILTY _______

**If, but only if, you have found the defendant guilty on Count Five, please respond to question 5(a) below. If you have found the defendant not guilty on Count Five, please proceed to Count Six.**

5(a) Please indicate in support of which offense, or offenses if more than one, the jury has found the defendant provided or attempted to provide material support or resources:

_______ Murder of U.S. Service Members

_______ Murder of U.S. Nationals

_______ Conspiracy to Murder U.S. Nationals

**Count Six: Illegal Transmission of National Defense Information**

GUILTY ______ NOT GUILTY _______

**Count Seven: Illegal Delivery of National Defense Information**

GUILTY ______ NOT GUILTY _______

Dated: New York, New York
__________, 2022

_________________________
Signature of Foreperson

_________________________
Print name

Dated: New York, New York
February 1, 2022

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney
Southern District of New York

By: /s/
Samuel S. Adelsberg
Matthew J.C. Hellman
Assistant United States Attorneys
(212) 637- 2494 / 2278

Cc: Defense Counsel
(Via ECF)