# EXHIBIT D

# Peter Simi: Curriculum Vitae
## Chapman University
## One University Drive, Orange, CA 92866
## Department of Sociology
## (402) 594-4817 (cell) simi@chapman.edu

## CURRENT POSITIONS

2020-present. Executive Committee, National Counterterrorism, Innovation, Technology & Education Center (NCITE), University of Nebraska, Omaha.
2016-2019. Director, Earl Babbie Research Center, Chapman University.
2016-present. Associate Professor, Department of Sociology, Chapman University.
2016-present. Visiting Professor. Center for Research on Extremism, C-REX. University of Oslo.
2016-present. Faculty Affiliate. The Center for Collaboration Science, University of Nebraska.
2015-present. Faculty Affiliate, Center for Brain, Biology and Behavior, University of Nebraska.
2015-2016. Director of Radicalization & Violent Groups Research, University of Nebraska.
2009-2016. Associate Professor, School of Criminology & Criminal Justice, University of Nebraska.
2003-2009. Assistant Professor, School of Criminology & Criminal Justice, University of Nebraska.

## EDUCATION

May 2003. Ph.D. in Sociology. University of Nevada, Las Vegas. Dissertation: "Rage in the City of Angels: the Historical Development of the Skinhead Subculture in Los Angeles" (Chair Simon Gottschalk and Barbara Brents).
June 1999. M.A. in Sociology. University of Nevada, Las Vegas. Masters Thesis: "Amerikan Dreams: Dialogues with White Supremacists" (Chair: Simon Gottschalk).
May 1995. B.A. in Social Science. Washington State University: Graduated with Honors.

## CERTIFICATION

April 2011. Federal Bureau of Investigation, Behavioral Science Unit. Selected and Certified as part of Delphi Working Group, "Radicalization, Street Gangs, and WMDs."
April 2010. Federal Bureau of Investigation, Behavioral Science Unit. Research and Training Certificate.

## AREAS OF SPECIALIZATION

Violence; Social Psychology; Race/Ethnicity; Social Movements & Collective Behavior; Terrorism; Street & Prison Gangs; Juvenile Delinquency; and Qualitative Methods

## PUBLICATIONS

### *Book Manuscripts*

Simi, Pete and Robert Futrell. 2010. *American Swastika*: *Inside the White Power Movement's Hidden Spaces of Hate*. Lanham, MD: Rowman & Littlefield. (second edition published July, 2015)

> **\*CHOICE Listed as one of the "Books for Understanding Charleston," 2015.**
> **\*CHOICE Outstanding Academic Title of the Year, 2010.**
> \*Nominated for the C. Wright Mills Award, SSSP, 2011.
> \*Nominated for the Charles Tilly Best Book Award, CBSM/ASA, 2011.
> **\*Featured** in *Las Vegas Review Journal*, *Las Vegas Sun*, *Omaha World Herald*,
>  *Tucson Weekly, Tom Becka Show* and *Nevada Public Radio*

*__American Swastika__ Reviewed in *Contemporary Sociology, Terrorism and Political Violence, Journal of Religion, Media, and Digital Culture, Nationalities Papers: the Journal of Nationalism and Ethnicity*,
*Michigan Sociological Review, Perspectives on Terrorism*, *Journal for the Study of Radicalism, Extremism, and Terrorism*, *Crime, Law, and Social Change*, *Publisher's Weekly*, and *Library Journal*

## *Peer-Reviewed Journal Articles* (*denotes graduate student at time of publication)

Windisch, Steven, Pete Simi, Kathleen M. Blee, and Matthew DeMichele. 2020. "On the Permissibility of Homicidal Violence: Perspectives from Former US White Supremacists." *Perspectives in Terrorism*.

Simi, Pete and Steven Windisch**.** 2020. **"**The Culture of Violent Talk: An Interpretive Approach**."** *Social Science*, 9.

Windisch, Steven, Pete Simi, Kathleen Blee, and Matthew DeMichele. 2020. "Measuring the Extent and Nature of Adverse Childhood Experiences (ACE) among Former White Supremacists." *Terrorism and Political Violence*. https://doi.org/10.1080/09546553.2020.1767604

Latif, Mehr, Kathleen Blee, Matthew DeMichele, and Pete Simi. 2020. "Do White Supremacist Women Adopt Movement Archetypes of Mother, Whore, and Fighter?" *Studies in Conflict and Terrorism*.

Simi, Pete and Steven Windisch. 2020. "Why Radicalization Fails: Barriers to Mass Casualty Terrorism." *Terrorism and Political Violence*, 32(4), 831-850.

Latif, Mehr, Kathy Blee, Matthew DeMichele, Pete Simi, and Shayna Alexander. 2020. "Why White Supremacist Women Become Disillusioned, and Why They Leave." *The Sociological Quarterly*, 61, 3:367-88. (Winner of the Sociological Quarterly article award for 2019-2020).

Bubolz, Bryan and Pete Simi. 2019. "The Problem of Overgeneralization: The Case of Mental Health Problems and US Violent White Supremacists." *American Behavioral Scientist* 1-17.

Simi, Pete, Steven Windisch, Daniel Harris*, and Gina Ligon. 2019. "Anger from Within: The Role of Emotions in Disengagement from Violent Extremism." *Journal of Qualitative Criminal Justice & Criminology* 6, 3-28.

Fahey, Susan and Pete Simi. 2019. "Pathways to Violent Extremism: A Qualitative Comparative Analysis of the US Far-Right." *Journal of Dynamics of Asymmetric Conflict* 12:42-66.

Windisch, Steven, Pete Simi, Kathleen Blee, and Matthew DeMichele. 2018. "Understanding the Micro-Situational Dynamics of White Supremacist Violence in the United States." *Perspectives in Terrorism*, 6: 23-37.

Latif, Mehr, Kathy Blee, Matthew DeMichele, and Pete Simi. 2018. "How Emotional Dynamics Maintain and Destroy White Supremacist Groups." *Humanity & Society*, 42, 4:480-501.

*Peer-Reviewed Journal Articles Cont.*

Windisch, Steven, Gina Ligon, and Pete Simi. 2017. "Organizational [Dis]trust: Comparing Disengagement Among Former Left-Wing and Right-Wing Violent Extremists." *Studies of Conflict & Terrorism*. DOI: 10.1080/1057610X.2017.1404000.

Simi, Pete, Kathy Blee, Matthew DeMichele, and Steven Windisch*. 2017. "Addicted to Hate: Identity Residual among Former White Supremacists." *American Sociological Review* 82, 6: 1167-87.

Blee, Kathy, Matthew DeMichele, Pete Simi, and Mehr Latif. 2017. "How Racial Violence is Provoked and Channeled." *Socio,* December: 257-76.

Evans, Mary, Amy Anderson, and Pete Simi. 2017. "An Examination of the Relationship Between Height and Delinquency." *Journal of Developmental & Life Course Criminology, 1-18.*

Windisch, Steven*, Pete Simi, Gina Scott Ligon, and Hillary McNeel*. 2016. "Disengagement from Ideologically-Based and Violent Organizations: A Systematic Review of the Literature." *Journal for Deradicalization*, 9:1-38.

Simi, Pete, Karyn Sporer* and Bryan Bubolz. 2016. "Narratives of Childhood Adversities and Adolescent Misconduct as Precursors to Violent Extremism: A Life-Course Criminological Approach." *Journal of Research in Crime and Delinquency, 53, 4: 536-63.*

Simi, Pete, Robert Futrell, and Bryan Bubolz. 2016. "Parenting as Activism: Identity Alignment among White Power Activists." *The Sociological Quarterly, 57:* 491-516.

Harris, Daniel*, Pete Simi, and Gina Ligon. 2016. "Reporting Practices for Studies Involving Interviews with Extremists." *Studies in Conflict and Terrorism,* 39: 602-16.

Bubolz, Bryan* and Pete Simi. 2015. "Leaving the World of Hate: Life Course Transitions and Self-Change." *American Behavioral Scientist*, 59: 1588-1608.

Bubolz, Bryan* and Pete Simi. 2015. "Disillusionment and Change: A Cognitive-Emotional Theory of Gang Exit." *Deviant Behavior: An Interdisciplinary Journal 36,4: 330-45.*

Evans, Mary*, Samantha Clinkinbeard, and Pete Simi. 2014. "Learning Disabilities, Attention-Deficit Hyperactivity Disorder, and Delinquency." *Deviant Behavior: An Interdisciplinary Journal 36 (3):200-220.*

Simi, Pete, Bryan Bubolz*, and Ann Hardman. 2013. "Military Experience, Identity Discrepancies, and Far Right Terrorism: An Exploratory Analysis." *Studies in Conflict and Terrorism 36(8):654-71.*

Ligon, Gina, Pete Simi, Daniel Harris*, and Mackenzie Harms*. 2013. "Putting the 'O' in VEOs: What Makes an Organization." *Dynamics of Asymmetric Conflict*. (published online July 10, 2013).

Garland, Brett and Pete Simi. 2011. "Hate Violence and the Unintentional Consequences of Civil Litigation." *Criminal Justice Review* 36:498-512.

Clinkinbeard, Samantha, Pete Simi, Mary Evans* and Amy Anderson. 2011. "Sleep and Delinquency: Does the Amount of Sleep Matter?" *Journal of Youth and Adolescence* 40: 916-930.

## Peer-Reviewed Journal Articles Cont.

Simi, Pete.  2010. "Why Study White Supremacist Terror?: A Research Note." *Deviant Behavior: An Interdisciplinary Journal* 31:251-73.

Simi, Pete and Robert Futrell.  2009. "Negotiating White Power Activist Stigma." *Social Problems* 56:89-110. (Reprinted in Patti and Peter Adler's *Constructions of Deviance: Social Power, Context and Interaction*. 2011. 7th edition. Wadsworth Cengage).

Simi, Pete, Lowell Smith*, and Ann Stacey*.  2008. "From Punk Kids to Public Enemy Number One." *Deviant Behavior: An Interdisciplinary Journal* 29,8:753-774. (Reprinted in Mark Pogrebin's *About Criminals*. 2013. Sage Publications).

Futrell, Robert, Pete Simi, and Simon Gottschalk.  2006. "Understanding Music in Movements: the U.S. White Power Music Scene."  *The Sociological Quarterly*, 47:275-304.

Simi, Pete and Robert Futrell.  2006. "Cyberculture and the Endurance of White Power Activism." *The Journal of Political and Military Sociology,* 34(1):115-142. (Reprinted in Peter Neumann's edited volume *Radicalisation,* Forthcoming. Routledge).

Futrell, Robert and Pete Simi.  2004. "Free Spaces, Collective Identity, and the Persistence of U.S. White Power Activism." *Social Problems*, 51:16-42. (Reprinted in David Snow and Doug McAdam's *Social Movements: Readings on their Emergence, Mobilization, Dynamics, and Impact*. 2010. 2nd edition. Oxford University Press).

## Book Chapters & Other Publications

Simi, Pete and Robert Futrell. Forthcoming. "Neo-Nazis." *Blackwell Encyclopedia of Social and Political Movements*.  Edited by David Snow, Donatella Della Porta, Bert Klandermans, and Doug McAdam.

Futrell, Robert and Pete Simi. Forthcoming. "Alt-Right." *Blackwell Encyclopedia of Social and Political Movements*.  Edited by David Snow, Donatella Della Porta, Bert Klandermans, and Doug McAdam.

Simi, Pete. 2020. "Unpacking the Links between Ideas and Violent Extremism." George Washington University, Program on Extremism: 1-11.

Hoffman, Dennis and Pete Simi. 2020. "Requiem for a Report."  Omaha Star. Op ed.

Scrivens, R., Windisch, S., & Simi, P. Forthcoming. "Former Extremists in Radicalization and Counter-Radicaliaztion." In M. Deflem and D. Silva (Eds.), *Sociology of Crime, Law, and Deviance - Vol. 25: Radicalization and Counter-Radicalization* (pp. 207-222) Bingley, UK: Emerald Publishing.

Simi, Pete and Robert Futrell. 2020. "Active Abeyance, Political Opportunity, and the 'New' White Supremacy." In H. Johnston and P. Oliver's *Racialized Protest and the State: Resistance and Repression in a Divided America* (p. 122-50) NY: Routledge.

*Book Chapters & Other Publications Cont.*

Futrell, Robert, Pete Simi, and Anna Tan. 2018. "Political Extremism and Social Movements." The Wiley Blackwell Companion to Social Movements edited by David Snow, Sarah Soule, Hanspeter Kriesi, and Holly McCammon (p. 618-34) NY: Wiley.

Windisch, Steven, & Simi, Pete. 2017. "Trends in Neo-Nazi Music." In S. Brown and O. Sefiha (Eds.), *Routledge Handbook of Deviance* (pp. 111-121). New York, NY: Taylor & Francis.

Simi, Pete, & Windisch, Steven. 2017. "Barriers to Radicalization." *C-REX: Center for Research on Extremism Working Paper Series*, No. 2, pp. 1-28. University of Oslo, Oslo, Norway.

Futrell, Robert and Pete Simi. 2017. "The 'Alt-Right' ideas are not new but they are taking advantage of new opportunities." *Mobilizing Ideas* Blog.

Simi, Pete, Kathy Blee, Matthew DeMichele, and Steven Windisch*. 2017. White supremacy can be addictive, and leaving it behind can be like kicking a drug habit." London School of Economics USCentre Blog. http://blogs.lse.ac.uk/usappblog/2017/10/10/white-supremacy-can-be-addictive-and-leaving-it-behind-can-be-like-kicking-a-drug-habit/

Futrell, Robert and Pete Simi. 2017. "The Unsurprising Alt-Right." *Contexts*.

Simi, Pete and Bryan Bubolz. 2016. "Far Right Terrorism in the United States." In *Handbook of the Criminology of Terrorism* edited by Gary LaFree and Joshua Freilich. Wiley Press.

Simi, Pete, Kathleen Blee, and Matthew DeMichele. 2015. "Does Mental Health Influence Entry in Violent Extremism and Domestic Hate Groups?" *Clinical Psychiatry News*.

Simi, Pete, Karyn Sporer*, Bryan Bubolz, Hillary McNeel*, Steven Windisch*. 2015. "Trauma as Precursor to Violent Extremism." START Research Brief.

Simi, Pete. 2014. "Why They Join." *Intelligence Report*, Southern Poverty Law Center.

Simi, Pete. 2014. "Framing Invisibility: Why We Continue to Neglect the White Supremacist Movement." *Mobilizing Ideas*.

Simi, Pete. 2014. Review of *Klansville, U.S.A.: the Rise and Fall of the Civil Rights- Era Ku Klux Klan*. *American Journal of Sociology*.

Simi, Pete. 2013. "Cycles of Right-Wing Terror in the United States." Pp. 159-174 in *Right-Wing Radicalism Today: Perspectives from the Europe and US*. Routledge Press, NY. Eds., Sabine Von Mering and Timothy McCarty.

Simi, Pete and Gina Ligon. 2013. "Should START Researchers Embrace the Brain?" National Consortium for the Study of Terrorism and Response to Terrorism Newsletter, March, 2013.

Futrell, Robert and Pete Simi. 2012. "The Sound of Hate." *The New York Times*, op ed, August 8, 2012.

***Book Chapters & Other Publications Cont.***

Simi, Pete and Robert Futrell. 2012. "Neo-Nazi Movements in Europe and United States." *Blackwell Encyclopedia of Social and Political Movements*. Edited by David Snow, Donatella Della Porta, Bert Klandermans, and Doug McAdam.

Simi, Pete, Andy Bringuel, Steven Chermak, Joshua Freilich, and Gary LaFree. 2010. "Defining Lone Wolf Terrorism: A Research Note." In *Terrorism, Research, and Analysis Protocol (TRAP): A Collection of Thoughts, Ideas, and Perspectives*. Department of Justice, Federal Bureau of Investigation, Washington DC.

Baisini, Claudia and Pete Simi. 2010. "Actors' Analysis and Capacity of Knowledge." In *Terrorism, Research, and Analysis Protocol (TRAP): A Collection of Thoughts, Ideas, and Perspectives*." Department of Justice, Federal Bureau of Investigation, Washington DC.

Simi, Pete. 2009. "Skinhead Street Violence." In *Hate Crime and Hate Offenders*, edited by Barbara Perry and Randy Blazak. Greenwood Press: Westport, CT.

Simi, Pete. 2008. "American Swastika." University of Nebraska at Omaha. *Alumni Magazine*.

Simi, Pete. 2008. "U.S. Racist Skinheads." Pp. 196-201 in *The Encyclopedia of Gangs*, edited by Louis Kontos and David Brotherton. Greenwood Press: Westport, CT.

Simi, Pete and Barbara Brents. 2008. "Extreme Responses to Globalization: the Case of Racist Skinhead Youth." Pp. 185-202 in *Cross-Cultural Perspectives on Youth, Marginalization and Empowerment*, edited by Michael Flynn and David Brotherton. New York: Columbia University Press.

Simi, Pete. 2006. "Hate Groups or Street Gangs?: the Emergence of Racist Skinheads." Pp. 145-159 in *Studying Youth Gangs*, edited by James Short, Jr. and Lorine Hughes. Walnut Creek, CA: AltaMira Press. (Reprinted in Cheryl Maxson, Jody Miller, Malcolm Klein, and Arlen Egley's *The Modern Gang Reader*. 2013. 4th edition. Oxford University Press).

Simi, Pete and Robert Futrell. 2006. "White Power Cyberculture: Building a Movement." *The Public Eye*, Summer, v. xx: 1, 7-12.

Bush, Evelyn and Pete Simi. 2001. "European Farmers and their Protests." Pp. 97-121 in *Contentious Europeans: Protest and Politics in an Emerging Polity*, edited by Doug Imig and Sidney Tarrow. Lanham, MD: Rowman & Littlefield.

***Technical Reports***

Simi, Pete, Steven Windisch, and Karyn Sporer. "Recruitment and Radicalization among US Far Right Terrorists". Final Report prepared for the Department of Homeland Science and Technology Directorate's Office of University Programs, award number 2012-ST-061-CS0001, Center for the Study of Terrorism and Behavior (CSTAB) 2.1. College Park, MD: START, 2015.

*Technical Reports Cont.*

Ligon, Gina S., Mackenzie Harms, John Crowe, Leif Lundmark, and Pete Simi. "The Islamic State of Iraq and the Levant: Branding, Leadership Culture and Lethal Attraction," Final Report prepared for the Department of Homeland Science and Technology Directorate's Office of University Programs, award number #2012-ST-061-CS0001. College Park, MD: START, 2014.

Ligon, G. S., Harms, M., Crowe, J., Braniff, W., Lundmark, L., and Simi, P., (2014). "*Multi-Method Assessment of IS: Organizational Profile*." Report prepared for the Department of Homeland Science and Technology Directorate's Office of University Programs, award number #2012-ST-061-CS0001. College Park, MD: START, 2014.

Ligon, G.S., Derrick, D.C., Simi, P., Mahoney, W., & Harms, M. 2014. *The Convergence of CyberSpace and CWMD.* Technical Report, USSTRATCOM Task Order 31.

Ligon, G.S., Derrick, D.C., Simi, P., Mahoney, W., & Harms, M. 2014. *The Convergence of CyberSpace and CWMD.* Technical Report, USSTRATCOM Task Order 30.

Simi, Pete, and Dennis Hoffman. 2012. "Omaha Community Gang Assessment." Submitted to Jim Suttle, City of Omaha Mayor's Office.

Simi, Pete. 2010. "Omaha Community Gang Assessment." Submitted to Jim Suttle, City of Omaha Mayor's Office.

Simi, Pete. 2008. "Recruitment among Right-Wing Terrorist Groups." National Institute of Justice. Final Report. (2006-IJ-CX-0027).

Robinson, Hank and Pete Simi. 2008. "Combating Omaha Gun Crime." Submitted to Mike Fahey, City of Omaha Mayor's Office.

## HONORS/AWARDS

Simi, Pete. 2014a. Graduate Mentor of the Year Award, School of Criminology & Criminal Justice, University of Nebraska at Omaha.

Harris, Daniel, Pete Simi, and Gina Ligon. 2014b. Best Poster at the Annual Meeting for the National Consortium for the Study of Terrorism and Responses to Terrorism.

Simi, Pete. 2012. Outstanding Researcher of the Year, School of Criminology & Criminal Justice, University of Nebraska at Omaha.

Simi, Pete. 2010. Outstanding Teacher of the Year, College of Public Affairs and Community Service, University of Nebraska at Omaha.

Simi, Pete. 2009. Outstanding Article of the Year, School of Criminology & Criminal Justice. University of Nebraska at Omaha.

Simi, Pete. 2008a. Outstanding Teacher of the Year, School of Criminology & Criminal Justice. University of Nebraska at Omaha.

# HONORS/AWARDS CONT.

Simi, Pete.  2008b. Nominated by School of Criminology & Criminal Justice for UNO Distinguished Research and Creative Activity Award.

Simi, Pete.  2007.  Graduate Student Mentor/Faculty Member of the Year Award. School of Criminology & Criminal Justice. University of Nebraska at Omaha.

Simi, Pete. 2004.  University of Nevada-Las Vegas Foundation Annual Dissertation Award.

# GRANTS, CONTRACTS & FELLOWSHIPS
*Total: $2,493,551*

Simi, Pete. 2020. "Barriers to Family Suspicious Activity Reporting (SAR) of Mobilization Behaviors and Pre-Operational Planning." NCITE, University of Nebraska Omaha/Department of Homeland Security, $145,000.

DeMichele, Matthew and Pete Simi (consultant). 2018. "Countering Violent Extremism: An Evaluation of Award Sites." Department of Homeland Security, $60,000.

Windisch, Steven* and Pete Simi. 2015. "Priming Events and Cognitive Shifts: The Process of Accepting Extremist Beliefs." National Consortium for the Study of Terrorism and Responses to Terrorism, $5,000.00.

Derrick, Doug, Gina Ligon, and Pete Simi. 2015. "Violent Extremist Organizations." Nebraska Research Initiative, $399,000.00

Sawyer, John Paul, Pete Simi and Gina Ligon. 2015-17. National Institute of Justice. "Empirical Assessment of Domestic Disengagement and Deradicalization (EAD3)." $620,545. 2014-ZABX-0003.

DeMichele, Matthew (PI), Kathy Blee (consultant), and Pete Simi (consultant). 2015-17. National Institute of Justice (working under the coordination of RTI International). "Research and Evaluation on Domestic Radicalization to Violent Extremism: Research to Support EXIT USA." $700,801.

Harris, Dan*, Pete Simi, and Gina Ligon. 2014. "Desisting from Hate: Cognitive and Emotional Markers of Former White Supremacists." National Consortium for the Study of Terrorism and Responses to Terrorism, $5,000.

Simi, Pete. 2013-15. "Recruitment and Radicalization among Far Right Terrorists." National Consortium for the Study of Terrorism and Responses to Terrorism/Department of Homeland Security.  $77,420.

Ligon, Gina, Pete Simi, and Leif Lundmark. 2014. "Determinants of Violence." START Consortium, Department of Homeland Security. $14, 347.

Ligon, Gina, Douglas Derrick, Pete Simi and William Mahoney.  2014. "Convergence of Cyber Terrorism and WMD Proliferation: Phase II."   [USSTRATEGIC COMMAND, $100,000].

Ligon, Gina, Douglas Derrick, Pete Simi and William Mahoney. 2013-2014. "Convergence of Cyber Terrorism and WMD Proliferation: Phase I." [USSTRATEGIC COMMAND, $100,000].

Simi, Pete. 2012-2014. "Desistance from Violent Right-Wing Extremism." Harry Frank Guggenheim Foundation. $62,019.

Simi, Pete. 2011. Sherwood Foundation & Omaha Community Foundation. "Omaha Gang Assessment." $21,000.

Simi, Pete. 2010. University of Nebraska at Omaha. "Recruitment and Radicalization among Right-Wing Terrorists." Summer Fellowship. $4,500.

Simi, Pete. 2009. University of Nebraska at Omaha. "Delinquency and Health." Summer Fellowship. $4,500.

Simi, Pete. 2006. National Institute of Justice. "The Structure and Operation of Right-Wing Extremist Groups." $144, 140.00 (2006-IJ-CX-0027).

Simi, Pete and Hank Robinson. 2006. Department of Justice, Project Safe Neighborhoods. "Evaluation of Federal Gang Prosecution Unit." $5,000.

Simi, Pete. 2006. University of Nebraska at Omaha. "Threat Models of Extremist Group Violence." Summer Fellowship. $6,000.

Simi, Pete. 2006. Travel-In-Aid Grant, University of Nebraska at Omaha: Office of Sponsored Programs. $768.

Simi, Pete. 2004. University of Nebraska at Omaha. "Skinheads Gangs and Racist Violence." Committee on Research Summer Fellowship. $4,500.

Simi, Pete and Barbara Brents. 2002. National Science Foundation. "Adult Consequences of Participation in Youth Subculture." Dissertation Improvement Grant. $7,500.

Simi, Pete. 2002. GREAT Research Award (Graduate Research Training Assistantship). University of Nevada-Las Vegas. $4,500.

Simi, Pete. 2002. Summer Research Grant. University of Nevada-Las Vegas. $2,000.

Simi, Pete. 2002. Barrick Fellowship. University of Nevada-Las Vegas. $15,000.

Simi, Pete and Barbara Brents. 2001. S.I.T.E. Grant Recipient (Stimulation, Implementation, Transition, and Enhancement). "Life-long Commitment or Youthful Rebellion: the Biographical Outcomes of Participation in the Racist Skinhead Subculture." University of Nevada-Las Vegas. $4,990.

# EXPERT LEGAL CONSULTATION

*United States v. Sellers et al.* (appointed by court as group expert in federal RICO case involving an alleged white supremacist prison gang) – *case completed 6/09.*
**Attorney references available upon request**.

*State of Florida v. John A. Ditullio* (provided legal consultation for defense attorney representing an alleged member of a neo-Nazi group in a capital murder case) – *case completed 12/10.*
**Attorney references available upon request**.

*United States v. Christopher Cramer* (provided legal consultation for defense attorney representing an alleged member of a white supremacist prison gang in an attempted murder case) – *case completed 7/11.*
**Attorney references available upon request**.

*United States v. James Robertson* (served as confidential expert witness in a federal RICO involving an alleged member of a white supremacist group) – *case completed 10/11.*
**Attorney references available upon request**.

*United States v. David Stone et al.* (retained by Federal Defender Office, Eastern District of Michigan in Hutaree Militia case) – *case completed 3/12*.
**Attorney references available upon request**.

*Maryland v. Joseph Walker* (provided expert witness consultation regarding American far right extremism) – *case completed 5/14.*
**Attorney references available upon request**.

*United States v. Daniel Lee* (retained by Office of the Federal Public Defender, District of Maryland) – *consultation completed 10/14; 11/16.*
**Attorney references available upon request**.

*State of Arizona v. Steve Alan Boggs* (retained by Federal Public Defender's Office, District of Arizona) – *consultation completed 1/17.*
**Attorney references available upon request**.

*State of Arizona v. Patrick Bearup* (retained by Federal Public Defender's Office, District of Arizona) – *consultation completed 8/17.*
**Attorney references available upon request**.

*State of Oregon v. Bruce Turnidge* (retained by Public Defense Services Commission, Oregon) – *consultation completed 12/27/18.*
**Attorney references available upon request**.

*State of Texas v. John Rivello* (retained by the Dallas County District Attorney's Office) – *consultation completed 12/15/19.*
**Attorney references available upon request**.

*State of Oregon v. Jeremy Christian* (retained by the Multnomah County District Attorney's Office) *consultation and testimony completed 2/12/20.*
**Attorney references available upon request**.

## EXPERT LEGAL CONSULTATION CONT.

*United States v. Robert Rundo et al.* (retained by US Attorney's Office, Los Angeles, CA) – charges
      dismissed (currently under appeal).
**Attorney references available upon request**.

## INVITED PRESENTATIONS & PROFESSIONAL TRAINING SEMINARS

Simi, Pete. Keynote speaker for University of Central Florida's and National Counterterrorism
      Innovation, Technology, and Education (NCITE) Seminar Series. February, 2021.

Simi, Pete. Panelist for CRTG's Working Group "Right-Wing Extremism Tackling the Exploitation of
      Children and Youth." February, 2021

Simi, Pete. Panelist for Columbia College's Cougar Conversation, "Media, Social Change, and
      Democracy," February, 2021.

Simi, Pete. Panelist for PBS San Diego's "Violent Extremists Among American Veterans," February,
      2021.

Simi, Pete. Panelist for Chapman University's Film Screening discussion, "True Justice," February, 2021.

Simi, Pete. Panelist for Chapman University's Film Screening discussion, "Driving While Black,"
      February, 2021.

Simi, Pete. Panelist for Chapman University's "Ask the Experts" discussion of the Jan. 6th Insurrection,
      January, 2021.

Simi, Pete. Panelist for EdVenture Partners and McCain Institute's "Prevention Strategies for Countering
      Violent Extremism," January, 2021.

Simi, Pete. "Understanding Hate Codes." Training presented at the Orange County Human Relations
      Commission. Santa Ana, CA. December, 2020.

Simi, Pete. Panel member for "United Against Hate Week" Kickoff Event. November, 2020.

Simi, Pete. Panel member for Webinar sponsored by Center for Excellence in Decision Making and the
      Memphis Bar Association, "Looking Under the Hood." November, 2020.

Simi, Pete. Panelist. "NCITE: A New DHS Center of Excellence on Terrorism Prevention and
      Counterterrorism Research." Washington Institute, CVE Roundtable. July, 2020.

Simi, Pete. Orange County Interfaith Network. Virtual Roundtable Discussion on Hate Crimes and White
      Supremacy, Panel Member. March, 2020.

Simi, Pete. "The Virus is not the only thing spreading during the Pandemic." Presented at the Virtual Ask
      the Experts Panel, Chapman University. Orange, CA. March, 2020.

Simi, Pete. "White Supremacist Extremism." Presentation at the Orange County Intelligence Assessment
      Center, Lake Forrest, CA. February, 2020.

Simi, Pete. "The Cult of Trump." Presentation at the Los Amigos Weekly Meeting. Anaheim, CA. February, 2020.

Simi, Pete. "Hate Codes." Training presented at the Orange County Human Relations Commission. Santa Ana, CA. February, 2020.

Simi, Pete. "The Rise & Cause of Hate Crimes in America." Presented at the Inn of Court. Memphis, TN. January, 2020.

Simi, Pete. "The Culture of White Supremacist Terror." Presented at Chapman University, Fowler School of Law. Orange, CA. October, 2019.

Simi, Pete. "The Culture of Hate." Presented at the Missouri Department of Corrections Annual Meeting. Lake of Ozarks, MO. September, 2019.

Simi, Pete. "The Resurgence of Hate Groups." Presented at the Amherst Public Library. Amherst, MA. September, 2019.

Simi, Pete. "Trends in Right-Wing Extremism." Presented at the Association of Threat Assessment Professionals. Anaheim, CA. August, 2019.

Simi, Pete. "The Social Psychology of Hate." Presented at Chapman University, Board of Trustees. Orange, CA. June, 2019.

Simi, Pete. "The Contemporary Relevance of Bias Crime & Hate Groups." Presented at Orange High School. Orange, CA. January, 2019.

Simi, Pete. "The Contemporary Relevance of Bias Crime & Hate Groups." Presented at Huntington Beach High School. Huntington Beach, CA. January, 2019.

Simi, Pete. "From the Shadows to the Mainstream: Hate Groups in America." Presented at the Temple Ada Shalom Synagogue. San Diego, CA. January, 2019.

Simi, Pete. "Right-Wing Terrorism." Presented at The National Counterrorism Center (NCTC) annual meeting. Washington DC. November, 2018.

Simi, Pete and Jonathan Greenblatt. "The Rising Tide of Hate." Presented at the Aspen Institute. Aspen, CO. July, 2018.

Simi, Pete. "US Right-Wing Terrorism." Presented at the Naval Postgraduate School, Monterey, CA. July, 2018.

Simi, Pete. "Hidden Spaces of Hate." Presented at Elgin Community Center. Elgin, Il. July, 2018.

Simi, Pete. "Hidden Spaces of Hate." Presented at Loyola University, School of Law. Chicago, Il. July, 2018.

Futrell, Robert and Pete Simi. "Active Abeyance and 'New' White Supremacist Mobilization." Plenary panel at the 2nd Annual Mobilization Conference. San Diego, CA. May, 2018.

Simi, Pete.2018. "A Risk Factor Approach to Understand Violent Extremism." Presented at Law & Psychiatry Symposium of Lone Actor Violence, University of Cincinnati. Cincinnati, OH. April, 2018.

Windisch, Steven, Simi, Pete, Blee, Kathy & DeMichele, Matthew. "Understanding White Supremacist Violence in the United States." Presented at the Center for Research on Extremism (C-REX) Workshop. University of Oslo, Oslo, Norway. March, 2018.

Simi, Pete. "A Risk Factor Approach to Violent Extremism." Presented at the University of California-Riverside, Department of Sociology. January, 2018.

Simi, Pete. "A Risk Factor Approach to Violent Extremism." Presented at the Global Securities Conference, University of Central Florida, Orlando, FL. December 2017.

Simi, Pete. "The Neurological Consequences of Hate." Presented at the Southern Poverty Law Center, Montgomery, AL. November, 2017.

Simi, Pete. "Risk Factor Model for Entry into Violent Extremism." Presented at the Northern Norway Violence and Traumatic Stress Resource Centre, University Hospital of Northern Norway, Tromso, Norway. October, 2017.

Simi, Pete. "Addicted to Hate: Identity Residual among Former White Supremacists." Presented at Simon and Fraser University, Vancouver, BC. September, 2017.

Simi, Pete. "Hidden Spaces of Hate." Presented at the Mill Valley Public Library, Mill Valley, CA. September, 2017.

Danielle Platt, Pete Simi, Cyril Rakovski, and Hesham El-Askary. "Exploring the Complex Relationship between Climate Change and Terrorism." Presented at the Strategic Multilayer Assessment, Pentagon, Washington DC. June, 2017.

Simi, Pete. "Psychology of Terrorism." Presented to the US Strategic Command (STRATCOM), March 20-21st, 2017.

Simi, Pete. "Hidden Spaces of Hate: Studying Far Right Extremism." Presented at the University of Southern California, Los Angeles, CA. March, 2017.

Simi, Pete. "Lessons from the Field: Studying Far Right Extremism." Presented at Northwestern University, Evanston, IL. February, 2017.

DeMichele, Matthew, Pete Simi, Kathleen Blee, Christine Brugh, and Steven Windisch. "How Domestic Extremists Leave Racist Groups in the US." Presented at the National Institute of Justice meeting, Washington DC. December, 2016.

Simi, Pete and Steven Windisch. 2016. "Recruitment and Radicalization among Far-Right Terrorists." Presented at the National Consortium for the Study of Terrorism and Responses to Terrorism Annual Conference, October 6, 2016.

Derrick, Doug, Gina Ligon, and Pete Simi. "Radicalization and Violent Extremism." Professional Training at the Oklahoma Fusion Center, Oklahoma City, OK. September 19, 2016.

Simi, Pete. "From the Left to the Right: Comparing Disengagement Across the Ideological Spectrum." Presented at Teesside University, UK. July, 2016.

Simi, Pete. "Understanding Organized Hate, Violence, and Political Extremism in the 21th Century." Presented at the University of Nevada, Las Vegas, NV. April 2016.

Simi, Pete. "The Neuroscience of Hate: the Making of Extremist Groups." Presented at the American Bar Association, Criminal Justice Section. Albuquerque, NM. April 2016.

Simi, Pete. "Violent Extremism: A Prism Approach." Presented at Virginia Commonwealth University, Richmond, VA. April 2016.

Simi, Pete and Barbara Robinson. "Understanding Street Gangs." School-based Health Centers Continuing Education Training, Omaha, NE. April 2016.

Simi, Pete. "Childhood Trauma and Adolescent Misconduct as Precursors to Violent Extremism." Presented at the START Annual Conference, Washington DC. October 2015.

Simi, Pete and Barbara Robinson. "A Public Health Approach to Street Gangs." Presented at Children's Methodist Hospital, Omaha, NE. September 2015.

Simi, Pete. "Contested Terrain: Identity Conflicts among US White Supremacists." Presented at the European Studies Research Council, American University, Washington DC. March 2015.

Simi, Pete. "Why Do They Hate?" Presented at Westside High School, Omaha, NE. February 2015.

Simi, Pete. "American Swastika." Alpha Kappa Delta Symposium on Qualitative Research, Omaha, NE. October, 2014.

Simi, Pete. "Why Do They Hate?" Presented at Westside High School, Omaha, NE. February 2014.

Simi, Pete. "Recruitment and Radicalization among US Far-Right Terrorists." Strategic Multilayer Assessment Speaker Series. Pentagon. September 2014.

Simi, Pete. "American Extremism." Presented at Westside High School, Omaha, NE. September 2014.

Simi, Pete. "Spaces of Hate: the Contemporary US Neo-Nazi Movement." Presented at the University of Texas-San Antonio, Alpha Phi Sigma Annual Lecture. November 14, 2013.

Simi, Pete. "Extremism in America." Presented at the National Bar Association. Miami, Fl. July 30, 2013.

## INVITED PRESENTATIONS CONT.

Simi, Pete. "The Culture and Psychology of the White Power Movement." Presented at the Anti-Defamation League's Counterterrorism Training and Conference. San Diego, CA. January 24, 2012.

Simi, Pete. "American Swastika." Presented at the 4th Annual National Consortium on Racial and Ethnic Fairness in the Courts." Omaha, NE. May 11, 2012.

Simi, Pete. "The Culture of Radical Talk: An Interpretive Approach." Presented at New York University in Berlin, Germany. May 4-5, 2012.

Simi, Pete. "Skinheads and the Neo-Nazi Movement." Training provided at the Omaha Public School District's Annual Safety Training Program. May 2, 2011.

Simi, Pete. "American Swastika." Presented at the Omaha Press Club Meeting. April 26, 2011.

Simi, Pete. "Self-Change in Relation to Studying the Far Right." Presented at the University of Duesseldorf. Duesseldorf, Germany, March 24, 2011.

Simi, Pete. "American Swastika." Presented at the QUAD Community Meeting, Omaha NE. December 12, 2010.

Simi, Pete. "Skinheads and the Neo-Nazi Movement." Training provided at the US Department of Justice, Hate Crime and Bias Awareness – What is a Hate Crime?. Omaha, NE. July 6, 2010.

Simi, Pete. "Aryan Criminal Gangs." Presented at the Metro Police Chiefs Association. June 26, 2010.

Simi, Pete. "Cycles of Right-Wing Terror." Presented at Brandeis University. April 28, 2010.

Simi, Pete. "American Swastika." Presented at the University of Nebraska, Lincoln. March, 2010.

Simi, Pete. "American Swastika." Presented at the Council Bluffs Public Library. February, 2010.

Simi, Pete. "Inside the White Power Movement's Hidden Spaces of Hate." Presented at the Omaha Public Library, January, 2010.

Simi, Pete. "American Swastika." Presented at the University of Wyoming. Laramie, WY. September, 2009.

Simi, Pete. "Lone Wolf Terrorism." Presented at the Federal Bureau of Investigation, Terrorism Research Analysis Project (TRAP). Dumfries, VA. August, 2009.

Simi, Pete. "The Contemporary Neo-Nazi Movement." Training provided at the Ontario Provincial Police's Annual Hate Crime/Extremism Conference, Niagara Falls, Ontario. January, 2009.

Simi, Pete. "White Supremacist Recruitment Strategies." Presented at the Department of Public Safety, State of Iowa. Des Moines, IA. January 2009.

Simi, Pete. "White Supremacist Radicalization." Presented at the National Institute of Justice Conference. Washington DC. July 2008.

Simi, Pete. "Right-Wing Extremist Recruitment." Presented at the National Institute of Justice Conference. Washington DC. July 2007a.

Simi, Pete. "Race Warriors." Presented at the National Academy of the Federal Bureau of Investigation. Quantico, VA. February 2007b.

Simi, Pete. "Hate Groups in America." Presented at the West Omaha Rotary Club. Omaha, NE. February 2007c.

Simi, Pete. "Hate Groups in America." Presented at the Kiwanis Club. Omaha, NE. October, 2006a.

Simi, Pete. "Gangs in America." Presented at the University of Nebraska School Psychologists Workgroup. Omaha, NE. April 2006b.

Simi, Pete. "Free Spaces, Collective Identity, and the Contemporary White Power Movement." Presented at the University of Memphis, Department of Political Science. Memphis, TN. November 2004.

Simi, Pete. "Resistance in the Land of 'ZOG': the Contemporary White Supremacist Movement." Presented at the University of Nebraska at Kearney, Department of Sociology and Criminal Justice. Kearney, NE. November 2003.

Bush, Evelyn and Pete Simi. "Harvesting Contention: European Integration, Supranational Institutions, and Farmers' Protests, 1992-1997." Presented at the Transnational Networks and European Contention: A Roundtable and Workshop, hosted by the Institute for European Studies, Cornell University. February 1999.

Bush, Evelyn and Pete Simi. "Farmers' Protests and Agricultural Policy." Presented at the Center for International Affairs, Harvard University. January 1998.

## PAPERS PRESENTED AT PROFESSIONAL MEETINGS

Windisch, S., Simi, P., Blee, K., & DeMichele, M. 2019. "More than Walking Away: Unraveling Disengagement, Desistance, and Deradicalization among Former U.S. White Supremacists." Presented at the American Society of Criminology conference. San Francisco, CA.

Windisch, S., Simi, P., Blee, K., & DeMichele, M. 2018. "From Swaddling to Swastikas: A Life-Course Investigation of White Supremacist Extremism." Presented at the American Society of Criminology conference. Atlanta, GA.

Molfese, P., Nielson, D., Molfese, D., Bandettini, P., Windisch, S., Derrick, D., Ligon, G., & Simi, P. 2018. "Simultaneous EEG-fMRI Reveal Temporal-Spatial Bias Patterns in Former White Supremacists." Poster presented at the annual meeting of the Organization for Human Brain Mapping, Singapore.

Windisch, S., Ligon, G. S., & Simi, P. 2017. "Organizational [Dis]trust: Comparing Disengagement among Former Left-Wing and Right-Wing Violent Extremists." Presented at the American Society of Criminology conference. Philadelphia, PA.

Blee, Kathy, Matthew DeMichele, Pete Simi, and Mehr Latif. 2017. "Political Disillusionment & Exit: A Study of Female Former White Supremacists." Presented at the *American Sociological Association*, Montreal, Canada.

Windisch, Steven, Pete Simi, and Michael Logan, M. 2016. "Social Networks and Recruitment Pathways into Violent Extremism." Presented at the American Society of Criminology meeting, New Orleans, LA.

Logan, Michael, Pete Simi, and Steven Windisch. 2016. "Setting the Stage for Hate: Racist Socialization in the Family Prior to Entering Violent Extremism." Presented at the American Society of Criminology meeting, New Orleans, LA.

Jensen, Michael, Pete Simi, Gina Ligon, and Steven Windisch. "Empirical Assessment of Domestic Disengagement and Deradicalization (EAD3)." Presented at the American Society of Criminology meeting, New Orleans, LA. November, 2016.

DeMichele, Matthew, Pete Simi and Kathleen Blee. "Uncovering the motivations, barriers and pathways to becoming a former extremist: Mapping the structural, agentic and organizational dynamics in identity transformation." Presented at the American Society of Criminology meeting, New Orleans, LA. November, 2016.

Simi, Pete, Kathy Blee, and Matthew DeMichele. "Addicted to Hate?: Role Residual among Former White Supremacists." Presented at the American Sociological Association meeting, Seattle, WA. August, 2016.

Windisch, Steven and Pete Simi. "Priming Events and Readiness to Change: The Acceptance of Extremist Beliefs." Presented at the American Society of Criminology meeting, Washington, D.C. November, 2015.

McNeel, H., Pete Simi, & Steven Windisch. "Leaving Extremism: A Systematic Assessment of the Literature." Presented at the American Society of Criminology Conference, Washington, D. C. November 2015.

Simi, Pete. "Scarred for Life: Hangover Identity among US White Supremacists." Presented at the Society for the Study of Symbolic Interaction meeting, Chicago, IL, August 2015.

Simi, Pete. "Reconsidering the Role of Mental Health as it Relates to Violent Extremism." Presented at the Pacific Sociological Association meeting, Portland, OR, March 2014.

Simi, Pete. "A Life Course Criminology Approach to the Desistance from Violent Right Wing Extremism." Presented at the American Society of Criminology meeting, Atlanta. November 2013.

**PAPERS PRESENTED AT PROFESSIONAL MEETINGS CONT.**

Simi, Pete. "Will the Real Aryans Please Stand Up?: Identity Clashes among White Power Activists." Presented at the Society for the Study of Symbolic Interaction annual meeting, NY. August 9, 2013.

Simi, Pete and Bryan Bubolz. "Comparing Desistance among Violent Groups." Presented at the American Society of Criminology meeting, Chicago, IL. November, 2012.

Simi, Pete and Robert Futrell. "Aryan Parenting as Political Protest." Presented at the Society for the Study of Symbolic Interaction meeting, Las Vegas, NV. August, 2011.

Anderson, Amy Pete Simi, and Mary Evans*. "Napoleon Complex: Fact or Fiction?" Presented at the American Society of Criminology meeting, San Francisco, CA. November, 2010

Bubolz, Bryan* and Pete Simi. "The Organizational and Spatial Characteristics of Gang Violence." Presented at the American Society of Criminology meeting, San Francisco, CA. November, 2010

Simi, Pete and Robert Futrell. "Hate Parties." Presented at the Society for the Study of Symbolic Interaction meeting, San Francisco, CA. August, 2009.

Simi, Pete and Robert Futrell. "Aryan Family Socialization." Presented at the Pacific Sociological Association meeting, San Diego, CA. April, 2009.

Simi, Pete and Robert Futrell. "Racial Kinship and White Power Activism." Presented at the Pacific Sociological Association meeting, Portland, OR. April 2008.

Simi, Pete and Robert Futrell. "Negotiating White Power Activist Stigma." Presented at the Collective Behavior and Social Movements Section Workshop, Long Island, NY, August 2007a.

Simi, Pete. "Reclaiming SI's Criminological Tradition." Presented at the Couch/Stone Symposium, Urbana, IL, May. 2007b.

Simi, Pete and Robert Futrell. "Cyberforums as 'Cybertherapy' in the White Power Movement." Presented at the Midwest Sociological Society meeting, Chicago, IL. April, 2007c.

Batton, Candice and Pete Simi. "Violent Death in the Midwest: Kansas City, Omaha, and St. Louis, 1945-2004." Presented at the American Society of Criminology meeting, Los Angeles, CA. November, 2006a.

Simi, Pete and Robert Futrell. "Stigma, Impression Management, and White Power Activism" Presented at the Society for the Study of Symbolic Interaction meeting, Montreal, Canada. August 2006b.

Simi, Pete and Candice Batton. "Violence Death in the Midwest: Kansas City, Omaha, and St. Louis, 1990-2000." Presented at the Homicide Research Working Group meeting, Richmond, VA. 2006c.

Simi, Pete and Robert Futrell. "Understanding Music in Movements: the U.S. White Power Music Scene." Presented at the Society for the Study of Symbolic Interaction meeting, Philadelphia, PA. August 2005a.

Simi, Pete and Robert Futrell. "White Power Cyberculture." Presented at the American Sociological Association meeting, Philadelphia, PA. August 2005b.

Simi, Pete and Brett Garland. "Civil Litigation and a Theory of White Supremacist Violence." Presented at the American Society of Criminology meeting, Nashville, TN. November, 2004a.

Simi, Pete, Barbara Brents, and Robert Futrell. "Turning Points and the Politicization of Gangs: the Case of Southern California Racist Skinheads." Presented at the American Sociological Association meeting, San Francisco, CA. August 2004b.

Futrell, Robert and Pete Simi. "Music Scene and Collective Identity in the U.S. White Power Movement." Presented at the Midwest Sociological Society meeting, Kansas City, MO. April 2004c.

Simi, Pete and Lowell Smith. "Public Enemy Number One: A Gang Profile." Presented at the Academy of Criminal Justice Sciences meeting, Las Vegas, NV. March 2004d.

Simi, Pete. "From Stylistic Innovators to Social Gangs: The Early Development of the Skinhead Subculture." Presented at the American Society of Criminology meeting, Denver, CO. November 2003.

## **COURSES TAUGHT**

**Undergraduate:**
*Introduction to Sociology*
*Introduction to Criminal Justice*
*White Supremacy in America*
*Sociology of Alternative Lifestyles*
*Theories of Deviance*
*Sociological Theory*
*Juvenile Delinquency and Justice*
*Criminology*
*Adult and Youth Gangs*
*Hate Crime and Hate Groups*
*International & Domestic Terrorism*
*Violence* (online)
*Victimless Crimes*
*Crime, Justice, & Globalization*
*Field Methods*
*Senior Thesis Seminar*
**Graduate:**
*Theoretical Criminology*
*Juvenile Justice* (online)
*Adult and Youth Gangs*
*Qualitative Methods*
*Qualitative Methods II*
*Violent Crime*
*Psychology of Terrorism*

## SERVICE

### *Service to the University*

Search Committee, Department of Sociology, Chapman University, 2021-.

Restarting Research Taskforce, Chapman University, 2020-.

Search Committee Chair, Department of Sociology, Chapman University, 2020-.

Co-Chair, Institutional Review Board. Chapman University, 2017-present.

Curriculum Committee Chair, Department of Sociology, Chapman University, 2017-2018.

Leadership Committee, Disney Initiative (member). Chapman University, 2018-2019.

Search Committee, Department of Sociology, Chapman University, 2017-.

Doctoral Comprehensive Exam Committee, Chair (theory), 2015-2016.

Graduate Policy and Planning Committee (chair), 2012-2014.

Search Committee (member), 2011.

Graduate Program Proseminar Coordinator, 2010-2011.

Consortium for Crime and Justice Research Committee (Chair), 2010-2011.

Graduate Admission Committee (member), 2010-2012.

Search Committee (member), 2010.

Strategic Planning Committee (member), 2009.

SCCJ Brown Bag Coordinator, 2009-2010.

Graduate Admission Committee (member), 2008-2009.

University Graduate Council (member), 2006-2008.

Executive Committee (member), 2005-2008.

Search Committee (member), 2007.

Search Committee (member), 2006.

Graduate Policy and Planning Subcommittee (member), 2005-2008.

Juvenile Delinquency Comprehensive Exam Committee, 2003-2005.

Graduate Student Dissertation and Thesis Committees

Ph.D. Dissertation Committee Chair (Adam Burston), 2021-. (requested as outside member, University of California Santa Barbara).

Ph.D. Dissertation Committee Chair (Anna Tan), 2016-2018. (requested as outside member, University of California Irvine).

Ph.D. Dissertation Committee Chair (Steven Windisch), 2015-. (accepted position at Temple University).

STRACOM Fellow Capstone Mentor (Mark Crown), 2015-. (currently employed at STRATCOM).

Ph.D. Dissertation Committee Chair (Karyn Sporer), 2013-. (accepted position at University of Maine)

Ph.D. Doctoral Advisor (Hillary McNeel), 2014-2016.

Ph.D. Doctoral Advisor (Steven Windisch), 2014-2018. (accepted position at Temple University)

Ph.D. Dissertation Committee Member (Trisha Rhodes), 2014-2015. (accepted position at Virginia Commonwealth University).

STRACOM Fellow Capstone Mentor (Susie Doyle), 2014-. (currently employed at STRATCOM).

Ph.D. Dissertation Committee Chair (Bryan Bubolz), 2012-2014. (accepted position at Southern Illinois University).

M.A. Thesis Committee Member (Elizabeth Sykes), 2013-2014. (accepted position at the Department of Labor).

Ph.D. Dissertation Committee Chair (Connie Koski), 2009-2013. (accepted position at Longwood University).

Ph.D. Dissertation Committee Member (Tusty Zohra), 2010-2012. (accepted position at the University of Arkansas-Little Rock).

Ph.D. Dissertation Committee Chair (Travis Morris), 2009-2011. (accepted position at Norwich University).

Ph.D. Dissertation Committee Chair (Ann Stacey), 2007-2011. (accepted position at Las Vegas Metropolitan Police Department).

Ph.D. Dissertation Committee Chair (Scott Chenault), 2009-2010. (accepted position at Central Missouri University).

Ph.D. Dissertation Committee Member (Jim Geistman), 2007-2009. (accepted position at Northern Ohio University).

Ph.D. Dissertation Committee Chair (Blythe Bowman), 2007-2008. (accepted position at Virginia Commonwealth University).

<u>Graduate Student Dissertation and Thesis Committees Cont.</u>

Ph.D. Dissertation Committee Chair (Katherine Tellis), 2007-2008. (accepted Position at CSU-Los Angeles).

Ph.D. Dissertation Committee Member (William McCarty), 2007-2008. (accepted position at University of Illinois-Chicago).

Ph.D. Dissertation Committee Member (Sue Godbolt), 2006-2007. (accepted position at Mercyhurst College).

Ph.D. Dissertation Committee Member (Sean Madden), 2005-. (accepted position at University of Tampa).

MA Thesis Committee Chair (Shannon Crowley), 2009-2010. (accepted position at the Alaska Department of Corrections).

MA Thesis Committee Member (Griselda Aldrete), 2004-.

***Service to Profession***

Theme Lead, University of Nebraska, Omaha, Center of Excellence, Department of Homeland Security, 2020-.

<u>Editorial Board</u>
*Open Journal of Social Science Research* (peer-reviewed journal), 2013-.
*Dynamics of Asymmetric Conflict* (peer-reviewed journal), 2017-.

<u>Grant Reviewer</u>
National Science Foundation
National Institute of Justice
Harry Frank Guggenheim Foundation
John Simon Guggenheim Foundation

<u>Participation in Professional Organizations & Memberships</u>

Program Committee – Pacific Sociological Association meeting, Eugene, OR. March 2020.

Committee on Academic Freedom – Pacific Sociological Association, 2018-2020.

Executive Council Member – American Society of Criminology, Division on Terrorism and Bias Crime. November, 2018-2020.

Program Committee – American Sociological Association meeting, Montreal. August 2017.

Program Committee – American Society of Criminology meeting, Washington DC. November 2015.

Section Chair – "Causes of Substance Abuse" at the American Society of Criminology meeting, St. Louis, MO. November 2008.

Participation in Professional Organizations & Memberships Cont.

Herbert Blumer Graduate Student paper Award Committee (Chair) – Society for the Study of Symbolic Interaction, 2007.

Roundtable Discussant – "Social Movement & Ideological Contests" at the American Sociological Association meeting, NY. August 2007.

Session Organizer - "Stigma and Negotiating Identity" at the Society for the Study of Symbolic Interaction meeting, Montreal, Canada. August 2006.

Session Organizer - "From Subculture to the Scene: A New Direction in Cultural Studies?" at the Society for the Study of Symbolic Interaction meeting, Philadelphia, PA. August 2005.

American Sociological Association

American Society of Criminology

Society for the Study of Symbolic Interaction

Editorial Reviews
*American Sociological Review.*
*American Journal of Sociology.*
*Criminology.*
*Critical Criminology.*
*Race and Justice: An International Journal.*
*Symbolic Interaction.*
*Sociological Perspectives.*
*Social Problems.*
*Journal of Contemporary Ethnography.*
*Sociological Focus.*
*Journal of Political and Military Sociology.*
*Deviant Behavior.*
*The Sociological Quarterly.*
*Justice Quarterly.*
*Social Movements, Conflict, and Change.*
*Criminal Justice Review.*
*New Media & Society.*
*Homicide Studies: An Interdisciplinary & International Journal.*
*Mobilization.*
*Social Psychology Quarterly.*

**Service to Community**

Orange County Human Relations Commission, volunteer consultant. 2017-.

Board of Directors (Member), EXIT USA/Life After Hate. 2017-.

***Service to Community Cont.***

US STRATCOM Leadership Fellow Program Faculty Mentor and Instructor. 2015-2017.

Department of Justice. Invited Member of the Countering Violent Extremism Leadership Forum. 2014-.

US STRATCOM Leadership Fellow Program Faculty Mentor and Instructor. 2014-2015.

Advisory Board Member, EXIT USA/Life After Hate. 2014-2017.

Academic Advisory Board Member, Southern Poverty Law Center, Intelligence Project. 2013-.

Center for the Study of Hate and Extremism, Advisory Board Member, California State University-San Bernardino, 2012-.

Federal Bureau of Investigation, Terrorism, Research, and Analysis Program (TRAP), Invited Member, 2009-2013.

Project Safe Neighborhoods, Nebraska District (evaluator), 2007-2011.

Consultant for the Federal Bureau of Investigation regarding hate group activity, 2005-2006.

Omaha Empowerment Network (member), 2011-2012.

Omaha Hate Crimes Coordinating Council (member), 2004-2009.

Board of Trustees, Youth Care Inc., Omaha, NE. Youth Care Inc. 2004-2016.

Volunteer teacher aid (Special Education), Paddock Road Elementary School, Omaha, NE. 2004-2006.

Volunteer research consultant for the Simon Wiesenthal Center. 2001-2003.

## PUBLIC EDUCATION & MEDIA INTERVIEWS

***Television and radio interviews include some of the following:***
*CNN's United Shades of America; Larry King Now; CBS Good Morning America; Al Jazeera; CNN's AC360; CNN's Erin Burnett; MSNBC's Hardball; PBS News Hour; Democracy Now; History Channel's Gangland; National Geographic Channel; National Public Radio's All Things Considered; History Channel's America's Book of Secrets; British Broadcasting Company (BBC); MSNBC's Ali Velshi Show; NPR's Here and Now*

**Newspaper Interviews include some of the following**:
*Rolling Stone; Chicago Tribune; Boston Globe; US News; New Yorker; Dallas Observer; Le Monde; New York Times; Wall St. Journal; Huffington Post; New York Daily News; Los Angeles Times; Associated Press; Reuters; Las Vegas Review Journal; Christian Science Monitor; National Public Radio; NBC News; Playboy; Mother Jones; Esquire; VICE; New Scientist; Orange County Register; San Francisco Chronicle; Newsweek; The Hill; Think Progress; San Diego Union-Tribune; Daily Beast; Washington Post; Milwaukee Journal-Sentinel; Business Insider; The Intercept*