

 

4938 Hampden Lane Suite 156
Bethesda, MD 20814
1-800-680-2326
inquiry@siteintelgroup.com

Neo-Nazis Denounce Occultists Associated with Terror Plot, Favor Optics-Friendly Groups

Category: Far-Right / Far-Left Threat Created: June 25, 2020



**In a discussion of the neo-Nazi occultist group Order of the Nine Angles (ONA), supporters of a prominent European neo-Nazi group rejected the group's philosophy and practices, citing their practices as a hindrance to broader adoption of far-right politics.**

VIEW ON SOURCEFEED DATABASE

**On June 23, 2020, a Telegram chat group for supporters of the Nordic Resistance Movement (NRM) discussed ONA in the context of Ethan Melzer, an affiliate of groups who practice ONA's brand of "esoteric" Satanism, who was arrested after allegedly conspiring with jihadi militants to target his U.S. Army unit.**

**The discussion the NRM-related chat group was dismissive of both the group and the details of Melzer's arrest. One message from group member "O" described**

USAO_02014


4938 Hampden Lane Suite 156
Bethesda, MD 20814
1-800-680-2326
inquiry@siteintelgroup.com

Neo-Nazis Denounce Occultists Associated with Terror Plot, Favor Optics-Friendly Groups

Category: Far-Right / Far-Left Threat   Created: June 25, 2020

**ONA as law enforcement's "new boogeyman" of the far-right. Group member "FB" further described the group as "Grade A cringe," i.e. embarrassing, for "unironically" identifying as Satanists.**

**"These guys really are a pain in the ass for our cause," said member "snff." "How can we be credible with such clowns?" Member "FB" then suggested opponents within the movement denounce them, provided that they were unable to "kill them or physically threaten them."**

**The group spoke more favorably of NRM and Patriot Front (PF), an American white nationalist group** [known to have conducted in-person meetings with NRM](#)**. According to member "M," the optics-minded group "looked promising." As indicated by "M," the group has been conspicuously absent amidst the national antiracist protest movement in the United States, which was theorized to be for the sake of not attracting negative attention from press and law enforcement.**

USAO_02015