# Exhibit A



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

<u>**Online Moniker Index for**</u>
<u>***United States v. Ethan Phelan Melzer*, S1 20 Cr. 314 (GHW)**</u>

- **Complaint**
    - CC-1: Sinistrous / GvlagKvlt
    - CC-2: Kurt_Cobani
    - CC-3: Drifter
    - CC-4: Jaww

- **Government's Response to the Defense's Pre-trial Motions (Dkt. No. 71)**
    - CC-1: Sinistrous / GvlagKvlt
    - CC-2: Kurt_Cobani
    - CC-3: Jaww
    - CC-4: FreiKorpz

- **Government's Motions *in Limine* (Dkt. No. 90)**
    - CC-1: Sinistrous / GvlagKvlt
    - CC-2: Kurt_Cobani
    - CC-3: Jaww
    - Individual-1: FreiKorpz

06.20.2018