

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 10, 2022

**BY ECF**
The Honorable Gregory H. Woods
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Ethan Phelan Melzer*, S1 20 Cr. 314 (GHW)

Dear Judge Woods:

    The parties write jointly to request a brief adjournment of the filing deadline for the parties' replies to oppositions to motions *in limine* in this case. As the Court is aware, trial in this matter is presently scheduled to begin on or about April 25, 2022. The current briefing schedule makes replies, if any, "due no later than four days after the date of service of the opposition" (*see* Dkt. #77), which the parties understand is February 14, 2022. The parties request that the Court adjourn the deadline for replies by four days, to February 18, 2022, to allow the parties additional time to fully brief pretrial issues sufficiently in advance of any trial in this case.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney

By:    _____/s/_____
    Sam Adelsberg
    Matthew Hellman
    Assistant United States Attorneys
    (212) 637-2494 / 2278

cc: Defense Counsel (by Email and ECF)