```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/3/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                     :

UNITED STATES OF AMERICA,           :

                    -v-                        :            1:20-cr-314-GHW

ETHAN PHELAN MELZER,              :            <u>ORDER</u>

                          Defendant.    :
-------------------------------------------------------------X

Gregory H. Woods, United States District Judge:

On July 26, 2021, the Court scheduled trial in this matter for April 25, 2022. The trial will now begin on April 19, 2022. This is the first priority trial for that day. Trial will take place in a courtroom to be determined in the United States District Court for the Southern District of New York, Daniel Patrick Moynihan U.S. Courthouse at 500 Pearl Street, New York, New York, 10007. All other deadlines laid out in the Court's July 26, 2021 order remain in effect.

SO ORDERED.

Dated: March 3, 2022
New York, New York

_____
Gregory H. Woods
United States District Judge