```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/4/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                       :
:
– against–                          :          1:20-cr-314-GHW
:
:                    ORDER
ETHAN PHELAN MELZER,                            :
a/k/a "Etil Reggad,"                         :
:
:
Defendant.            :
-------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

The parties' March 3, 2022 request for an adjournment of the trial in this case, which was previously scheduled to begin on April 19, 2022, is granted. Trial will commence at **9:00 a.m. on July 5, 2022**. The Court will hold a final pretrial conference in this matter on **April 29, 2022** at **10:00 a.m.** The other deadlines in the Court's July 21, 2022 order remain in effect.

In addition, the Court notes that, in response to the parties' February 11, 2022 request for an adjournment of the trial (which was then scheduled to begin on April 25, 2022), the Court requested a later trial date consistent with that request. Due to the scheduling processes necessitated by the COVID-19 pandemic, the Southern District of New York was not able to schedule a trial at a later date in the second quarter of 2022.

The final pretrial conference will be held in Courtroom 12C of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan U.S. Courthouse at 500 Pearl Street, New York, New York 10007. The trial will be held in a courtroom to be determined in the Daniel Patrick Moynihan U.S. Courthouse.

SO ORDERED.

Dated: March 4, 2022
New York, New York

_____
GREGORY H. WOODS
United States District Judge