USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/11/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                        :

UNITED STATES OF AMERICA,         :

                                    – against–         :         1:20-cr-314-GHW

                                                        :         ORDER

ETHAN PHELAN MELZER,         :
     a/k/a "Etil Reggad,"

                               Defendant.
-----------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

The final pretrial conference in this matter currently scheduled for April 29, 2022 is adjourned to May 4, 2022 at 10:00 a.m. The other deadlines in the Court's March 4, 2022 order remain in effect.

The final pretrial conference will be held in Courtroom 12C of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan U.S. Courthouse at 500 Pearl Street, New York, New York 10007.

     SO ORDERED.

Dated: April 11, 2022
New York, New York

                                                          _____
                                                              GREGORY H. WOODS
                                                            United States District Judge