```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/20/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
     UNITED STATES OF AMERICA,

          – against–                  1:20-cr-314-GHW

                             ORDER
     ETHAN PHELAN MELZER,
        a/k/a "Etil Reggad,"

                     Defendant.
-------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

The Court is currently reviewing the parties' motions *in limine*. The Court requests that the parties hold May 24, 2022 at 10:00 a.m. for a *Daubert* hearing to address Defendant's motion to exclude the testimony of Dr. Peter Simi. The Court will confirm whether a *Daubert* hearing is necessary at the final pre-trial conference currently scheduled for May 4, 2022.

Should a *Daubert* hearing take place, it will be held in Courtroom 12C of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan U.S. Courthouse at 500 Pearl Street, New York, New York 10007.

     SO ORDERED.

Dated: April 20, 2022
New York, New York

                                                   _____
                                                   GREGORY H. WOODS
                                               United States District Judge