```
     LA68LANVD1

1    UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
2    ------------------------------x

3    UNITED STATES OF AMERICA,

4              v.                              18 Cr. 601 (PGG)

5    JIBRIL ADAMU and
     JEAN-C LAUDE OKONGO LANDJI,
6
                    Defendants.                Voir Dire
7
     ------------------------------x
8                                              New York, N.Y.
                                               October 6, 2021
9                                              11:45 a.m.

10   Before:

11                      HON. PAUL G. GARDEPHE,

12                                             District Judge

13                         APPEARANCES

14   AUDREY STRAUSS
          United States Attorney for the
15        Southern District of New York
     ELINOR L. TARLOW
16   MATTHEW HELLMAN
          Assistant United States Attorneys
17
     THOMAS F.X. DUNN
18   JACQUELINE E. CISTARO
          Attorneys for Defendant Adamu
19
     SHER TREMONTE LLP
20        Attorneys for Defendant Landji
     MICHAEL TREMONTE
21   NOAM K. BIALE

22
     Also present:  MARIE-JOSE VOIGT, Interpreter (French)
23                  EMMANUEL ORJI, Interpreter (French)

24

25
```

1          Let me say a few words about the process.  I expect
2  the trial will last two weeks or less.  Sometimes a trial lasts
3  a little longer or is a little shorter than the judge and the
4  lawyers expect, but I wanted to give you some idea of what we
5  expect at this point.  Once we complete jury selection, we will
6  sit 9:30 to 2:30 each day.  We will take two breaks during that
7  time.  But at 2:30, you will be free to go home, or go to work,
8  or wherever you want, as you choose.
9          In a moment, I am going to ask you to respond to
10 certain questions.  If you have an answer to any question that
11 you would prefer not to give from where you are sitting, just
12 let me know and the lawyers and I will hear you up here at the
13 bench.
14         During the questioning, you may be excused from
15 serving as a juror in this case.  If you happen to be one of
16 those excused, it is no reflection on you.  This is all part of
17 our system of justice, which is intended to provide all parties
18 with a jury that will be fair to them, and that they believe
19 will be fair to them.  You will have done your duty as a
20 citizen of this great country by your presence and your
21 readiness to serve if you are chosen.
22         Before I begin with the general questions, I must give
23 you a few simple rules of law that will guide all of us during
24 the trial.  As I just told you, the charge in this case is
25 contained in an indictment.  The indictment was voted on by a

1  grand jury.  That is simply the method the government uses to
2  bring into court people who the government claims have violated
3  the law.  As I have said, the indictment itself is not proof of
4  anything.  It's not evidence of the guilt of a defendant.  And
5  it doesn't change in any way the presumption of innocence that
6  the law gives every accused person at trial.
7        I should also say that the word "defendant" just means
8  a person who the government has accused of a crime.  There is
9  nothing demeaning or negative about that term.  It's simply a
10 way of referring to Mr. Landji and Mr. Adamu by their roles in
11 this proceeding, in the same way that the lawyers might refer
12 to me as the judge, or I might refer to one of them as the
13 prosecutor or as defense counsel instead of by using their
14 name.
15       All defendants are, under our law, presumed innocent
16 of charges contained in an indictment.  And that presumption of
17 innocence remains in a defendant's favor at all times,
18 throughout the trial, unless and until the government has
19 proven every element of the charge against the defendant beyond
20 a reasonable doubt.  If, after careful consideration of all the
21 evidence presented, and following the rules of law that I will
22 explain to you, you have a reasonable doubt as to a defendant's
23 guilt, you must acquit that defendant, that is, find him not
24 guilty.  If, however, after careful consideration of all the
25 evidence presented, and following the rules of law that I will