ICK7GRA1

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x

UNITED STATES OF AMERICA,              New York, N.Y.

            v.                         16 CR 468 (GHW)

JAMES GRANT and JEREMY
REICHBERG,

                Defendants.

------------------------------x
                                       December 20, 2018
                                       9:05 a.m.
Before:

                    HON. GREGORY H. WOODS,

                                       District Judge

                         APPEARANCES

GEOFFREY S. BERMAN
     United States Attorney for the
     Southern District of New York
BY:  JESSICA R. LONERGAN
     KIMBERLY J. RAVENER
     MARTIN BELL
     Assistant United States Attorneys

HAFETZ & NECHELES, LLP
     Attorneys for Defendant Reichberg
BY:  SUSAN NECHELES

MERINGOLO & ASSOCIATES
     Attorneys for Defendant Grant
BY:  JOHN MERINGOLO
     ANJELICA CAPPELLINO
```

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

involved was different.  The law requires only a substantial similarity between the dates alleged in the indictment and the dates established by the evidence or the amounts alleged in the indictment and the amounts established by the evidence.

I note, however, that two of the sums of money mentioned in the indictment, that is the $10,000 or more in federal benefits received by the NYPD and the $5,000 or more of transactional value which I previously instructed you about, are elements of the crimes charged in Counts Three, Four and Five.  If you find that the government has not proven those amounts beyond a reasonable doubt, then you must find that the defendants are not guilty on those counts.

Redaction of evidentiary items.

Among the exhibits received in evidence, there are some documents that are redacted.  "Redacted" means that part of the document or tape was taken out.  You are to concern yourself only with that part of the item that has been admitted into evidence.  You should not consider any possible reason why the other part of it has been redacted.

Persons not on trial or not indicted.

Some of the people who may have been involved in the events leading to this trial are not on trial.  That does not matter.  There is no requirement that everyone involved in a crime be charged and prosecuted, or tried together, in the same proceeding.

1        You may not draw any inference, favorable or
2   unfavorable, toward the government or the defendant, from the
3   fact that certain persons other than the defendants were not
4   named as defendants in the indictment or are not on trial here.
5   Nor may you speculate as to the reasons why other persons were
6   not named in the indictment or are not on trial.  Those matters
7   must play no part in your deliberations.
8        Whether a person should be indicted as a defendant in
9   this case or another separate case is a matter within the sole
10  discretion of the United States Attorney and the grand jury.
11  Therefore, you may not consider it in any way in reaching your
12  verdict as to either defendant.
13       Uncalled witnesses -- equally available or
14  unavailable.
15       There are several persons whose names you have heard
16  during the course of the trial but who did not appear here to
17  testify.
18       I instruct you that each party had the same power to
19  subpoena witnesses to testify on their behalf.  Therefore, you
20  should not draw any inference or reach any conclusions as to
21  what they would have testified to had they been called.  Their
22  absence should not affect your judgment in any way.
23       You should, however, remember my instruction that the
24  law does not impose on a defendant in a criminal case the
25  burden or duty of calling any witnesses or producing any