```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/19/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                               :

UNITED STATES OF AMERICA,      :

                                               :

              – against–                  :         1:20-cr-314-GHW

                                             :

                                             :            <u>ORDER</u>

ETHAN PHELAN MELZER,         :
    a/k/a "Etil Reggad,"              :

                                             :

                      Defendant.  :
-----------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

        The Court will discuss the parties' May 13, 2022 letter setting forth their respective positions regarding the Court's proposed voir dire questions at the *Daubert* hearing scheduled for May 24, 2022.

        SO ORDERED.

Dated: May 19, 2022
New York, New York

                                                                   GREGORY H. WOODS
                                                         United States District Judge