```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/19/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                :
    UNITED STATES OF AMERICA,      :
                :
           – against–           :       1:20-cr-314-GHW
                :
                :          <u>ORDER</u>
    ETHAN PHELAN MELZER,       :
      a/k/a "Etil Reggad,"           :
                :
                :
           Defendant.    :
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

Defendant filed a notice of intent to disclose classified information under Section 5 of the Classified Information Procedures Act on May 19, 2022. Dkt. No. 109. The United States is directed to submit its response to the Defendant's submission to the Court no later than June 1, 2022. The Court encourages the parties to confer regarding the notice prior to that date to attempt to resolve or focus any issues presented to the Court for resolution.

In the event that a hearing is necessary in order for the Court to evaluate and rule on any disputed issues, that hearing will take place on June 8, 2022 at 11:00 a.m. Presumptively that hearing will take place in Courtroom 12C, Daniel Patrick Moynihan United States Courtroom, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated: May 19, 2022
New York, New York

                                                       GREGORY H. WOODS
                                                    United States District Judge