Case 1:20-cr-00314-GHW   Document 115   Filed 05/31/22   Page 1 of 1



U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/31/2022
```

# MEMORANDUM ENDORSED

May 31, 2022

**BY ECF**
The Honorable Gregory H. Woods
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

    Re:   *United States v. Ethan Phelan Melzer*, S1 20 Cr. 314 (GHW)

Dear Judge Woods:

    The Government writes to respectfully request a short extension of time to respond to the defendant's notice of intent to disclose classified information under Section 5 of the Classified Information Procedures Act, filed on May 19, 2022 (the "Section 5 Notice"). Pursuant to the Court's Order, the Government and the defense met regarding the potential to resolve or focus any issues relating to the Section 5 Notice that may need to be presented to the Court for resolution. *See* Dkt. 113. The parties intend to meet and confer further regarding their respective positions, and to continue to pursue potential resolutions to address the Section 5 Notice. The Government therefore respectfully requests leave to file its response to the Section 5 Notice on Friday June 3, 2022, in order to afford additional time for these discussions. The defense consents to this application.

                       Respectfully submitted,

                       DAMIAN WILLIAMS
                       United States Attorney

        By:              /s/
             Sam Adelsberg
             Matthew Hellman
             Kimberly Ravener
             Assistant United States Attorneys
             (212) 637-2494 / 2278 / 2358

cc: Defense Counsel (by Email and ECF)

Application granted. The deadline for the Government's response is extended to June 3, 2022.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 114.

SO ORDERED.
Dated: May 31, 2022
New York, New York

                     _____
                     GREGORY H. WOODS
                     United States District Judge