# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

May 24, 2022

**By Email**

Samuel Adelsberg, Esq.
Matthew Hellman, Esq.
Kimberly Ravener, Esq.
Assistant United States Attorneys
United States Attorney's Office for the
Southern District of New York
One St. Andrew's Plaza
New York, NY 10007

Re:    *United States v. Ethan Melzer*, S1 20 Cr. 314 (GHW)

Dear Mr. Adelsberg, Mr. Hellman, and Ms. Ravener:

We write to notify you, pursuant to Rule 16(b)(1)(C) of the Federal Rules of Criminal Procedure, that the defense intends to call Dr. David Greenfield as an expert witness at trial. The defense reserves the right to call additional expert witnesses and will promptly notify the government if it elects to do so.

Dr. Greenfield's *curriculum vitae* is attached to this letter as Exhibit A. He is a clinical psychologist with expertise in compulsive and addictive Internet use and behavior. He holds a Ph.D. in counseling psychology, a masters of science in clinical psychopharmacology, a masters of arts in counseling, and a bachelor's degree in psychology. He is the founder and medical director of the Center for Internet and Technology Addiction, a treatment, research, and educational center for compulsive use of the Internet, video games, and smart phone technology. Dr. Greenfield has held numerous teaching positions, most recently as an assistant clinical professor in the Department of Psychiatry at the University of Connecticut School of Medicine from 2000 to 2020. Dr. Greenfield has published extensively in peer-reviewed journals, as well as two books, on the topic of Internet and technology use and abuse, the etiological and neurobiological characteristics of compulsive Internet use, and the psychological characteristics of compulsive Internet use.

Samuel Adelsberg, Esq.                                    May 24, 2022
Matthew Hellman, Esq.                                     [2]
Kimberly Ravener, Esq.

At trial, Dr. Greenfield will testify about the causes and characteristics of compulsive Internet use—use of the Internet, social media, video games, and related technologies that is repetitive and quasi-involuntary, continued by users despite the negative consequences that stem from such behavior. These negative consequences may include the expenditure of an inordinate amount of time, the opportunity cost of other uses of time and energy, the clouding of a user's judgment, and the loss of one's ability to discern fantasy from reality.

Dr. Greenfield will testify that it is often difficult to separate reality from fantasy on the Internet. He will share a finding from his own research, including a survey of 18,000 Internet users, that approximately fifty percent of users admit to lying or misrepresenting facts online with regularity. As a result, Dr. Greenfield will testify, the Internet is a forum where it can be difficult or impossible to discern what is true or real from what is false, fictitious, or fanciful.

Based on his research, Dr. Greenfield will similarly testify that the Internet's "perceived anonymity" causes users to experience "disinhibition," and that Internet users often assume that their online speech has no real-world consequences. In online chat or community spaces, this "disinhibition" effect is enhanced by a phenomenon that Dr. Greenfield describes as "accelerated intimacy." Heavy Internet users in online conversation mistakenly come to view total strangers with whom they chat as familiar. This erroneous perception of familiarity prompts even greater feelings of disinhibition, making users even more likely to engage in fantastical or role-playing behaviors and discussions.

Dr. Greenfield will also explain to the jury the basic neurobiological mechanisms that make heavy Internet use addictive. The human brain, like all mammalian brains, contains pathways and systems developed over millions of years to help ensure species' survival. The limbic system is the part of the brain responsible for, among other things, emotional and behavioral responses linked to survival-based behaviors such as sustenance and procreation. Within the limbic system, the nucleus accumbens, the brain's main "pleasure center" or "reward center," is a dense collection of cells that are receptive to the neurotransmitter dopamine. Dopamine is excitatory and highly stimulating; it causes humans to feel pleasure. Dr. Greenfield will explain that the Internet is a highly effective dopamine delivery platform. Using the Internet—like drugs, alcohol, sex, food, and gambling—elevates a person's dopamine levels and can lead to compulsive or addictive use and the behaviors that accompany

Samuel Adelsberg, Esq.                                    May 24, 2022
Matthew Hellman, Esq.                                     [3]
Kimberly Ravener, Esq.

such compulsion. Heavy Internet users look online again and again in anticipation of further potential dopamine hits. Additionally, Dr. Greenfield will testify about the concept of "synergistic amplification," applied in the context of Internet use to mean that more potent and stimulating content is more likely to have compulsive or addictive potential. Use of the Internet in and of itself sends dopamine to the brain. That dopamine hit is amplified by content that is more extreme or exciting.

Dr. Greenfield will also discuss the connection between social isolation and compulsive Internet use. People with fewer sources of real-time social stimulation are at greater risk of using the Internet compulsively. He will explain the concept of "broadcast intoxication," the phenomenon of Internet and social media users experiencing an intoxicating effect—elevated dopamine levels—from posting content on the Internet and receiving social validation. He will also discuss the "maybe factor," the dynamic of variable reinforcement on the Internet. As with a slot machine, social media users post online without knowing what content will be rewarded or validated.

Respectfully,

/s/ _____

Sarah Baumgartel
Jonathan Marvinny
Hannah McCrea
Ariel Werner
Assistant Federal Defenders
212.417.8700

# EXHIBIT A

**Dr. David N. Greenfield**
**8 Lowell Road**
**West Hartford, CT 06119**

## Curriculum Vitae

## Clinical Interests and Specialties

General clinical and addiction medicine practice; compulsive and addictive use of the Internet and screen technology; neurobiology and psychopharmacology in behavioral addiction medicine and process addictions; the evolutionary biology of addiction; Smartphone use and distracted driving; expert witness/forensic and employment issues with Internet, Smartphone and video game use. **Clinical specialties**: addiction medicine, sexual medicine, psychopharmacology, Internet use and addictive behavior disorders, online sexual behavior, compulsive video gaming, EMDR and neurophysiologic treatments, family psychiatric treatment.

## Birthplace

Bronx, New York

## Citizenship Status

US Citizen

## Department of Primary Appointment (ret)

Department of Psychiatry
UConn School of Medicine

## Academic Appointments

| | |
|---|---|
| 7/2000-12/2020 | Assistant Clinical Professor, Department of Psychiatry, UConn School of Medicine. |
| 9/2000-6/2001 | Adjunct Professor University of Connecticut Department of Educational Psychology |
| 9/1995-1997 | Adjunct Professor Adjunct Clinical Professor Antioch New England Graduate Center |
| 6/1991-9/1991 | Adjunct Clinical Faculty University of Hartford |

1

Department of Clinical Psychology

| 9/1987-8/1988 | Adjunct Professor of Psychology<br>Western Connecticut State University |
|---|---|
| 10/1986-3/1987 | Assistant Clinical Professor<br>Virginia Commonwealth University<br>Department of Psychology |
| 9/1981-5/1982 | Instructor of Psychology<br>Texas Tech University<br>Department of Psychology |
| 1/1980-5/1980 | Adjunct Instructor of Psychology<br>Ramapo College of New Jersey |

## **Professional Experience**

**Consulting Medical Director**, Greenfield Recovery Center and Greenfield Pathway for Video Game and Technology Addiction @Lifeskills South Florida. August 2018–December 2021. Designed and developed clinical program and treatment plan design, hiring, and supervision of clinical and administrative staff; involved in all aspects of development of a 16-bed residential treatment program for Internet and video game addiction in partnership with Odyssey Behavioral Healthcare, including: zoning, legal, staffing, written content and marketing, program development, and clinical training/supervision. Participate in weekly management team meetings.

**Founder & Clinical Director**, The Healing Center, LLC. September 2005–Present
Serve as clinical director of an outpatient behavioral healthcare practice with 3 clinical staff under my direct supervision. Clinical duties are varied and include supervision of staff, training, supervision of psychiatry residents, forensic and expert testimony on Internet addiction issues, evaluation of behavioral, professional, and licensing issues for impaired healthcare professionals, consultation with various state, local, and educational agencies. Collaboration of research and training curriculum for UConn psychiatry residency training program.

**Founder/Clinical Director**, The Center for Internet and Technology Addiction (CITA) August 1999–Present. Started one of the country's first treatment clinics for Internet, video game and technology addiction issues. Provide outpatient, and IOP programs, develop training and continuing education materials, patient and family education materials, development of written and media programs for public.

**Principle & Founder**, Psychological Health Associates, LLC. October 1986–September 2005
Founded a multidisciplinary outpatient private treatment practice with 2 locations and approximately 20 providers across all behavioral health disciplines; served as administrator and co-partner with 2 other psychologists.

**Consulting Psychologist**, Newtown Youth Services. March 1994–September 1997
Provided weekly supervision of clinical staff.

**Consultant**, Department of Public Health and Addiction Services. May 1993–Present

2

Provided consultation, evaluation and testimony on impaired healthcare professionals, with a focus on behavioral health practitioners.

**Consultant**, Practice Development Consultants. January 1993–2005
Provided business consultation to improve company productivity.

**Special Master**, Connecticut Superior Court, Family Division, Regional Family Trial Docket. September 1995–February 2000. Provided mediation in attorney/psychologist teams to assist in protracted and high-conflict divorces and helped facilitate in trial diversion.

**Consulting & Supervisory Psychologist**, Danbury Youth Services. December 1988–December 2000. Provided weekly supervision of clinical staff.

**Consulting Psychologist**, Midstate Psychotherapy Associates. January 1989–September 1989
Provided psychological evaluations of inpatient adolescent psychiatry patients on a contracted basis.

**Clinical Psychologist**, Elmcrest Psychiatric Institute. January 1989–September 1989
Served as primary clinician/psychologist for an inpatient psychiatric hospital specializing in children and adolescents.

**Clinical Psychologist**, Acute Psychiatry and Geriatric Units, Fairfield Hills Hospital. October 1987–January 1989. Served as unit psychologist split between the geropsychiatry and acute admission unit at a state psychiatric hospital. Provided psychotherapy, family therapy, psychological evaluation, and training/supervision of clinical psychology interns.

**Assistant Psychologist**, Lubbock Regional Mental Health/Mental Retardation Center. March 1985–August 1985. Provided psychological evaluation and behavioral programming to patients with intellectual disabilities.

**Psychology Clinic Co-Director**, Texas Tech University Psychology Clinic. September 1984–May 1985.

**Psychotherapist and Supervisor** of Hotline Paraprofessionals, Texas Tech University Counseling Center. July 1982–December 1982.

**Director and Training Coordinator**, Ramapo College Hotline and Drop-in Center. September 1975–August 1977.

## Education

**M.S.** Clinical Psychopharmacology: Post-Graduate Fellowship, Fairleigh Dickinson University, Teaneck, New Jersey. 2017

**Ph.D.** Counseling Psychology, Texas Tech University, Department of Psychological Sciences, Lubbock, TX. 1986 (APA approved)

**M.A.** College and Community Counseling, New York University, New York, NY. 1980

**B.A.** Psychology, Ramapo College of New Jersey, Mahwah, NJ. 1978 (honors)

3

**Resident in Clinical Psychology**, Fairfield Hills Hospital. March 1987–October 1987

**Resident in Clinical Psychology**, Center for Psychological Services and Development, Virginia Commonwealth University. October 1986–March 1987

**Internship in Clinical Psychology**, McGuire V.A. Medical Center. September 1985–September 1986 (APA approved)

**Masters Internship**, New York University Counseling Service. September 1978–January 1979

## Media Work

Over 450 media interviews since 1995, including: *CNN*, *Good Morning America*, *The Today Show*, *Fox News*, *ESPN*, *NPR* and *HBO*, as well as *U.S. News and World Report*, *Newsweek*, *People*, *Time*, *Washington Post*, *Boston Post*, *Wall Street Journal*, *The Atlantic*, and *The Economist*.

## Publications

**Peer-Reviewed Journals:**

1. *Greenfield, D.N. Clinical Considerations in Internet and Video Game Addiction Treatment*, January 2022 issue of Hot Topics in Child and Adolescent Psychiatry, *Child and Adolescent Psychiatric Clinics of North America. Volume 31, Issue 1, 2022, Pages 99-119.*

2. Greenfield, D.N. (2018) Treatment considerations in video game addiction and Internet use disorder: A qualitative discussion. *Child and Adolescent Psychiatric Clinics of North America*, April 2018, Vol. 27 (2), pp.327-344.

3. Greenfield, D.N. (2017) Raising Generation D: What Parents and Clinicians Should Know about Children and Compulsive Internet use. *Journal of the American Academy of Child & Adolescent Psychiatry*, Vol. 56, (10), pp. S7.

4. Greenfield, D.N. (2017) Virtual Addiction: Etiological and Neurobiological Aspects of Compulsive Internet Use. *Journal of the American Academy of Child & Adolescent Psychiatry* Vol. 56 (10), pp. S63-S64.

5. Greenfield, D.N. & David, R.A. (2002) Lost in cyberspace: Internet abuse in the workplace. *CyberPsychology and Behavior*, 5, number 4.

6. Greenfield, D. N. (2000) The Nature of Internet Addiction: Psychological Factors in Compulsive Internet Behavior. *Journal of eCommerce and Psychology*, 1, Number 2.

7. Greenfield, D. N. (1999) Psychological Characteristics of Compulsive Internet Use: A Preliminary Analysis. *CyberPsychology and Behavior,* 8, Number 5.

**Book Chapters:**

4

1. Greenfield, D.N. (2020) Digital Distraction: What Makes the Internet and Smartphone so Addictive? In S. Lane and P. Atchley (Editors) Human Capacity in the Attention Economy (pp.27-47) American Psychological Association.

2. Greenfield, D.N. What Makes Internet Use Addictive? (2010) In K. Young & Abreu, C.N. *Internet Addiction: a handbook for evaluation and treatment*. Wiley: New York.

3. Greenfield, D. (2009) ¿Cómo tratar la adicción a Internet? In E. Echeburúa, F.J. Labrador y E. Becoña (Eds.), *Adicción a las nuevas tecnologías en adolescentes y jóvenes*. Madrid: Pirámide.

4. Greenfield, D.N. & Orzack. M. H. (2002) The Electronic Bedroom: Clinical Assessment for Online Sexual Problems and Internet-Enabled Sexual Behavior. In Cooper, A. (Eds.) *Sex and the Internet: A Guidebook for Clinicians*. John Wiley and Sons: New York.

5. Cooper, A., Boies, S., Maheu, M., & Greenfield, D. (2000) Sexuality and the Internet: The next sexual revolution.  In Muscarella, F. and Szuchman, L. (Eds.), *Psychological Perspectives on Human Sexuality: A Research Based Approach.* (pp. 519-545). John Wiley and Sons, Inc.: New York.

**Books:**

Greenfield, D.N. *Overcoming Internet Addiction for Dummies*. Wiley Press: New Jersey.

Greenfield, D.N. (1999*) Virtual Addiction: Help for Netheads, Cyberfreaks, and Those Who Love Them*. New Harbinger Publications: Oakland.

**Other Publications**

1. Greenfield, D. (2014) Greenfield/AT&T *It Can Wait* distracted driving survey.

   http://www.prnewswire.com/news-releases/are-you-compulsive-about-texting--driving-survey-saysyou-could-be-281586711.html

   http://about.att.com/newsroom/compulsion_research_drivemode_ios_availability.html;

   http://about.att.com/content/dam/snrdocs/It%20Can%20Wait%20Compulsion%20Survey%20Key%20Findings_9%207%2014.pdf

2. Greenfield, D.N. (2013) Raising Generation-D: What Parents Need to Know About Children, Tweens, and Teens and Digital Devices, DVD.

3. Greenfield, D.N. (2013) Clinical Treatment of Internet and Technology Addictions: A CE/CME Program for Mental Health and Addictions Professionals, DVD.

4. Greenfield, D.N. (2003) Internet Dating: Looking for Love at Light Speed. *The California Psychologist*. May/June 2003.

5. Greenfield, D.N. (2001) Sexuality and the Internet. *Counselor*, 2, pp. 62-63.

6. Greenfield, D.N. (2000) Lost in Cyberspace: The Growing Problem of Compulsive Internet Use. *Paradigm Magazine*.

7. Korwin, M.B., Greenfield, D.N., Magin, A., Esposito, J. & Holtzberg, G. (1998) Children, Parenting, and Divorce. Self-published.

8. Greenfield, D.N. (1986) The Effects of Self-Disclosure, Self-Esteem, and Love/Sex Attitude Similarity on Marital Satisfaction: a Multidimensional Analysis. Texas Tech University, Dissertation.

9. Greenfield, D.N., and Stoltenberg, C. (1985) Psychology Specialty Training: Towards a Generic Training Model of Professional Psychology, *ERIC Abstracts*.

10. Greenfield, D.N., Tucker, K., and Smith, S. (1985) Group treatment of Anorexia Nervosa and Bulimia: A Qualitative Analysis, *ERIC Abstracts.*

### Peer Reviewed Presentations

1. Greenfield, D.N. (2017) *Virtual Addiction: Etiological and Neurobiological aspects of compulsive Internet use*. Part of panel presentation at the 2017 American Association of Child and Adolescent Psychiatry Conference, Washington, DC.

2. Greenfield, D.N. (2017) *Raising Generation D: What parents and clinicians should know about children and compulsive Internet use?* Part of panel presentation at the 2017 American Association of Child and Adolescent Psychiatry Conference, Washington, DC.

3. Greenfield, D.N. (2000) *Cybersex and Cyber-Affairs: Digital Dating and the Electronic Bedroom*. Paper Presentation at the 2000 annual meeting of the American Psychological Association, Washington, D.C.

4. Greenfield, David N. (1999). *The Nature of Internet Addiction: Psychological Factors in Compulsive Internet Use*. Paper Presentation at 1999 American Psychological Association Convention.

5. Greenfield, D.N., Acuff, C., Reynolds, R.F., Rzepski, B., Hiebel, D.J., Augenbraun, H., Kaplan, M.E., Sutton, R., Beebe, J.P., and Gilstein, K.W. (1995) *Introduction to Hospital Practice I and II*. Presentation at the 9th Annual Convention of the Connecticut Psychological Association meeting; Rocky Hill, CT.

6. Greenfield, D.N. (1994) *Solution-Focused Psychotherapy–If It's Not Broken, Why Fix It?* Presentation at the 1994 Convention of the American Psychological Association; Los Angeles, CA.

7. Greenfield, D.N., and Rooney, A. (1994) *Asserting the Psychologist Role: Expanding Opportunities in Healthcare Settings*. Presentation at the 1994 Convention of the American Psychological Association; Los Angeles, CA.

8. Berent, S., Greenfield, D.N., and Julius, S.N. (1994) *Presentation at the 1994 Convention of the American Psychological Association* (Practice Directorate Mini-Convention); Los Angeles, CA.

9. Greenfield, D.N. (1994) *Hospital Practice for Psychologists*. Presentation at the Region 2 Meeting of the Connecticut Psychological Association, Middlesex Memorial Hospital; Middletown, CT.

10. Abrams, D.B., Blume, G., Buccilli, R., Carone, J.E., Greenfield, D.N., Holzman, A.D., Laundy, K., and Singer, R.P. (1994) *Thriving in the 90's–Creative Strategies for Peak Performance*. Presentation at the Connecticut Psychological Association Annual Convention; Waterbury, CT.

11. Greenfield, D.N., Lothstein, L.M., and Sutton, R. (1993) *The Clinical Examination: Determining Mental Status*. Panel presentation at the Connecticut Psychological Association Annual Meeting, Psychologist Emergency Certification Law; Hartford, CT.

12. Greenfield, D.N., Lothstein, Leslie M., and Magnovita, J.J. (1993) *Perspectives on Psychotherapy: Solution-Focused Psychotherapy*. Presentation at the 1993 meeting of the Connecticut Psychological Association; Stamford, CT.

13. Greenfield, D.N. (1993) *Future Trends in Psychological Practice*. Presentation at the April meeting of the Connecticut Psychological Association, Region 1, Child and Family Services; Hartford, CT.

14. Brown, Anita, Newman, Russ, Greenfield, D.N., Hartman-Stein, Paula, McCann, Sean, and Musgrove, Barbara (1992) *Practice Diversification: New Opportunities to Expand Your Practice*. Presentation at the Practice Directorate mini-convention at the 1992 meeting of the American Psychological Association; Washington, D.C.

15. Greenfield, D.N. (1992) *Marketing and Practice Development: The Practice of Business and the Business of Practice*. Presentation at the 1992 meeting of the American Psychological Association; Washington, D.C.

16. Williams, B.J., Abrahamson, D.J., Doolittle, T.M., Greenfield, D.N., and Bak, J.B. (1992) *Strategies for Dealing with Managed Care. Presented on: Managed Care or Damaged Care: Therapist, Patient, and Counter-transference Reactions to Managed Care*. Presented at the 1992 meeting of the American Psychological Association, Washington, D.C.

17. Cline, J.C., Greenfield, D.N., Lothstein, L.M. (1990) *Hospital Practice and Psychology: An Introduction to Independent Practice in Hospital Settings*. Presentation at the 1990 meeting of the Connecticut Psychological Association; Stamford, CT.

18. Greenfield, D.N. (1990) *Psychology, Hospital Practice and Prescription Privileges: A Necessary Union*. Presentation at the 1990 meetings of the American Psychological Association; Boston, MA.

19. Greenfield, D.N. (1990) *Changes in the Healthcare Market: Clinical and Economic Considerations*. Presentation at the 1990 meetings of the American Psychological Association; Boston, MA.

20. Greenfield, D.N. (1989) *Hospital Practice Privileges and Connecticut Psychology: Why It Is An Important Place for Us To Practice Independently*. Presentation at the 1989 meetings of the Connecticut Psychological Association; Farmington, CT.

21. Austad, C., Greenfield, D.N., Chair, Kisch, J., Lee, R., Rockland-Miller, H., and Sperry, R. (1989) *The Effects of the Changing Mental Healthcare Market on Clinical Practice: Clinical and Economic Considerations*. Presentation at the 1989 meeting of the Connecticut Psychological Association; Farmington, CT.

22. Greenfield, D.N. (1989) *Hospital and Related Practice Issues for Psychologists*. Presentation at the 1989 meeting of the American Psychological Association; New Orleans, LA.

23. Greenfield, D.N. (1988) *Hospital Practice: Privilege or Penalty*. Presentation at the 1988 meetings of the Connecticut Psychological Association; New Haven, CT.

24. Greenfield, D.N. (1988) *Marital Satisfaction: An Empirical Analysis*. Presentation at the 1988 meetings of the Connecticut Psychological Association; New Haven, CT.

25. Greenfield, D.N., and Stoltenberg, C. (1985) *Psychology Specialty Training: Towards a Generic Training Model of Professional Psychology Training*. Presentation at the 1985 meetings of the Southwestern Psychological Association; Austin, TX.

26. Greenfield, D.N., Tucker, K., and Smith, S., (1985) *Group Treatment of Anorexia Nervosa and Bulimia: A Qualitative Analysis*. Presented at the 1985 meeting of the southwestern Psychological Association; Austin, TX.

27. Greenfield, D.N., and Marshall, P. (1984) *Automaticity and the Acquisition of a Nonverbal Cue*. Presentation at the 1984 meetings of the Southwestern Psychological Association; New Orleans, LA.

28. Greenfield, D.N. (1978) *The Effects of Room Color, Subject Gender and Size of Subject 's Family of Origin on the Perception of Crowding*. Presentation at the 1978 meetings of the North Jersey Environmental Psychologists Association; Mahwah, N.J.


## Invited Oral Presentations

1. Greenfield, D.N. (2022) *Problematic Internet, Screen and Media Use in College and University Populations. Webinar presentation for Southern Connecticut State University.*

2. Greenfield, D.N. (2022) *Teen Relationships: The Good, The Bad & How Parents can Help in a Digital World*. Webinar Panel Discussion.

3. Greenfield, D.N (2022) *Treatment of Internet and Technology Addiction in Children and Adolescents.* Didactic training for the University of Connecticut School of Medicine, Child and Adolescent Psychiatry Fellowship Program.

4.    Greenfield, D.N. (2021) *Problematic Screen and Media Use in Children and Adolescents.* Presentation for The San Diego State University: Academy for Professional Excellence.

5.    Greenfield, D.N. (2021) *Problematic Digital Media Use/Addiction-Treatment,* Breakout Group Leader, Children and Screens Conference, Institute of Digital Media and Child Development.

6.    Greenfield, D.N. (2021) *Internet Porn Addiction: An Emerging area of Forensic Psychiatry and Behavioral Addiction Medicine*. Presentation to The Yale University, Law and Psychiatry Fellowship Program.

7.    Greenfield, D.N. (2021) *The Internet is Made for Porn: Implications of the Pornification of Human Sexuality.* Presentation to CATSO-The Connecticut Association for the Treatment of Sex Offenders.

8.    Greenfield, D.N. (2020) *Internet Addiction: Epidemiology, Etiology and Treatment Considerations*. Three-part CE/CME webinar sponsored by Odyssey Behavioral Health and administered by CE Learning Systems, LLC.

9.    Greenfield, D.N. (2020) *Electronics and Addiction in Children*. PsychSIGN Region 1 Annual Conference—A New Year and Perspective in Psychiatry. UConn School of Medicine, Farmington, Connecticut.

10.    Greenfield, D.N. (2020) *Digital Distraction: Living in the Screen Age*. Presentation to The Old Guard, West Hartford, Connecticut.

11.    Greenfield, D.N. (2020) *Digital Distraction: Living in the Screen Age.* Presentation to The Avon Free Public Library, Avon, Connecticut.

12.    Greenfield, D.N. (2019) *Innovations in Addiction Treatment: Epidemiology and Etiology of Internet Behaviors*. Newport Hospital & Salve Regina University, Newport, Rhode Island.

13.    Greenfield, D.N. (2019) *Internet Addiction and Isolation*. Plenary presentation at Social Recovery in an age of Isolation: Trauma, Addiction, and Connection. Naugatuck Valley Community College, Waterbury, Connecticut.

14.    Greenfield, D.N. (2019). *Professional practice issues in Clinical Psychology*. CPA Annual Convention, Haddam, Connecticut.

15.    Greenfield, D.N. (2019) *The Internet is Made for Porn: Implications of the Pornification of Human Sexuality*. Featured Keynote at the Cape Code Symposium on Addictive Disorders, Hyannis, Massachusetts.

16.    Greenfield, D.N. (2019) *Digital Addiction, ADHD and ASD Spectrum Disorders: A Discussion of Co-Morbidity and Treatment.* Cash, H., Greenfield, D., Spector, E., & Sussman, C. Presentation at Issues and Innovations: Digital Technology and The Future of Behavioral Health, Amelia Island, Florida.

17.    Greenfield, D.N. (2019) *The Internet is Made for Porn: Implications of the Pornification of Human Sexuality.* Keynote Presentation at Issues and Innovations: Digital Technology and The Future of Behavioral Health, Amelia Island, Florida.

18.    Greenfield, D.N. (2019) *Digital Ghosts: Living in the Screen Age*. Presentation to the Alabama Medical Group Management Association meeting, Sandestin, Florida.

19.    Greenfield, D.N. (2019) *Clinical Treatment of Internet and Technology Addiction.* Presentation to Shortridge Academy Clinical Staff, Milton, New Hampshire.

20.    Greenfield, D.N. (2019) *Plug Back into Life: Treatment Considerations in Internet Use Disorders*. Invited presentation at the 2019 International Conference on Addiction Associated Disorders, London, England.

21.    Greenfield, D.N. (2018) *Plug Back into Life: Living with and without Our Digital Technology.* Keynote presentation at the Fall UROGPO Urology Conference, Scottsdale, Arizona.

22.    Greenfield, D.N. (2018) *Internet Addiction: Neurobiological, Etiological, and Treatment Considerations*. Presentation to The Massachusetts Chapter, The American Society of Addiction Medicine at The Massachusetts Medical Society, Waltham, Massachusetts.

23.    Greenfield, D.N. (2018) *Internet Addiction: Epidemiology, Etiology and Treatment Considerations*. Keynote Presentation to The West Coast Symposium on Addictive Disorders, Palm Springs, California.

24.    Greenfield, D.N. (2018) *Virtual Addiction: Are we controlling our Devices or are they controlling us*. Full-Day CE/CME training to Bridgewell Training, Lexington, Massachusetts.

25.    Greenfield, D.N. (2018) *Virtual Addiction: An Introduction to Treatment Considerations in Internet Use Disorders*. Presentation to the Connecticut chapter of the Employee Assistance Professionals Association, Wallingford, Connecticut.

26.    Greenfield, D.N. (2018) Roundtable Program Conference Presentation on Smartphone Distracted Driving, The Haag, Netherlands.

27.    Greenfield, D.N. (2018) *Internet Addiction: Epidemiology, Etiology and Treatment Considerations*. Presentation to The Connecticut Association of Treatment of Sex Offenders (CATSO), Middletown, Connecticut.

28.    Goldfarb, E. M, Greenfield, D.N. Stossel, M, & Twenge, J. M. (2018) *Kids, Teens and Screens: Guiding the next generation in the age of tech*. Panel discussion, Montclair State University, Montclair, New Jersey.

29.    Greenfield, D.N. (2017) *Clinical and Neurobiological Aspects of Internet and Technology Addiction*. Presentation to the Adelphi University School of Social Work, New York, New York.

30.   Greenfield, D.N. (2017) *What we should know about Smartphone and technology use*. Presentation to King Philip Middle School, West Hartford, Connecticut.

31.   Greenfield, D.N. (2017) *Screenagers: Growing up in the Digital Age*. Panel presentation at Mandell JCC, West Hartford, Connecticut.

32.   Greenfield, D.N. (2017) *Virtual Addiction*. Presentation at annual conference on addictive disorders, Wesleyan University, Middletown, Connecticut.

33.   Greenfield, D.N. (2017) *Digital Ghosts: Living in the Internet age*. Keynote presentation at the 2017 University of Connecticut annual development conference, Storrs, Connecticut.

34.   Greenfield, D.N. (2017) *Screenagers: Growing up in the Digital Age*. Part of panel presentation at the 2017 American Association of Child and Adolescent Psychiatry Conference, Washington, DC.

35.   Greenfield, D.N. (2017) *Internet Addiction: Epidemiology, etiology, and treatment considerations*. Plenary keynote presentation at the 2017 Cape Cod Symposium on Addictive Disorders, Hyannis, Massachusetts.

36.   Greenfield, D.N. (2017) *Internet Addiction: Epidemiology, etiology, and treatment considerations*. Plenary Keynote presentation at the 2017 Clinical Overview of the Recovery Experience, Amelia Island, Florida.

37.   Greenfield, D.N. (2017) *Driven to distraction: why we can't stop using our Smartphones when driving*. Keynote address at the 2017 Michigan Traffic Safety Summit, Michigan State University, East Lansing Michigan.

38.   Greenfield, D.N. (2017) *Patient engagement in addiction medicine.* Panel presenter at- Complexities in the compassionate management of patients with substance use disorder: Changing the trajectory of the opioid epidemic within our community, sponsored by Saint Joseph Mercy Health System, Ann Arbor, Michigan.

39.   Greenfield, D.N. (2017) *Internet Addiction: Digital drugs and digital distraction*. Invited address at - Critical Connections: Fostering cross-functional conversations on student mental health, sponsored by the University of Connecticut.

40.   Greenfield, D.N. (2016) *Internet and Technology Addiction: Are we controlling our devices or are they controlling us?* Keynote address at the National Association of Social Workers, South Dakota Conference, Sioux Fall, South Dakota.

41.   Greenfield, D.N. (2016) *Cybersex: The shadow side of the Internet*. Presentation at the National Association of Social Workers, South Dakota Conference, Sioux Falls, South Dakota.

42.   Greenfield, D.N. (2015) *The driving force: Why we continue to use digital technology behind the wheel*. New York Highway Safety Annual Fall Symposium, Binghamton, New York.

43.    Greenfield, D.N. (2015) *Virtual Addiction: Living in the Age of Digital Distraction*. Digital Citizenship Summit, University of Saint Joseph, West Hartford, Connecticut.

44.    Greenfield, D.N. (2015) *Internet and Digital Technology: How to Live with it, When you Can't Live Without it*. Georgia Tri-Country U.S. Probation Conference, Pine Mountain, Georgia.

45.    Atchley, P., Bayer, J. Greenfield, D.N. & Richtel, M. (2015) *Attention and Distraction and Smartphone Technology*. Neuroscience Session at 3rd Annual Virginia Distracted Driving Summit, Virginia Beach, Virginia.

46.    Greenfield, D.N. (2015) *Internet Use Disorder: Clinical and Treatment Implications of Compulsive Internet and Video Game Use in Adolescents*. Child & Adolescent Psychiatric Society of Greater Washington Spring Symposium, Addictions and the Adolescent Brain, Suburban Hospital, Bethesda, Maryland.

47.    Greenfield, D.N. (2014) *Virtual Addiction: Digital Media, Internet, Technology—Clinical Issues and Explorations*. Full day CME training for The Brattleboro Retreat and Hospital, Brattleboro, Vermont.

48.    Greenfield, D. N. (2014) *Virtual Addiction: Internet, Cybersex, and Gaming Addiction*. 3-Day clinical training to attending doctors and staff therapists. National Addictions Management Service (NAMS), National Hospital, Institute of Mental Health, Singapore.

49.    Greenfield, D.N. (2013) *Violence on the Internet and Digital Media*. Presentation at Middlesex Community College Forum on Violence and the Media, Middletown, Connecticut.

50.    Greenfield, D.N. (2013) *Technology: Friend or Foe? Or is it just my Frenemy?* Presentation to the Connard High School, Community of Concern on Youth and Risky Behavior, West Hartford, Connecticut.

51.    Greenfield, D.N. (2013) *Internet Addiction: Shaping the Conduct of Those Who Suffer Addictions*. Presentation at the Winter Seminar of The Georgia Association of Criminal Defense Lawyers, Atlanta, Georgia.

52.    Greenfield, D.N. (2013) *Internet and Digital Technology Addiction: A Clinical Perspective*. Grand Rounds Presentation, Department of Psychiatry, University of Connecticut School of Medicine, Farmington, Connecticut.

53.    Greenfield, D.N. (2013) *Virtual Addiction: Our Youth in the Age of the Internet and Digital Media*. Presentation to the West Hartford Substance Abuse Prevention Commission, West Hartford, Connecticut.

54.    Greenfield, D.N. (2013) *Internet and Sexual Behavior*. Continuing Education Presentation, the Connecticut Association for the Treatment of Sexual Offenders (CATSO), Middletown, Connecticut.

55.    Greenfield, D.N. (2012) *Internet Addiction and Digital Media Abuse*. Presentation to Psychiatry Residency Program, University of Connecticut School of Medicine, Farmington, Connecticut.

56.    Greenfield, D.N. (2012) *Internet and Digital Media Addiction: A Family Issue*. Grand Rounds Presentation, St. Francis Hospital, Department of Family Medicine, Hartford, Connecticut.

57.    Greenfield, D.N. (2012) *Cybersex, Internet and Pornography Addiction*. Continuing Education Presentation, Connecticut Association for the Treatment of Sexual Offenders (CATSO), Middletown, Connecticut.

58.    Atchley, P; Greenfield, D.N.; Schick, A. & Teater, J. (2012) *Our Need to Stay Connected: Is it an Addiction and What Challenges Does that Present to the Traffic Safety Community?* 2012 LifeSavers Traffic Safety Conference, Orlando, Florida.

59.    Greenfield, D.N. (2012) *Virtual Addiction: Digital Media, Internet, and Technology Addictions—Clinical Issues and Explorations*. Continuing education program for CT chapter of NASW, Cromwell, Connecticut.

60.    Greenfield, D.N. (2012) *Digital Media Addiction: Considerations for Internet, Texting, Social Media and Video Game use*. Hall High School, West Hartford, Connecticut.

61.    Greenfield, D.N. (2012) *Virtual Addiction: Why We Become Addicted to the Internet and Digital Media Technology?* 1st International Congress on Technology Addiction,Istanbul,Turkey.

62.    Greenfield, D. N. (2011) *Virtual Addiction: Digital Media and Internet-Enabled Sexual Behavior: Clinical Issues and Explorations*. Six-hour continuing education workshop, Vermont Psychological Association annual convention, Montpellier, Vermont.

63.    Greenfield, D.N. (2010) *Treating Internet and Digital Media Problems*. Northeast Health Services, Taunton, Massachusetts.

64.    Greenfield, D.N. (2010) *The Virtual World: Considerations for Internet and Digital Media Addiction*. The Connecticut Association for Addictions Professionals, Naugatuck Valley Community College, Waterbury, Connecticut.

65.    Greenfield, D. N. (2010 a, b) *a. Internet and Digital Media Problems, b. Internet and Computer safety*. St. James Episcopal Church, Glastonbury, Connecticut.

66.    Greenfield, D. (2009) *Games People Play: Considerations for Internet and video gaming*. Presentation, July 3, Berlin, Germany.

67.    Greenfield, D.N. (2009) *Virtual Addiction: Clinical Implications of Internet and Digitally Enabled Behavior, Process Addictions: approaches for professionals*, Las Vegas, Nevada.

68.    Greenfield, D.N. (2009) *Internet and Digital Addiction*. Central Connecticut State University, New Britain, Connecticut.

69.     Greenfield, D.N. (2009) *Living in a virtual world: global implications of digital addiction*. Berliner Mediensuch-Konferenz–Beratung und Behandlung für mediengefährdete und-geschädigte Menschen, Berlin 6-7 März 2009, Berlin, Germany.

70.     Greenfield, D.N. (2008) *Pastoring in the midst of Pornography*. Clergy training for Episcopal Diocese of Connecticut, Bloomfield & Greenwich, Connecticut.

71.     Greenfield, D.N. (2008) *Games People Play: Is Virtual Simulation the Next Worst Thing to Reality?* National Security Agency, Washington, DC.

72.     Greenfield, D.N. (2008) *Virtual Addiction: Clinical Implications of Digital & Internet-Enabled Behavior*. Presentation at International Conference Course about New Technologies: Addiction to new technologies in adolescents and young people, Auditorium Clinic Hospital, Madrid, Spain.

73.     Greenfield, D. N. (2007) *Games people play: Virtual asset or affliction*. Virtual Worlds Conference: Invited speaker, Columbia University, Institute for Tele-Information, Columbia Business School, New York.

74.     Greenfield, D.N. (2006) *Untangling the web of addictions: A mental health focus*. Featured speaker, Rhode Island Psychological Association, Warwick, Rhode Island.

75.     Greenfield, D.N. & Shelby M. (2006) *How to manage the Internet so it doesn't manage you*. Housatonic Valley Regional High School, Falls Village, Connecticut.

76.     Greenfield, D.N. & Shelby, M. (2006) Seminar and Intensive workshop for treatment and prevention of Internet addiction for social workers or counselors, Hong Kong Council for social Services, Hong Kong.

77.     Greenfield, D.N. *Caught in the Web: How Internet Addiction Impacts our Lives*. Co-sponsored with UJA/Federation of Greenwich and JFS of Stamford, Bruce Museum, Stamford, Connecticut.

78.     Greenfield, D.N. *Diagnosis and Treatment of Internet Addictions*. Professional workshop for Jewish Family Services, Stamford, Connecticut.

79.     Greenfield, D.N. (2006) *The Net Effect: The Shadow Side of Digital Technology*. Keynote presentation to the Beyond Technology conference, Springfield, Massachusetts.

80.     Greenfield, D.N. (2006) *Energy Medicine in Addictions Treatment*. Presentation to The Massachusetts Council on Compulsive Gambling conference on: Spirituality and other non-traditional approaches to treatment, Fall River, Massachusetts.

81.     Greenfield, D.N. (2006) *The Internet, Sex, and Gambling: A World Wide Web of Addictions*. Presentation to Quinnipiac University's Mass Communications Department and The Connecticut Council on Problem Gambling, Quinnipiac University, Wallingford, Connecticut.

14

82.    Greenfield, D.N. (2006) *Virtual-addiction: Implications of Internet-enabled behavior*. Presentation to the Harvard Medical School, Department of Continuing Education conference on Treating the Addictions, Boston, Massachusetts.

83.    Greenfield, D.N. (2006) *The Net Effect: Is virtual connection really good for us?* Keynote presentation to Paperclip communications, conference on Cyber-profiles, held at Montclair State University, Montclair, New Jersey.

84.    Greenfield, D.N. (2005) *Cyber-addictions*. Presentation to the Ontario Association of Consultants, Counselors, Psychometrists, and Psychotherapists, Ontario, Canada.

85.    Greenfield, D.N. (2005) *Virtual Addiction: Attraction or Affliction of the Digital Age?* Presentation to the Minnesota Social Service Association 112th Annual Training Conference, Conquering Change—Together We Achieve More, Minneapolis, Minnesota.

86.    Greenfield, D.N. (2005) Roundtable for The Pfizer Journal: *Addiction: New Science, New Hope*. February 24-25, 2005, Miami, Florida.

87.    Greenfield, D.N. (2004) *Treatment of Internet-Enabled Compulsive Sexual Behavior on Marital and Significant Relationships*. Presentation to the University of Connecticut, School of Medicine, Department of Psychiatry, Annual Psychiatric Residents Meeting.

88.    Greenfield, D.N. (2003) *Treatment of Internet-Enabled Compulsive Sexual Behavior on Marital and Significant Relationships*. Audio taped presentation for Continuing Education for the National Association of Social Workers-Massachusetts Chapter.

89.    Greenfield, D.N. (2003) *Virtual Addiction: Sometimes New Technologies Create New Problems*. In Mitchell, M.E. & Andrews, L.B. (Eds.) The Technology of Humanity: Can Technology Contribute to the Quality of Life? Illinois Institute of Technology, Chicago, Illinois.

90.    Greenfield, D.N. & Gordon, B.L. (2002) *Cybersex and Cyber affairs*. Presentation at the 2002 meeting of the American Psychological Association, Chicago, Illinois.

91.    Greenfield, D.N. (2001) *Hooked On-Line: Understanding and Treating Internet Addiction*. Presentation to the Mental Health Association of Franklin Country, Columbus, Ohio.

92.    Greenfield, D.N. (2001) *Compulsive Internet Use: Considerations in Clinical Practice*. Presentation to the Behavioral Health Service, Group Health Cooperative, Seattle, Washington.

93.    Greenfield, D. N. (2001) *E-Productivity summit: The Internet in the workplace*. Sponsored by Websense: New York, New York.

94.    Greenfield, D.N. (2001) *Compulsive Internet Use: Considerations in Clinical Practice*. Presentation to the Oregon Psychological Association, Portland, Oregon.

95.    Greenfield, D.N. (2000) *Lost in Cyberspace: Compulsive Internet Use as Social Isolation or Social Connection*. Invited Presentation to the American Sociological Association Convention, Washington, D.C.

96.    Greenfield, D.N. (2000) *Compulsive Internet Use: Considerations in Clinical Practice.* Workshop Presentation to the Illinois Psychological Association, Chicago, Illinois.

97.    Greenfield, D.N. (2000) *Compulsive Internet Use: Considerations in Clinical Practice.* Workshop Presentation to "The Center," Hartford, Connecticut.

98.    Greenfield, D.N. (2000) *Safe in Cyberspace.* Presentation to the Avon Public Schools PTA, Avon, Connecticut.

99.    Greenfield, D.N. (2000) *E-Productivity Summit: The Internet and the workplace.* Sponsored by Websense, Inc., San Diego, California.

100.    Greenfield, D.N. (2000) *Internet Addiction: Considerations in Clinical Practice.* Presentation at St. Francis Care Behavioral Health (formally Elmcrest Psychiatric Institute), Portland, Connecticut.

101.    Greenfield, D.N. (2000) *Safe in Cyberspace: Preparing Parents and Children for the Internet.* Presentation to the Social Service league of Cohasset, Inc.

102.    Greenfield, D. N. (2000) *Compulsive Internet Use in the Workplace.* Presentation to the Connecticut Chapter, Employee Assistance Association, West Hartford, Connecticut.

103.    Greenfield, D.N. (2000) *Perils and Pitfalls of Cyber-Living: Research and Clinical Findings.* Presentation at Mt Holyoke College, South Hadley, Massachusetts.

104.    Greenfield, D.N. (1998) *Taming Your Cybertooth Tiger: Living in the Age of Internet Addiction.* Presentation at the Annual Meetings of the Connecticut Psychological Association, Hartford, CT.

105.    Cooper, A, Maheau, M., and Greenfield, D.N. (1998) *Internet Addiction.* Presentation at the 1998 meetings of the American Psychological Association, San Francisco, California.

106.    Magin, A. and Greenfield, D.N. (1995-1998) *Focus on Mental Health.* Guest co-hosts on monthly radio talk show, Connecticut mental Health Association, Hartford, CT.

107.    Greenfield, D.N. (1996) *Getting Off On-Line: Life in the Age of the Electronic Bedroom.* Presentation at the Connecticut Academy of Physician Assistants, Rocky Hill, CT.

108.    Greenfield, D.N. (1995) *EMDR–Eye Movement Desensitization and Reprocessing: An Introduction to Theory and Practice.* Presentation at the North Cape Code Symposium on Addictive Disorders.

109.    Greenfield, D.N. (1995) *Solution-Focused Approaches to Psychotherapy: Using Therapeutic Challenges.* Presentation to the 1995 American Psychological Association Convention, New York.

110.    Greenfield, D.N. (1995) P*ractice & Profit: Growth Opportunities for Psychologists in the 90's.* Presentation to the 1995 American Psychological Association Convention, New York, NY.

16

111.   Greenfield, D.N. and Esposito, J.B. (1995) *Stress & Systemic Lupus*. Presentation at Danbury Hospital.

112.   Greenfield, D.N. (1995) *Hospital Practice–The Time has Come*. Presentation at the Region I meeting of the Connecticut Psychological Association, The Village for Families and Children, Hartford, CT.

113.   Greenfield, D.N. (1995) *Public testimony on "Hospital Practice for Psychology."* Connecticut State Legislative, Public Health Committee, Hartford, CT.

114.   Greenfield, D.N., and Bart, L. (1994) *Solution-Focused Approaches to Trauma and Other Therapeutic Challenges*. Presentation sponsored by Brattleboro Retreat and Psychological Health Associates, Farmington, CT.

115.   Greenfield, D.N. (1993) *Life after Managed Competition: How to Survive and Prosper as a Psychologist in the 90's*. Presentation at Connecticut Psychological Association, Region 5 Meeting, Danbury Hospital, Danbury, CT.

116.   Greenfield, D.N. (1993*) Short-Term and Solution-Focused Psychotherapy*. Presentation to the Travelers, Utilization Review/Case Manager staff, Glastonbury, CT.

117.   Greenfield, D.N. (1993) *Managing Relationships*. Radio interview on WCCC-FM, Hartford, CT.

118.   Greenfield, D.N. (1993) *Clinical Issues in Child Custody and Divorce*. Presentation at Child and Family Services, Hartford, CT.

119.   Greenfield, D.N. and Olsen, L. (1993) *Solution-Focused Psychotherapy*. Presentation at Personal Performance Consultants EAP, Danbury, CT.

120.   Greenfield, D.N. (1993) *Professional Psychology: Current Trends in the State of Connecticut*. Presentation at the Institute of Living, Clinical Psychology Department, Hartford, CT.

121.   Greenfield, D.N. (1992) *Systems Theory and Marital Therapy: Clinical Applications*. Lecture at the Graduate School, Western Connecticut State University, Danbury, CT.

122.   Greenfield, D.N. (1992) *Dealing with Holiday Stress*. Radio interview on WPOP-AM, Hartford, CT.

123.   Greenfield, D.N. (1992) *Stress Management*. Workshop at Energy Research Corporation, Danbury, CT.

124.   Greenfield, D.N. (1992) *Mental Status and Clinical Diagnosis*. Presentation at Wheeler Clinic, Plainville, CT.

125.   Greenfield, D.N. (1992) *Managing Change in a Changing World*. Presented to employees at Hughes Danbury Optical Systems, Inc., Danbury, CT.

126.    Greenfield, D.N. (1992) *Developing Successful Relationships*. Presented to the Mental Health Association of Connecticut (Greater Hartford Manic-Depressive Support Group), University of Connecticut Health Center, Farmington, CT.

127.    Greenfield, D.N. (1992) *Marketing and Practice Development*. Workshop at the University of Hartford, Clinical Psychology Colloquium, West Hartford, CT.

128.    Greenfield, D.N. (1991) *Neuropsychological Considerations in Clinical Practice*. Workshop at the University of Hartford, Clinical Psychology Colloquium Series, West Hartford, CT.

129.    Greenfield, D.N., Korwin, M., Magin, A., Thomason, S. (1989) *Borderline Personality Disorder*. Presentation at New Mexico State University.

## Boards/Committees

Psychopharmacology Taskforce Co-Chair, Connecticut Psychological Association. 2015–Present

Advisory Board, Post University, Communications and Media Studies. 2017–Present

Board Member, Connecticut Association of Treatment of Sex Offenders (CATSO). January 2018 Present

President, Connecticut Psychological Association. January 1998–January 2001

Chairperson, Hospital Practice Committee, Bill Captain, Co-Chair Hospital Practice 1998-2000

Implementation Task Force, Connecticut Psychological Association. January 1993–December 1995

JCAHO Representative. January 1993–June 1994

Alternate Representative, American Psychological Association. June 1994–October 1994

Practice Directorate Coordinator, Connecticut Psychological Association, Council of Directors. January 1990–January 1993

Legislative Committee Member/Key Psychologist, Connecticut Psychological Association. January 1990–December 1995

Chairperson, Program Committee, Connecticut Psychological Association. April 1989–May 1991

## Journal and Book Editorial Boards/Reviewer:

International Journal of Mental Health and Addiction
Advances in Cognitive Psychology
Journal of Academic Psychiatry
Editor for special issue of Addicta: Turkish Journal on Addictions
CyberPsychology Behavior and Social Networking

18

Oxford University Press
Wiley Blackwell
Journal of Behavioral Health
Journal of Mental Health and Clinical Psychology
International Journal of Cognition and Behaviour
Journal of Clinical Psychiatry

**Professional Memberships**

Member, Sexual Medicine Society of North America
Member, International Society for Sexual Medicine
Member, American Society of Addiction Medicine
Member, Neuroscience Education Institute
Member, American Society for the Advancement of Pharmacotherapy
Member, American Psychological Association
Fellow, Connecticut Psychological Association
Clinical Member, CATSO-Connecticut Association for the Treatment of Sexual Offenders
Member, NAADAC–The Association for Addiction Professionals

**Boards/Certifications**

Board Certified in Clinical Psychology, American Board of Professional Psychology – 7/22/2020
Clinical Psychopharmacology Certification, APA College of Professional Psychology – 3/2017
Master Addiction Counselor, National Association for Addiction Professionals – 4/2018
Proficiency in Addictions, APA College of Professional Psychology #AD001519 – 3/1996
National Register of Health Service Providers in Psychology #40025 – 1/1999
Certificate of Professional Qualification in Psychology #3443 – 4/2002

**Licensure**

| | |
|---|---|
| Connecticut Licensed Clinical Psychologist | #001399 |
| New York Licensed Clinical Psychologist | #009628 |
| Connecticut Licensed Marriage & Family Therapist | #000558 |
| Massachusetts Licensed Clinical Psychologist | #11296 |
| Florida Telehealth Provider Registration | #414 |

References available upon request