USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/12/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
        UNITED STATES OF AMERICA,

               – against–

        ETHAN PHELAN MELZER,
           a/k/a "Etil Reggad,"

                        Defendant.
------------------------------------------------------------X

1:20-cr-314-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

       The Court has received the Government's June 12, 2022 motion *in limine* and motion to exclude Defendant's proposed expert testimony. Subject to the exception below, Defendant's opposition to those motions is due no later than June 16, 2022. The Government's reply, if any, is due no later than June 20, 2022.

       Defendant's opposition to the Government's request that it disclose the proposed exhibits, an exhibit list, and statements relating to the Defendant's witnesses, as described in the Government's motion to exclude Defendant's proposed expert testimony, is due no later than June 13, 2022. The Government's reply, if any, is due no later than June 14, 2022.

       SO ORDERED.

Dated: June 12, 2022.
New York, New York

                                                          _____
                                                            GREGORY H. WOODS
                                                      United States District Judge