USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/14/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           :

  UNITED STATES OF AMERICA,              :

                                                    :

                  – against–                         :            1:20-cr-314-GHW

                                                    :

                                                    :              <u>ORDER</u>

  ETHAN PHELAN MELZER,                  :
     a/k/a "Etil Reggad,"

                                                    :

                                   Defendant.  :
-----------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

      On June 14, 2022, the Government requested that the Court adjourn the hearing currently scheduled for June 15, 2022 due to unforeseen circumstances impacting the Government's availability to attend that hearing. That request is granted. The hearing is adjourned to June 16, 2022 at 9:00 a.m. in Courtroom 12C, Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY 10007.

      SO ORDERED.

Dated: June 14, 2022.
New York, New York

                                                         _____
                                                            GREGORY H. WOODS
                                                        United States District Judge