# EXHIBIT A

| | |
|---|---|
| From: | noreply=discordapp.com@mailgun.discordapp.com on behalf of Discord <noreply@discordapp.com> |
| Sent: | Monday, February 25, 2019 9:14 PM |
| To: | cotacomm48799@gmail.com |
| Subject: | Verify Email Address for Discord |



## Hey daggerlite,

Thanks for registering for an account on Discord! Before we get started, we just need to confirm that this is you. Click below to verify your email address:



Need help? Contact our support team or hit us up on Twitter @discordapp.
Want to give us feedback? Let us know what you think on our feedback site.

### FUN FACT #17

Starting with version 6.29 of the original Dota, each update ending in a "9" contained a secret quest, usually showing off an upcoming hero such as Invoker.

Sent by Discord • check our blog • @discordapp
444 De Haro Street, Suite 200, San Francisco, CA 94107



USAO_011635 - UvM_000027290



USAO_011636 - UvM_000027290