# EXHIBIT B

| Timestamp | User | Message |
|---|---|---|
| 2019-02-28 04:30:04.823 | Plum#8576 | It was just on the radio while I was driving |
| 2019-02-28 04:30:14.761 | Plum#8576 | And it was better than Taylor Swift |
| 2019-02-28 04:30:32.182 | Plum#8576 | But juuust barely and it was extremely informative |
| 2019-02-28 04:30:34.817 | Deleted User 5e4bd68d#8900 | Anything is better lol |
| 2019-02-28 04:30:39.680 | Deleted User 831034ef#9727 | Hello |
| 2019-02-28 04:30:44.998 | Plum#8576 | It was close |
| 2019-02-28 04:30:46.630 | Deleted User 5e4bd68d#8900 | Hey hedge, dagger |
| 2019-02-28 04:30:53.649 | Plum#8576 | Hi |
| 2019-02-28 04:31:05.818 | Deleted User 831034ef#9727 | I have questions about some group I found |
| 2019-02-28 04:31:16.209 | Deleted User 831034ef#9727 | Don’t know if you all could help |
| 2019-02-28 04:31:25.602 | Deleted User 5e4bd68d#8900 | I can't guarantee answers, but I am always willing to help |
| 2019-02-28 04:31:49.651 | Plum#8576 | Me too |
| 2019-02-28 04:31:57.725 | Deleted User 831034ef#9727 | Ok so I was going down the rabbit hole and found this group called temple ov blood |
| 2019-02-28 04:32:03.507 | Deleted User 5e4bd68d#8900 | Mhm |
| 2019-02-28 04:32:11.523 | Deleted User 831034ef#9727 | But there’s literally no info I can find on them |
| 2019-02-28 04:32:14.013 | Plum#8576 | Sounds grim |
| 2019-02-28 04:32:16.010 | hedge#1333 | sounds like a psychick children deal |
| 2019-02-28 04:32:32.293 | Deleted User 5e4bd68d#8900 | Definately Children of the Corn |
| 2019-02-28 04:32:33.814 | Plum#8576 | Whose in there lmao |
| 2019-02-28 04:32:40.053 | Plum#8576 | Anyone we know? |
| 2019-02-28 04:32:46.975 | Plum#8576 | So I can unfriend them? |
| 2019-02-28 04:32:48.588 | Plum#8576 | Jk |
| 2019-02-28 04:32:53.623 | Deleted User 5e4bd68d#8900 | Trump. Gotta be |
| 2019-02-28 04:32:56.653 | Deleted User 831034ef#9727 | Only video I found of them is some video of them shooting some altar or somthing, seems pretty out there |
| 2019-02-28 04:33:16.030 | Plum#8576 | How did u find this |
| 2019-02-28 04:33:22.465 | Deleted User 5e4bd68d#8900 | It sounds like some edgy teens doing stupid shit. |
| 2019-02-28 04:33:24.270 | Deleted User 831034ef#9727 | Reddit |
| 2019-02-28 04:34:07.387 | Plum#8576 | Yeah but where |
| 2019-02-28 04:34:09.104 | Deleted User 5e4bd68d#8900 | What is your interest, exactly? Do you wish to join? |
| 2019-02-28 04:34:15.277 | hedge#1333 | ahhh i se |
| 2019-02-28 04:34:19.286 | Deleted User 831034ef#9727 | Somebody in the comments talked about there connected to some shit called O9A |
| 2019-02-28 04:34:28.171 | Deleted User 831034ef#9727 | No just morbid curiosity |
| 2019-02-28 04:34:31.274 | Deleted User 5e4bd68d#8900 | Perhaps you're tantalized by the idea of a darker way of life, hmm? |
| 2019-02-28 04:34:51.831 | Plum#8576 | Tantralized? |
| 2019-02-28 04:34:55.341 | Plum#8576 | Muahaha |
| 2019-02-28 04:35:02.763 | Deleted User 831034ef#9727 | Just morbid curiosity really but who knows |
| 2019-02-28 04:35:07.034 | Deleted User 5e4bd68d#8900 | *Ba dum tiss* |
| 2019-02-28 04:35:20.778 | Plum#8576 | Ok so what’s the problem |
| 2019-02-28 04:35:48.458 | Deleted User 5e4bd68d#8900 | What you're seeking does not exist. Do not seek what you are not ready to know. |
| 2019-02-28 04:36:06.806 | Deleted User 5e4bd68d#8900 | Stay awhile and listen. |
| 2019-02-28 04:36:07.088 | Deleted User 831034ef#9727 | Just wanted to know if anybody knew anything else about them |
| 2019-02-28 04:36:21.893 | hedge#1333 | i will look into it |
| 2019-02-28 04:36:25.555 | hedge#1333 | i am curious now too |
| 2019-02-28 04:36:43.426 | Deleted User 5e4bd68d#8900 | Are we really going to give this credence? |
| 2019-02-28 04:36:45.803 | Deleted User 5e4bd68d#8900 | UGH |
| 2019-02-28 04:36:55.906 | Deleted User 831034ef#9727 | I appreciate it |
| 2019-02-28 04:36:59.803 | Deleted User 5e4bd68d#8900 | Okay, it's probably a necromancy group |
| 2019-02-28 04:37:04.565 | hedge#1333 | you are not the gatekeeper |
| 2019-02-28 04:37:07.811 | Plum#8576 | Do not seek what you are not already know, Creedence. |
| 2019-02-28 04:37:14.132 | hedge#1333 | we are allowed to be curious and interested |
| 2019-02-28 04:37:20.636 | hedge#1333 | that is what we are here for |
| 2019-02-28 04:37:35.313 | Plum#8576 | Why are you so curious about this? |
| 2019-02-28 04:37:45.896 | Plum#8576 | Have you asked anyone in that group |
| 2019-02-28 04:37:47.632 | Deleted User 5e4bd68d#8900 | I like that. The gatekeeper. XD |
| 2019-02-28 04:37:53.037 | Plum#8576 | What it’s all about? |
| 2019-02-28 04:37:57.645 | Deleted User 831034ef#9727 | Because it just seems really bizarre |
| 2019-02-28 04:38:07.047 | Plum#8576 | And this server doesn’t? |
| 2019-02-28 04:38:08.494 | Deleted User 5e4bd68d#8900 | Link the video and reddit post |
| 2019-02-28 04:38:16.862 | Plum#8576 | Oh boy |
| 2019-02-28 04:38:23.726 | Plum#8576 | Here we go you done it now |
| 2019-02-28 04:38:24.042 | Deleted User 831034ef#9727 | Always was interested in really obscure shit |
| 2019-02-28 04:38:29.149 | Deleted User 831034ef#9727 | Ok one sec |
| 2019-02-28 04:38:44.313 | hedge#1333 | nothing wrong with that |
| 2019-02-28 04:38:46.080 | Deleted User 5e4bd68d#8900 | Investigation begun. I'm going to beat hedge to the point. |
| 2019-02-28 04:39:00.470 | hedge#1333 | i'm not so curious that i |
| 2019-02-28 04:39:06.184 | Deleted User 5e4bd68d#8900 | This is my life now. |
| 2019-02-28 04:39:14.365 | Plum#8576 | Epic |
| 2019-02-28 04:39:14.828 | hedge#1333 | would fuck up that message |
| 2019-02-28 04:39:17.499 | Deleted User 831034ef#9727 | https://www.youtube.com/watch?v=hq_NYJfoAEU&feature=share |
| 2019-02-28 04:39:31.130 | hedge#1333 | occult paramilitary group |
| 2019-02-28 04:39:35.497 | Plum#8576 | Qayanite? |
| 2019-02-28 04:39:46.317 | Deleted User 831034ef#9727 | Yea idk what any of it means |
| 2019-02-28 04:39:52.611 | Plum#8576 | It doesn’t look good |
| 2019-02-28 04:40:02.930 | Deleted User 831034ef#9727 | What’s a qayanite |
| 2019-02-28 04:40:10.525 | Deleted User 5e4bd68d#8900 | Uhm...that looks like toilet seats. |
| 2019-02-28 04:40:24.401 | Deleted User 831034ef#9727 | Is that really a thing though |
| 2019-02-28 04:40:36.619 | Plum#8576 | Ok well |
| 2019-02-28 04:40:39.599 | Plum#8576 | http://www.ixaxaar.com/pages/anamlaqayinikon.php |
| 2019-02-28 04:40:44.771 | Plum#8576 | I see this |
| 2019-02-28 04:40:49.788 | Plum#8576 | And I look away |
| 2019-02-28 04:41:39.347 | Plum#8576 | Seems to reference a publication |

| Timestamp | User | Message |
|---|---|---|
| 2019-02-28 04:41:48.872 | Plum#8576 | Since it's sold out |
| 2019-02-28 04:41:57.703 | Plum#8576 | And published in 2014 |
| 2019-02-28 04:42:30.709 | Plum#8576 | Those symbols seem telling tho |
| 2019-02-28 04:42:55.668 | Deleted User 5e4bd68d#8900 | Man I was close. |
| 2019-02-28 04:43:05.076 | Plum#8576 | https://youtu.be/bH1JThlQKe4 |
| 2019-02-28 04:43:06.196 | Deleted User 5e4bd68d#8900 | The Tempel ov Blood is vampirism |
| 2019-02-28 04:43:07.315 | Deleted User 5e4bd68d#8900 | https://vkjehannum.files.wordpress.com/2016/06/liber-333.pdf |
| 2019-02-28 04:43:10.117 | Plum#8576 | Yeah you were |
| 2019-02-28 04:43:48.662 | Deleted User 831034ef#9727 | Wtf |
| 2019-02-28 04:44:05.334 | Deleted User 831034ef#9727 | So like generic vampires or what |
| 2019-02-28 04:44:18.257 | Plum#8576 | Umm probably not |
| 2019-02-28 04:44:26.722 | Plum#8576 | Probably the serious kind |
| 2019-02-28 04:44:33.148 | Plum#8576 | The sanguine |
| 2019-02-28 04:44:43.068 | Plum#8576 | There are three kinds of vampires |
| 2019-02-28 04:44:54.299 | Plum#8576 | Only one of them drinks blood |
| 2019-02-28 04:45:01.791 | Deleted User 5e4bd68d#8900 | This sounds insane. Aliens and forcing human evolution |
| 2019-02-28 04:45:12.779 | Plum#8576 | Does it tho? |
| 2019-02-28 04:45:22.886 | Deleted User 831034ef#9727 | This shit is crazy |
| 2019-02-28 04:45:36.875 | Deleted User 5e4bd68d#8900 | Second, the infiltration and manipulation of organizations and forms with Sinister |
| 2019-02-28 04:45:44.201 | Deleted User 5e4bd68d#8900 | They infiltrate neo-nazi groups. |
| 2019-02-28 04:45:52.325 | Deleted User 5e4bd68d#8900 | I was thinking this would be a good read >_> |
| 2019-02-28 04:45:58.777 | Plum#8576 | The world is getting very chaotic |
| 2019-02-28 04:46:24.051 | Deleted User 831034ef#9727 | Found a website |
| 2019-02-28 04:46:24.280 | Tatsu#8792 | 🆙 | **daggerlite leveled up!** |
| 2019-02-28 04:46:30.394 | Plum#8576 | Like imagine a ships welded hull expanding |
| 2019-02-28 04:46:31.836 | Deleted User 831034ef#9727 | Shit is bonkers |
| 2019-02-28 04:46:38.072 | Plum#8576 | No doubt |
| 2019-02-28 04:47:22.909 | Deleted User 831034ef#9727 | So there Nazi vampires |
| 2019-02-28 04:47:27.217 | Deleted User 831034ef#9727 | Ok then |

USAO_012508 - UvM_000031801