# EXHIBIT C

| Timestamp | User | Message |
|---|---|---|
| 2019-02-28 04:45:46.981 | Henrik#6404 | Nobody, no matter how powerful, can control what goes on inside a man's mind |
| 2019-02-28 04:45:57.658 | Henrik#6404 | So why even try? |
| 2019-03-01 01:40:26.403 | Deleted User 831034ef#9727 | Hello |
| 2019-03-01 01:40:36.271 | Deleted User 65b69d4a#2876 | Welcome |
| 2019-03-01 01:41:14.368 | Deleted User 65b69d4a#2876 | How did you become interested in the occult? 🤔 |
| 2019-03-01 01:41:48.764 | Deleted User 831034ef#9727 | Used to go on /x/ a lot |
| 2019-03-01 01:42:02.272 | Deleted User 831034ef#9727 | Decided to download discord and go on here |
| 2019-03-01 01:42:54.250 | Deleted User 831034ef#9727 | Seemed interesting |
| 2019-03-01 01:43:50.970 | Deleted User 831034ef#9727 | Wbu |
| 2019-03-01 01:44:01.227 | Deleted User 831034ef#9727 | I'm guessing you not new here |
| 2019-03-01 01:44:26.114 | Deleted User 65b69d4a#2876 | I got into the occult because of weird dreams I had |
| 2019-03-01 01:44:55.218 | Deleted User 65b69d4a#2876 | Oh there's a library here you can check out also |
| 2019-03-01 01:45:23.049 | Deleted User 071f2f77#2868 | He's been here for bit. |
| 2019-03-01 01:45:28.741 | Deleted User 071f2f77#2868 | Moongoose looking ass. |
| 2019-03-01 01:45:32.655 | Deleted User 071f2f77#2868 | Wow |
| 2019-03-01 01:45:35.115 | Deleted User 071f2f77#2868 | Mongoose* |
| 2019-03-01 01:45:57.654 | Deleted User 831034ef#9727 | Came here mainly because somebody on there was taking about some group called O9A and I wanted to dig deeper into that as well |
| 2019-03-01 01:45:57.825 | Mr.Fox#0163 | daggerlite, you've leveled up to Level **2**. |
| 2019-03-01 01:46:04.640 | Deleted User 071f2f77#2868 | Oh no. |
| 2019-03-01 01:46:15.865 | Deleted User 831034ef#9727 | What are they |
| 2019-03-01 01:46:27.705 | Deleted User 071f2f77#2868 | A group to steer clear of, honestly. |
| 2019-03-01 01:46:38.549 | Deleted User 831034ef#9727 | Cause everybody just shitposted when someone asked about them |
| 2019-03-01 01:47:10.232 | Deleted User 65b69d4a#2876 | Terrorists I think |
| 2019-03-01 01:47:20.302 | Deleted User 071f2f77#2868 | My ex was the defacto leader of drakon Covent, a nexion in the O9A. |
| 2019-03-01 01:47:43.888 | Deleted User 071f2f77#2868 | They're not *exactly* |
| 2019-03-01 01:47:46.664 | Deleted User 831034ef#9727 | Is this a meme or is it real |
| 2019-03-01 01:47:50.901 | Deleted User 071f2f77#2868 | *Some of them have the capability* |
| 2019-03-01 01:47:53.225 | Deleted User 071f2f77#2868 | It's real. |
| 2019-03-01 01:48:02.567 | Deleted User 65b69d4a#2876 | How can you not exactly be a terrorist |
| 2019-03-01 01:48:39.751 | Deleted User 831034ef#9727 | Ok because from what I've seen there's not really a way to contact them on the internet so I decided the next best thing was to ask here |
| 2019-03-01 01:48:41.063 | Deleted User 071f2f77#2868 | Because the O9A is not a terrorist group, per say, but the people in it are well..<br>"Are you a rapist?" |
| 2019-03-01 01:48:50.311 | Deleted User 65b69d4a#2876 | *Well not exactly* |
| 2019-03-01 01:49:06.772 | Deleted User 831034ef#9727 | So how are they terrorists lol |
| 2019-03-01 01:49:25.347 | Deleted User 65b69d4a#2876 | Didn't they stab somebody |
| 2019-03-01 01:49:31.421 | Deleted User 831034ef#9727 | I just heard edgy teens over and over |
| 2019-03-01 01:49:32.853 | Deleted User 071f2f77#2868 | You're thinking about AWD. |
| 2019-03-01 01:49:43.885 | Deleted User 65b69d4a#2876 | Oh |
| 2019-03-01 01:49:54.966 | Deleted User 65b69d4a#2876 | Yeah don't listen to me |
| 2019-03-01 01:49:55.214 | Deleted User 071f2f77#2868 | But. They're tied together now thanks to the satanic panic. |
| 2019-03-01 01:50:44.403 | Deleted User 071f2f77#2868 | The O9A is.. not all it seems. |
| 2019-03-01 01:50:56.125 | Deleted User 071f2f77#2868 | They literally torture their members. |
| 2019-03-01 01:51:18.394 | Deleted User 831034ef#9727 | So you knew someone that was in it? |
| 2019-03-01 01:51:20.420 | Deleted User 071f2f77#2868 | The things they have to go through to move up the chain is extreme and inhumane |
| 2019-03-01 01:51:28.248 | Deleted User 831034ef#9727 | Like what |
| 2019-03-01 01:51:34.010 | Deleted User 071f2f77#2868 | I literally said my ex was a defacto leader for a nexion.. |
| 2019-03-01 01:52:13.418 | Deleted User 071f2f77#2868 | He was a student of Ryan Fleming, A.A Morain. |
| 2019-03-01 01:52:27.772 | Deleted User 071f2f77#2868 | They were extremely close up until he went to jail. |
| 2019-03-01 01:52:41.332 | Deleted User 65b69d4a#2876 | Was he a terrorist |
| 2019-03-01 01:52:49.343 | Deleted User 071f2f77#2868 | Ryan is just a pedo. |
| 2019-03-01 01:53:18.457 | Deleted User 831034ef#9727 | Well damn |
| 2019-03-01 01:53:35.235 | Deleted User 831034ef#9727 | What do they even believe in |
| 2019-03-01 01:53:35.407 | Mr.Fox#0163 | daggerlite, you've leveled up to Level **3**. |
| 2019-03-01 01:53:38.940 | Deleted User 831034ef#9727 | If anything |
| 2019-03-01 01:55:22.444 | Deleted User 071f2f77#2868 | Each Nexion is sorta different. Basically, from what I learned from my ex, they believe in what they call Dark Gods. It's a weird mix of "heathenism" and satanism. (Honestly half the time it's just old European gods dressed up as "satanic" figures. |
| 2019-03-01 01:55:35.436 | Deleted User 65b69d4a#2876 | Someone in debate server said they are theistic satanists |
| 2019-03-01 01:55:45.509 | Deleted User 65b69d4a#2876 | |
| 2019-03-01 01:56:04.546 | Deleted User 071f2f77#2868 | Eh. |
| 2019-03-01 01:56:47.269 | Deleted User 071f2f77#2868 | They also blend in Hermeticism and vampirism. Depends on the nexion. |
| 2019-03-01 01:57:02.479 | Deleted User 65b69d4a#2876 | *vampirism* |
| 2019-03-01 01:57:18.089 | Deleted User 831034ef#9727 | Like guys in cloaks drinking blood vampirism |
| 2019-03-01 01:57:22.305 | Deleted User 071f2f77#2868 | My ex's nexion had a lot to do with vampirism. |
| 2019-03-01 01:57:23.114 | Deleted User 071f2f77#2868 | No |

| Timestamp | User | Message |
|---|---|---|
| 2019-03-01 01:57:28.456 | Deleted User 071f2f77#2868 | Not blood drinking |
| 2019-03-01 01:57:53.786 | Deleted User 071f2f77#2868 | Let's go with "energy" for a lack of better terms. |
| 2019-03-01 01:58:13.287 | Deleted User 831034ef#9727 | The only other thing I've found even related to this is somthing called temple ov blood |
| 2019-03-01 01:58:20.353 | Deleted User 071f2f77#2868 | Ugh they're even worse |
| 2019-03-01 01:58:40.349 | Deleted User 831034ef#9727 | Really out there they only have a website which half the shit I don't really understand |
| 2019-03-01 01:58:53.903 | Deleted User 831034ef#9727 | And then they have a YouTube channel or somthing |
| 2019-03-01 01:59:05.300 | Deleted User 071f2f77#2868 | Basically they just torture you and in the end go "tada its really just Buddhism" |
| 2019-03-01 01:59:21.336 | Deleted User 071f2f77#2868 | ToB is a very small organisation, thankfully. |
| 2019-03-01 01:59:30.341 | Deleted User 65b69d4a#2876 | What makes you interested in these cults |
| 2019-03-01 01:59:40.938 | Deleted User 831034ef#9727 | Really morbid curiosity |
| 2019-03-01 01:59:57.385 | Deleted User 831034ef#9727 | Seemed fucked up so I said fuck it and looked it up more |
| 2019-03-01 02:00:04.841 | Deleted User 071f2f77#2868 | I've met ONE ToB member (there's less than 20) and they fucking stalked us and launched multiple spiritual attacks. |

USA0_012518 - UvM_000031811