# EXHIBIT D

| 124 | Name: | 7_Fold_Way 1.pdf | Size (bytes): | 176507 |
| | Path: | 00008030-000344811AD1802E_files_full.zip/private/var/mobile/Library/Mobile Documents/iCloud~com~apple~iBooks/Documents/7_Fold_Way 1.pdf | Created: | 3/10/2019 7:56:15 AM(UTC+1) |
| | | | Modified: | 3/10/2019 7:56:15 AM(UTC+1) |
| | | | Accessed: | 4/23/2020 5:14:40 PM(UTC+2) |
| | MD5: | d1f3a8b688384a68b2d0609b7fd85526 | Source file | 00008030-000344811AD1802E_files_full.zip/private/var/mobile/Library/Mobile Documents/iCloud~com~apple~iBooks/Documents/7_Fold_Way 1.pdf : 0x0 (Size: 176507 bytes) |

GOVERNMENT
EXHIBIT
901-M
20 Cr. 314 (GHW)

| | 116 | Name: | A_Brief_Order_of_Nine_Angles_Glossary.pdf | Size (bytes): | 19410 | | |
| | | Path: | 00008030-000344811AD1802E_files_full.zip/private/var/mobile/Library/Mobile Documents/iCloud~com~apple~iBooks/Documents/A_Brief_Order_of_Nine_Angles_Glossary.pdf | Created: | 4/7/2019 7:38:05 PM(UTC+2) | | |
| | | | | Modified: | 4/7/2019 7:38:05 PM(UTC+2) | | |
| | | | | Accessed: | 4/23/2020 8:19:37 PM(UTC+2) | | |
| | | | | Source file | 00008030-000344811AD1802E_files_full.zip/private/var/mobile/Library/Mobile Documents/iCloud~com~apple~iBooks/Documents/A_Brief_Order_of_Nine_Angles_Glossary.pdf : 0x0 (Size: 19410 bytes) | | |
| | | MD5: | f4e88d85754ba524e70ab955a5340bed | | | | |

GOVERNMENT
EXHIBIT
902-M
20 Cr. 314 (GHW)

GOVERNMENT
EXHIBIT
903-M
20 Cr. 314 (GHW)

| 120 | Name: | alchemy-o9a-v3.pdf | Size (bytes): | 27084431 | | |
| | Path: | 00008030-000344811AD1802E_files_full.zip/private/var/mobile/Library/Mobile Documents/iCloud~com~apple~iBooks/Documents/alchemy-o9a-v3.pdf | Created: | 3/11/2019 2:44:34 AM(UTC+1) | | |
| | | | Modified: | 3/11/2019 2:44:34 AM(UTC+1) | | |
| | | | Accessed: | 5/26/2020 2:41:04 PM(UTC+2) | | |
| | MD5: | 936ec912be32cdd72ff32959767c0924 | Source file | 00008030-000344811AD1802E_files_full.zip/private/var/mobile/Library/Mobile Documents/iCloud~com~apple~iBooks/Documents/alchemy-o9a-v3.pdf : 0x0 (Size: 27084431 bytes) | | |

GOVERNMENT
EXHIBIT
904-M
20 Cr. 314 (GHW)

| | 125 | Name: | Guide_To_The_Kulture_and_Sinister_Ethos_of_the_ONA.pdf | Size (bytes): | 63389 | | |
|---|---|---|---|---|---|---|---|
| | | | | Created: | 3/2/2019 7:03:53 AM(UTC+1) | | |
| | | Path: | 00008030-000344811AD1802E_files_full.zip/private/var/mobile/Library/Mobile Documents/iCloud~com~apple~iBooks/Documents/Guide_To_The_Kulture_and_Sinister_Ethos_of_the_ONA.pdf | Modified: | 3/2/2019 7:03:53 AM(UTC+1) | | |
| | | | | Accessed: | 4/23/2020 8:19:37 PM(UTC+2) | | |
| | | | | Source file | 00008030-000344811AD1802E_files_full.zip/private/var/mobile/Library/Mobile Documents/iCloud~com~apple~iBooks/Documents/Guide_To_The_Kulture_and_Sinister_Ethos_of_the_ONA.pdf : 0x0 (Size: 63389 bytes) | | |
| | | MD5: | 98310b33802f99372b83c5b229cac5f1 | | | | |

| 111 | Name: | Hostia_-_Secret_Teachings_Voll 2.pdf | Size (bytes): | 7967604 |
| --- | --- | --- | --- | --- |
| | Path: | 00008030-000344811AD1802E_files_full.zip/private/var/mobile/Library/Mobile Documents/iCloud~com~apple~iBooks/Documents/Hostia_-_Secret_Teachings_Voll 2.pdf | Created: | 4/14/2019 6:45:17 PM(UTC+2) |
| | | | Modified: | 4/14/2019 6:45:17 PM(UTC+2) |
| | | | Accessed: | 5/26/2020 2:38:48 PM(UTC+2) |
| | MD5: | 97568e29231f19e968220efee98ad408 | Source file | 00008030-000344811AD1802E_files_full.zip/private/var/mobile/Library/Mobile Documents/iCloud~com~apple~iBooks/Documents/Hostia_-_Secret_Teachings_Voll 2.pdf : 0x0 (Size: 7967604 bytes) |

GOVERNMENT
EXHIBIT
905-M
20 Cr. 314 (GHW)

GOVERNMENT
EXHIBIT
906-M
20 Cr. 314 (GHW)

| 113 | Name: | Hostia_-_Secret_Teachings_VolII 2.pdf | Size (bytes): | 4080801 | |
|---|---|---|---|---|---|
| | Path: | 00008030-000344811AD1802E_files_full.zip/private/var/mobile/Library/Mobile Documents/iCloud~com~apple~iBooks/Documents/Hostia_-_Secret_Teachings_VolII 2.pdf | Created: | 4/14/2019 6:48:26 PM(UTC+2) | |
| | | | Modified: | 5/6/2019 5:54:31 AM(UTC+2) | |
| | | | Accessed: | 5/26/2020 2:38:26 PM(UTC+2) | |
| | MD5: | c6305dd68aea999ccec32d3d7932a070 | Source file | 00008030-000344811AD1802E_files_full.zip/private/var/mobile/Library/Mobile Documents/iCloud~com~apple~iBooks/Documents/Hostia_-_Secret_Teachings_VolII 2.pdf : 0x0 (Size: 4080801 bytes) | |

GOVERNMENT EXHIBIT 907-M
20 Cr. 314 (GHW)

| 48 | Name: | telegram-cloud-document-1-4974767791828631786 | Size (bytes): | 54740 | |
|---|---|---|---|---|---|
| | | | Created: | 4/23/2020 6:02:15 AM(UTC+2) | |
| | Path: | 00008030-000344811AD1802E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8E2B6D5A-DCF5-43C1-A93F-09A9D2BDF8AB/telegram-data/account-14256679229049001387/postbox/media/telegram-cloud-document-1-4974767791828631786 | Modified: | 4/28/2020 4:42:13 PM(UTC+2) | |
| | | | Accessed: | 4/28/2020 4:42:13 PM(UTC+2) | |
| | | | Attachments: | 2 | |
| | | | Attachment source: | Telegram (2) | |
| | | | Source file | 00008030-000344811AD1802E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8E2B6D5A-DCF5-43C1-A93F-09A9D2BDF8AB/telegram-data/account-14256679229049001387/postbox/media/telegram-cloud-document-1-4974767791828631786 : 0x0 (Size: 54740 bytes) | |
| | MD5: | acf25caa71ea05d43e00a07a0e822c21 | | | |

GOVERNMENT EXHIBIT 908-M
20 Cr. 314 (GHW)

| 47 | Name: | telegram-cloud-document-1-4974767791828631788 | Size (bytes): | 2614876 | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | Created: | 4/23/2020 6:02:43 AM(UTC+2) | | |
| | Path: | 00008030-000344811AD1802E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8E2B6D5A-DCF5-43C1-A93F-09A9D2BDF8AB/telegram-data/account-14256679229049001387/postbox/media/telegram-cloud-document-1-4974767791828631788 | Modified: | 4/23/2020 5:24:52 PM(UTC+2) | | |
| | | | Accessed: | 4/23/2020 5:24:52 PM(UTC+2) | | |
| | | | Attachments: | 1 | | |
| | | | Attachment source: | Telegram (1) | | |
| | | | Source file | 00008030-000344811AD1802E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8E2B6D5A-DCF5-43C1-A93F-09A9D2BDF8AB/telegram-data/account-14256679229049001387/postbox/media/telegram-cloud-document-1-4974767791828631788 : 0x0 (Size: 2614876 bytes) | | |
| | MD5: | 447a040391adf7911b7d02506d693e1d | | | | |

**GOVERNMENT EXHIBIT 909-M**
20 Cr. 314 (GHW)

| 22 | Name: | telegram-cloud-document-1-5005783571739181176 | Size (bytes): | 81103 | |
|---|---|---|---|---|---|
| | | | Created: | 5/24/2020 9:30:06 PM(UTC+2) | |
| | Path: | 00008030-000344811AD1802E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8E2B6D5A-DCF5-43C1-A93F-09A9D2BDF8AB/telegram-data/account-1425667922904900 1387/postbox/media/telegram-cloud-document-1-5005783571739181176 | Modified: | 6/2/2020 11:19:50 PM(UTC+2) | |
| | | | Accessed: | 6/2/2020 11:19:50 PM(UTC+2) | |
| | | | Attachments: | 1 | |
| | | | Attachment source: | Telegram (1) | |
| | | | Source file | 00008030-000344811AD1802E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8E2B6D5A-DCF5-43C1-A93F-09A9D2BDF8AB/telegram-data/account-1425667922904900 1387/postbox/media/telegram-cloud-document-1-5005783571739181176 : 0x0 (Size: 81103 bytes) | |
| | MD5: | 32495577a267028e0cb518721e2de6fd | | | |

GOVERNMENT
EXHIBIT
910-M
20 Cr. 314 (GHW)

| 100 | Name: | Tempel_ov_Blood_Tales_of_Sinister_Influence 1.pdf | Size (bytes): | 2622885 | | |
| | Path: | 00008030-000344811AD1802E_files_full.zip/private/var/mobile/Library/Mobile Documents/iCloud~com~apple~iBooks/Documents/Tempel_ov_Blood_Tales_of_Sinister_Influence 1.pdf | Created: | 3/10/2019 7:59:24 AM(UTC+1) | | |
| | | | Modified: | 3/10/2019 7:59:24 AM(UTC+1) | | |
| | | | Accessed: | 5/26/2020 3:01:09 PM(UTC+2) | | |
| | | | Source file | 00008030-000344811AD1802E_files_full.zip/private/var/mobile/Library/Mobile Documents/iCloud~com~apple~iBooks/Documents/Tempel_ov_Blood_Tales_of_Sinister_Influence 1.pdf : 0x0 (Size: 2622885 bytes) | | |
| | MD5: | 7a49940cf17c04d7c0aaea82f1cd6927 | | | | |

| | 92 | Name: | the-requisite-ona.pdf | Size (bytes): | 51413631 | |
|---|---|---|---|---|---|---|
| **GOVERNMENT EXHIBIT 911-M** 20 Cr. 314 (GHW) | | Path: | 00008030-000344811AD1802E_files_full.zip/private/var/mobile/Library/Mobile Documents/iCloud~com~apple~iBooks/Documents/the-requisite-ona.pdf | Created:<br>Modified:<br>Accessed:<br>Source file | 5/6/2019 11:25:55 PM(UTC+2)<br>5/6/2019 11:25:55 PM(UTC+2)<br>5/26/2020 3:18:20 PM(UTC+2)<br>00008030-000344811AD1802E_files_full.zip/private/var/mobile/Library/Mobile Documents/iCloud~com~apple~iBooks/Documents/the-requisite-ona.pdf : 0x0 (Size: 51413631 bytes) | |
| | | MD5: | 60cd3f5353a829ff313b18c180b6b72f | | | |

**GOVERNMENT EXHIBIT 912-M**
20 Cr. 314 (GHW)

| 115 | Name: | Understanding_National_Socialism.pdf | Size (bytes): | 545916 | |
|---|---|---|---|---|---|
| | Path: | 00008030-000344811AD1802E_files_full.zip/private/var/mobile/Library/Mobile Documents/iCloud~com~apple~iBooks/Documents/Understanding_National_Socialism.pdf | Created: | 5/20/2019 9:06:45 PM(UTC+2) | |
| | | | Modified: | 5/20/2019 9:06:45 PM(UTC+2) | |
| | | | Accessed: | 4/23/2020 8:19:37 PM(UTC+2) | |
| | | | Source file | 00008030-000344811AD1802E_files_full.zip/private/var/mobile/Library/Mobile Documents/iCloud~com~apple~iBooks/Documents/Understanding_National_Socialism.pdf : 0x0 (Size: 545916 bytes) | |
| | MD5: | e816f49ad1a51d23c69b65d90447d5ef | | | |

**GOVERNMENT EXHIBIT 913-M**
20 Cr. 314 (GHW)

| 106 | Name: | joy-of-the-sinister.pdf | Size (bytes): | 355791 | | |
|---|---|---|---|---|---|---|
| | Path: | 00008030-000344811AD1802E_files_full.zip/private/var/mobile/Library/Mobile Documents/iCloud~com~apple~iBooks/Documents/joy-of-the-sinister.pdf | Created: | 5/21/2019 1:39:48 PM(UTC+2) | | |
| | | | Modified: | 5/21/2019 1:39:48 PM(UTC+2) | | |
| | | | Accessed: | 4/23/2020 8:19:40 PM(UTC+2) | | |
| | MD5: | e71aaf178dff0e6fac48df34b51a6486 | Source file | 00008030-000344811AD1802E_files_full.zip/private/var/mobile/Library/Mobile Documents/iCloud~com~apple~iBooks/Documents/joy-of-the-sinister.pdf : 0x0 (Size: 355791 bytes) | | |