USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/16/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                           :

UNITED STATES OF AMERICA,       :

                                           :

              – against–                 :                1:20-cr-314-GHW

                                           :

                                           :                <u>ORDER</u>

ETHAN PHELAN MELZER,       :
     a/k/a "Etil Reggad,"            :

                                           :

                    Defendant.      :
-----------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

      The Court held a hearing in this matter on June 16, 2022. As articulated on the record during that hearing, the Court is currently reviewing the Government's motion to exclude the testimony of Defendant's expert, Dr. David Greenfield. The parties are requested to hold June 22, 2022 at 10:00 a.m. for a *Daubert* hearing to address that motion. Absent any indication otherwise from the Court, the *Daubert* hearing will proceed at that time in Courtroom 12C, Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY 10007. Any application to hold that hearing remotely, which should include the legal basis for the Court's ability to do so, is due no later than June 19, 2022.

      In addition, and as discussed on the record during the June 16, 2022 hearing, the Court will hold a hearing to discuss the jury questionnaire and voir dire in this case on June 27, 2022 at 10:00 a.m. in Courtroom 12C, Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY 10007. As explained during the June 16, 2022 hearing, the parties are ordered to submit their lists of potential jurors no later than 5:00 p.m. on June 24, 2022.

      Moreover, as articulated on the record during the June 16, 2022 hearing, Defendant is ordered to produce his exhibit list, exhibits, and a witness list to the Government no later than June

24, 2022. The Government is ordered to produce its witness list to Defendant no later than June 21, 2022.

Further, for the reasons articulated during the June 16, 2022 hearing, and subject to the limitations detailed on the record during that hearing, Defendant's motion to exclude the testimony of the Government's expert witness, Dr. David Simi, is denied.

SO ORDERED.

Dated: June 16, 2022
New York, New York

_____
GREGORY H. WOODS
United States District Judge