USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/22/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
         UNITED STATES OF AMERICA,

               – against–

         ETHAN PHELAN MELZER,
           a/k/a "Etil Reggad,"

                         Defendant.
-----------------------------------------------------------X

1:20-cr-314-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

The Court has received Defendant's motion to admit evidence that CC-1 was 15 years old, Dkt. No. 136, Defendant's list of statements that should be admitted pursuant to the rule of completeness, Dkt. No. 137, and Defendant's objections to the Government's newly proposed exhibits, Dkt. No. 138, all of which were filed on June 21, 2022. The Government's responses to those filings are due no later than Saturday, June 24, 2022. Defendant's replies, if any, are due no later than Monday, June 27, 2022 at 6:00 p.m.

     SO ORDERED.

Dated: June 21, 2022
New York, New York

                                                   GREGORY H. WOODS
                                             United States District Judge