USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/22/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
:
UNITED STATES OF AMERICA,                  :
:
:   1:20-cr-314-GHW
– against–                 :
:
:   ORDER
ETHAN PHELAN MELZER,             :
a/k/a "Etil Reggad,"                :
:
:
Defendant.   :
-----------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

In addition to submitting the parties' lists of potential jurors on June 24, 2022, as discussed on the record during the June 16, 2022 hearing, *see also* Dkt. No. 131, the Government is ordered to submit to the Court scans of the completed juror questionnaires on June 24, 2022. The Government should submit those scans via a CD or USB-drive delivered to the Court's chambers in the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY 10007.

SO ORDERED.

Dated: June 22, 2022
New York, New York

_____
GREGORY H. WOODS
United States District Judge