USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/22/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                 :
  UNITED STATES OF AMERICA,           :
                 :
          – against–                 :          1:20-cr-314-GHW
                 :
                 :              ORDER
  ETHAN PHELAN MELZER,             :
    a/k/a "Etil Reggad,"                 :
                 :
            Defendant.   :
-------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

       The Court will hold a conference to discuss the Defendant's June 21, 2022 filings, as described in the Court's June 22, 2022 order, on July 1, 2022 at 11:00 a.m. in Courtroom 12C, Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY 10007.

       SO ORDERED.

Dated: June 22, 2022
New York, New York

                                                      GREGORY H. WOODS
                                                    United States District Judge