USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/22/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X
:
UNITED STATES OF AMERICA, :
:
– against– : 1:20-cr-314-GHW
:
: ORDER
ETHAN PHELAN MELZER, :
a/k/a "Etil Reggad," :
:
:
Defendant. :
-----------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

For the avoidance of doubt, the Government's oppositions to Defendant's June 21, 2022 filings, as described in the Court's June 22, 2022 order, are due no later than Saturday, June 25, 2022. The remaining deadlines in that order remain in effect.

SO ORDERED.

Dated: June 22, 2022
New York, New York

_____
GREGORY H. WOODS
United States District Judge