

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 23, 2022

**BY ECF**

The Honorable Gregory H. Woods
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

   Re: *United States v. Ethan Phelan Melzer*, S1 20 Cr. 314 (GHW)

Dear Judge Woods:

  Following consultation with Your Honor's Chambers earlier today, the parties write jointly to advise they have reached a plea agreement, which they believe will obviate the need for any trial in this matter, and to request that the Court schedule a change-of-plea hearing for 9:00 a.m. on June 24, 2022. The parties further request, in light of the requested proceeding, that pending deadlines for motions and other submissions with respect to trial[1] be held in abeyance until June 27, 2022, with any response or reply deadlines to be adjusted commensurately.

          Respectfully submitted,

          DAMIAN WILLIAMS
          United States Attorney

      By:    /s/
        Sam Adelsberg / Matthew Hellman
         / Kimberly Ravener
        Assistant United States Attorneys
        (212) 637-2494 / 2278 / 2358

cc: Defense Counsel (by Email and ECF)

---

[1] Including, in particular, the Government's pending response to the defendant's notice of intent to use certain classified information at trial pursuant to Section 5 of the Classified Information Procedures Act.