

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

# MEMORANDUM ENDORSED

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 23, 2022

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/23/2022
```

**BY ECF**

The Honorable Gregory H. Woods
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

      Re:    *United States v. Ethan Phelan Melzer*, S1 20 Cr. 314 (GHW)

Dear Judge Woods:

      Following consultation with Your Honor's Chambers earlier today, the parties write jointly to advise they have reached a plea agreement, which they believe will obviate the need for any trial in this matter, and to request that the Court schedule a change-of-plea hearing for 9:00 a.m. on June 24, 2022. The parties further request, in light of the requested proceeding, that pending deadlines for motions and other submissions with respect to trial[1] be held in abeyance until June 27, 2022, with any response or reply deadlines to be adjusted commensurately.

      Respectfully submitted,

      DAMIAN WILLIAMS
      United States Attorney

By:      /s/
      Sam Adelsberg / Matthew Hellman
        / Kimberly Ravener
      Assistant United States Attorneys
      (212) 637-2494 / 2278 / 2358

Application granted in part. The Court will hold a change of plea hearing on June 24, 2022 at 12:00 p.m. in Courtroom 12C, Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY 10007. All deadlines in the case are held in abeyance pending that hearing.
      SO ORDERED.

Dated: June 23, 2022
New York, New York

                    GREGORY H. WOODS
                    United States District Judge

---

[1] Including, in particular, the Government's pending response to the defendant's notice of intent to use certain classified information at trial pursuant to Section 5 of the Classified Information Procedures Act.