**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

# MEMORANDUM ENDORSED

November 22, 2022

By ECF

Honorable Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl Street, Room 2260
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/28/2022

**Re:** *United States v. Ethan Phelan Melzer*, S1 20 Cr. 314 (GHW)

Dear Judge Woods:

I write to respectfully request that the Court adjourn sentencing in this matter (currently January 6, 2023) to March 3, 2023, at 10:00 a.m., a day and time I understand the Court may have availability.[1] The government consents to this request. I make this request because I require additional time to collect materials for Mr. Melzer's sentencing, including an expert report that will not be completed in time for the current sentencing. This is my first request for a sentencing adjournment.

I thank the Court for its attention to this matter.

Respectfully submitted,

/s/ Jonathan Marvinny
Jonathan Marvinny
Assistant Federal Defender
212.417.8792
jonathan_marvinny@fd.org

cc: Government counsel

Application granted. The sentencing hearing scheduled for January 6, 2023 is adjourned to March 3, 2023 at 10:00 a.m. The defendant's sentencing submission are due no later than February 3, 2023; the Government's sentencing submission are due no later than February 17, 2023.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 155.

SO ORDERED.

Dated: November 28, 2022
New York, New York

_____
GREGORY H. WOODS
United States District Judge

---

[1] The defense submission is currently due four weeks before sentencing, the government submission two weeks.