# EXHIBIT A

February 2, 2023

To The Honorable Judge Gregory H. Woods:

I want to start off by reiterating what I said before when I pled guilty and that is that I regret everything I did. I cannot begin to put into words the shame, guilt, and disappointment I feel in myself knowing that what I did cannot be changed. Knowing that I betrayed the trust of my comrades and others that put their faith in me has destroyed me. Every day and night since my arrest I have thought about the damage I have done to the people who were supposed to trust me with their lives. I ask myself why? I fell into a pit of anger towards the world and an unhealthy obsession with a group of idiots. It is no one's fault but my own. I should be the only one who suffers for my actions. The feeling of betrayal my company must feel haunts me. I ate, trained, slept, and partied with these people and we were family, and I threw it all away because I was consumed by a bunch of ridiculous beliefs. It was all so pointless and selfish.

I know now that the ideas of the group I was associated with were fictions that were atrocious and disgusting. For the rest of my life I will stay as far as humanly possible away from these kinds of people and their beliefs, because of what they caused me to do and because they have destroyed everyone closest to me.

I feel such shame that I have not only ruined my own life but my mother's life by getting myself into this situation. It eats away at me every day. My family has fallen apart in front of me and I know it is all my fault—my brothers, mother, father, grandmother and other relatives will have to walk around with this sense of shame because their son was a traitor and what they must go through haunts me. Knowing my little brothers and sister will never have their older brother to look up to and be proud of and that my mother and father will feel in some way responsible reminds me that I deserve to be punished. They never did anything wrong or to cause this and every time I call my mother she tells me she is sorry and I don't even know how to tell her it's not her fault. My father asks what he did wrong to cause this but I know very well that there is no one to blame but myself.

If I am given a second chance, whenever that is, I am going to show my friends and family that I can be a good person and an actual productive member of society. I can't change what I have done, I can only try to make up for it every day for the rest of my life.

Thank you for your time in reading this letter.

Respectfully,

Ethan Melzer

# EXHIBIT B

# ERIK MERCER, L.C.S.W.

██████████████  PORTLAND MAINE 04012

January 31, 2023

Jonathan Marvinny
Assistant Federal Defender
Federal Defenders of New York
52 Duane Street, 10th Fl.
New York, New York. 10007

**Re: United States v. Ethan Melzer, Docket No. S1 20 Cr. 314 (GHW)**

Dear Mr. Marvinny:

This report is respectfully submitted on behalf of Ethan Melzer in advance of his sentencing before The Honorable Gregory H. Woods on March 3, 2023. This submission provides detailed information about Mr. Melzer's developmental and psychosocial history. In the preparation of this report, multiple interviews totaling over 40 hours were conducted with Ethan Melzer at the Metropolitan Detention Center in Brooklyn, New York. Interviews were also conducted with members of Mr. Melzer's family and community in Kentucky. Medical, academic, employment, military and institutional records were reviewed and consultations were held with Mr. Melzer's legal team.

## INTRODUCTION

The seeds of the distorted thinking that underpinned Ethan Melzer's offense behavior were planted early in his life. Ethan's mother came from a family of Ku Klux Klan members and perpetuated their racist ideology. The men with whom Ms. Presley became romantically involved seethed with hatred toward black people and the gay community and expressed deep mistrust of the government. The culture of intolerance that surrounded Ethan existed against a backdrop of addiction, violence and neglect. Ethan's mother was a severe alcoholic who was involved in a succession of abusive relationships and abdicated her parental responsibility. Ms. Presley's neglect left Ethan vulnerable to the predatory behavior of ███████████ and forced him to negotiate domestic violence in his home without support.

Ethan navigated the chaos that surrounded him alone. He learned early in his life that he could not be loved and accepted if he lived authentically. When Ethan was a boy, athletic prowess was the community measure of success for young men and his mild obesity and disinterest in sports was met with derision and mockery by his family. Ethan's love of art and

1

## ERIK MERCER, L.C.S.W.

████████████████                    PORTLAND MAINE 04012

music became a source of shame and as he moved into adolescence, his emerging awareness of his homosexuality exacerbated the alienation he felt. As a child, Ethan retreated into the world of online video gaming and message boards. With unfettered access to the internet, Ethan spent most of his free time online. As an adolescent, drug use offered Ethan a way to connect with his peers and he began using heavily. With his drug friends, Ethan developed his own style of irreverent humor that pushed boundaries and got laughs. Without moral guardrails at home, Ethan lost the ability to distinguish between irreverent humor and dangerous rhetoric.

The toxic combination of Ethan's desperate longing for community, his fear of rejection for being gay, childhood overexposure to dangerous internet content and deeply distorted thinking informed by bigoted community norms in his childhood community led to a series of catastrophic decisions that culminated in the offense behavior. Ethan acknowledges that his engagement with O9A and other extremist groups was misguided and dangerous and he is deeply remorseful for his actions. Ethan accepts full responsibility for his criminal behavior. Ethan's  actions were undeniably criminal, but his engagement with extremist groups is an outgrowth of his trauma history and does not define him.

Most of Ethan's life was spent feeling unmoored and alone. Unrestricted access to the internet as a child and adolescent was one of his only sources of comfort. And while he has been highly susceptible to dangerous internet content in the absence of community and structure, he has demonstrated an ability to thrive in structured and affirming environments. Ethan's tenure in Job Corps was overwhelmingly positive: program evaluations reflect his sincere effort and commitment and Job Corps staff describe Ethan as a positive participant and hard-working young man. While in Job Corps, Ethan earned particular praise for his embrace of multi-culturalism and his patriotism. When Ethan entered the Army, he was buoyed by the comradery and structure of basic training and he performed well. Ethan's internet use during basic training was minimal and he did not access any extremist material at that time. When he was stationed in Italy, his activity on Discord and Telegram resumed early in his tenure there, but from December 2019 to March 2020, Ethan did not access Discord and Telegram at all.

The inflection point for Ethan was in March of 2020. The comradery of basic training had evaporated immediately upon his arrival in Italy. No one from Ethan's basic training unit was stationed with him and he felt alienated in his new unit. When the Covid lockdown went into effect, Ethan was stuck in his barracks. The powerlessness and isolation Ethan felt mirrored his childhood trauma and he regressed. Ethan sought comfort and a sense of control in the same internet environment in which he found comfort as a child and adolescent.

2

## ERIK MERCER, L.C.S.W.
PORTLAND MAINE 04012

Ethan's offense behavior was the result of a perfect storm of risk factors: he grew up in a world in which hate and intolerance were normative; his capacity for impulse control, executive functioning and consequential thinking were impaired by chronic and severe childhood neglect and sexual abuse; the isolation of the pandemic triggered a regression into maladaptive attempts to find community on-line; and Ethan's impaired ability to discern irreverent humor from dangerous rhetoric distorted his framework for online engagement. Ethan accepts responsibility for his actions; he acknowledges his participation in divulging sensitive military information and forming a plan to attack his fellow soldiers. Information contained in this report is not intended to diminish the significance of Ethan's dangerous criminal behavior. What follows is critical context for consideration when determining the appropriate and just punishment for his crime.

PERSONAL BACKGROUND
*Childhood*

Ethan was born on May 26, 1998 in Louisville, Kentucky. The only child from the union of Julie Presley, nèe Anderson, and Nick Melzer, Ethan was three years old when his parents separated. Ethan remained in the care of his mother and visited his father some weekends. When asked to describe his childhood, Ethan says "It was chaotic as hell. No one paid attention to me and I was left to my own devices." Ms. Presley and her long-term boyfriend, █████ ██████ were both severe alcoholics who prioritized partying over Ethan's well-being. Ms. Presley, who is now sober, is blunt about her short comings and says, "I was a serious alcoholic and not a good mother. I made terrible choices and let Ethan down all the time."

The relationship between Ms. Presley and Mr. █████ was volatile. Ethan recalls that his mother and Mr. █████ drank a case and a half of beer a day while consuming shots of hard alcohol. Mr. █████ became belligerent when drunk and most days were punctuated by episodes of eruptive violence. Ethan describes hiding in his room to avoid becoming a target of Mr. █████'s rage.  Ethan's father was aware of the dysfunction in Ms. Presley's home but did not intervene. Mr. Melzer acknowledges that he succumbed to pressure from his new wife, ████ ██████████, to focus on his new family and leave Ethan behind. Ethan's paternal grandmother, Linda Melzer, recalls that Ms. ████████████ was overtly hostile toward Ethan. Ms. Melzer remembers Ms. █████████████ refusing to sit next to Ethan at family functions and calling him "disgusting." Ethan recalls feeling deep confusion about Ms. ████████████'s cruelty and says, "I had no idea why she hated me. I just figured there was something wrong with me."

3

## ERIK MERCER, L.C.S.W.
██████████████ PORTLAND MAINE 04012

When Ethan started school, the classroom did not provide respite from the alienation he felt at home. As an overweight child, Ethan was relentlessly teased throughout elementary school. In addition to his weight, his classmates made fun of his quiet disposition and sensitivity. They threw things at him and Ethan recalls that he was taunted daily and called a "pussy" and a "bitch." His classmates made fun of his rosy complexion and called him "soft." The verbal abuse occurred in the presence of school staff but they remained silent. On several occasions, Ethan recalls crying at his desk while classmates taunted him without intervention from the teacher. A particular source of ridicule was Ethan's love of art and music. Ethan learned quickly that acceptance for a boy depended on athleticism while art and music were considered feminine pursuits.

The emotional landscape of Ethan's childhood was desolate, but there were some bright spots. Ethan's paternal grandmother, Linda Melzer, cared deeply for Ethan. Ms. Melzer's home was a safe space for Ethan and he frequently spent Friday evenings with her and his paternal cousins, ███ and ██. But even the relative safety of Ms. Melzer's home was tainted. Ethan's uncle, ████████, expressed overt hostility toward Ethan, referring to him as "weak" and frequently calling him a "pussy." Sometimes ████'s anger became physical. Ms. Melzer recalls one occasion on which Ethan was doubled over in pain after ████ punched him in the stomach for no apparent reason. Ms. Melzer believes that ████████ cruelty toward Ethan was rooted in his perception that she offered Ethan preferential treatment over his own sons. Ms. Melzer acknowledges that she gave special attention to Ethan but points out that his need for nurturing was exponentially greater because of his dysfunctional home life.

With scant opportunities for healthy, nurturing connections, Ethan retreated into the isolative world of internet message boards and multi-player video games. Ms. Presley allowed Ethan unrestricted access to the internet and, beginning in elementary school, Ethan began spending upwards of nine hours a day online. When Ethan's interest in ghosts and the paranormal led him to the 4chan message boards, he gained access to videos and images portraying extreme violence and a wide range of unmonitored, illegal content. Ethan remembers being shocked by what he saw on 4chan but says, "Seeing the violence was like watching a train crash in slow motion, sort of like rubber necking; it was so terrible but I couldn't look away." While the violent material shocked Ethan, the Neo-Nazi content that was prolific on the 4chan message boards did not register to Ethan as unusual because he was surrounded by people who espoused those same values publicly. Ms. Presley's overt racism was grounded in her grandfather's proud membership in the Klu Klux Klan. Mr. ████ spewed hatred toward people of color, Jews and gays at any opportunity. Ethan says,

4

## ERIK MERCER, L.C.S.W.

████████████   PORTLAND MAINE 04012

"████ hated anyone that wasn't straight, white and Christian. He used to say the Mexicans were ruining the country, the Jews run everything and he hated gay people and black people. And he hated the government. He always talked about needing a revolution."

Ethan developed in a family and community environment in which hate was normative. Also normative was a fascination with guns. Most adults in Ethan's world owned firearms and gun ownership was seen as a rite of passage for boys. Ms. Presley began taking Ethan to the firing range when he was twelve years old. Ethan recalls that the first gun he ever shot was an AK-47, provided to him by Mr. ████ for which he earned effusive praise from his mother. The firing range was an aberrant environment for Ethan because it was supportive. Ethan vividly remembers the excitement he felt when a man at the range patted him on the shoulder and said, "This kid's a natural!" recalling that it was the first time he felt publicly accepted. Ethan's facility with firearms was the only thing that was ever nurtured during his childhood and adolescence. When Ethan was twelve years old, Ms. Presley gave him an SKS semi-automatic rifle for his birthday. By the time Ethan was fourteen, Ms. Presley had given Ethan seven guns including: an SKS semi-automatic rifle; a Glock .22 handgun; a Tokerev pistol; a Mosin Nagant bolt action rifle; a Mauser bolt action rifle; a Rueger 10-22 semi automatic rifle; and an AR-15 semi-automatic rifle. Ethan's interest in firearms was not about a desire to harm; it was about the mechanics. He spent hours teaching himself to take guns apart and reassemble them. He recalls that his facility with the mechanics of guns was the only thing that ever elicited positive attention from Mr. ████ In the midst of his painfully isolated existence, firearms offered Ethan an unprecedented opportunity for affirmation and connection. Ethan says, "Everything I was and everything I loved was wrong in my world. Guns were the only bridge."

*Adolescence*

As Ethan moved through middle school, he continued to spend the bulk of his free time on-line. Video gaming and shock content on 4chan message boards offered a distraction from the instability and chaos of his home life and his social isolation. Middle school was also a time when Ethan was becoming more aware of his homosexuality. Exposed to nothing but overt hostility toward the LGBT community, Ethan's insecurity and self-doubt deepened as he came to terms with being gay. Ethan already had a reputation for being "soft" and unathletic and was terrified that his secret would be discovered. Ethan recalls,

5

## ERIK MERCER, L.C.S.W.

███████████            PORTLAND MAINE 04012
████████████████

"I was fat and couldn't do push-ups and pull-ups like the other kids. I was a total outcast. I couldn't relate to anyone. I felt powerless and didn't know what to do. The only thing I knew for sure was, don't be gay."

The urgency of Ethan's need to mask his authentic self heightened as he advanced to the seventh grade. When a friend offered him some marijuana, Ethan quickly realized that he had found the perfect mask. Ethan had never used drugs before and remembers that he did not like the effect it had on him, but the effect it had on the way people treated him was seismic. Ethan recalls that, almost instantly, he began experiencing a respect from his peers that was unprecedented. The bullying he had experienced since elementary school evaporated. For the first time, Ethan had common ground with his some of his classmates and he was becoming cool. In the eighth grade, when his friends encouraged him to try Xanax, he eagerly obliged knowing that it would cement their connection. While Ethan was finding some stability with his peers, the already tenuous situation in his home was totally unravelling. Ms. Presley's father died when Ethan was in the 7th grade and she fell into a deep depression that she medicated with even more excessive alcohol use. Ms. Presley says about this time,

"I was completely out of control. I started drinking all day, every day. I went out every night with ██████ and left Ethan alone. I came home completely wasted and didn't give him any attention."

Ethan remembers this time in his life as a period of "free reign." Ms. Presley did not care if Ethan attended school and he frequently stayed home and played video games during the school day. When Ethan began smoking marijuana with his friends, his mother smoked it with him too. By the time Ethan entered high school, the only reliable communities in his life were his drug friends and his online community and he dove further into both. An introduction to methamphetamines was a catalyst for Ethan's downward spiral into severe addiction.

Ethan's school record reflects a sharp drop in attendance and grades at the end of his 9th grade year that continued through the 10th grade. Methamphetamine use became his priority and he quickly developed a daily habit. When Ethan dropped out of school completely at the end of the 10th grade, he did so without resistance from his mother. Ethan's grandmother recalls her deep concern for Ethan during this period. Ms. Melzer knew he was not attending school and made tentative, and ultimately unsuccessful, attempts to intervene. When Ms. Presley was unresponsive, Ms. Melzer attempted to involve Ethan's father, but he remained distant from the situation. Ms. Melzer recalls considering a report to child protective services but she did not take action because she felt that involvement in the child welfare system would make matters worse

## ERIK MERCER, L.C.S.W.
████████████████  PORTLAND MAINE 04012
████████████

Without the minimal structure offered by school attendance, Ethan's life coalesced entirely around drugs. Acceptance in a community of drug-using friends allowed Ethan to begin experimenting with his identity. Ethan found that he was able to get laughs by making politically incorrect jokes and he cultivated a persona defined by irreverent and shocking humor. Desensitized to disturbing content by his excessive time on 4chan message boards, Ethan's barometer for appropriate humor was impaired; he found that people responded to jokes that "crossed the line" and he craved the positive responses he got when he made them. Without a mature sense of the impact of words and symbols and the importance of context, the problematic nature of his attempts at "humor" was lost on him.

Ms. Presley's descent into deep depression following her father's death was concurrent with Ethan's deepening entrenchment in the drug-using community. Ms. Presley medicated her pain with catastrophic alcohol consumption and split with Mr. ██████ After some short relationships, Ms. Presley became involved with, and eventually married, ███████████ A former Army Ranger, █████████ was intimidating and physically abusive toward Ms. Presley from the start of their relationship. When Ethan made attempts to intervene, █████████ responded violently. A year after █████████ moved in with Ethan and Ms. Presley, Ethan fled to the home of a friend in downtown Louisville after being brutally assaulted by █████████ Afraid to return to his mother's home, Ethan remained marginally housed for a little over a year. He held jobs at various fast-food restaurants and he sold drugs to pay for his deepening methamphetamine habit. Ethan describes his sixteenth and seventeenth years as a "total blur."

The moment Ethan decided to stop using drugs remains vivid to him. Ethan recalls waking up one morning on the floor of the squalid drug house where he had been staying to find that a resident's pit bull had defecated next to his head. Ethan says, "In that moment, I saw that my whole life had fallen apart. I was going to be nothing. I was like, oh shit, I gotta stop." Ethan stopped using drugs that day and returned to his mother's home. He was determined to turn his life around and within two weeks he had a job at the Shiraz restaurant in Louisville. Ethan's Shiraz boss, Chris Enochs, remembers that Ethan was "down on his luck," but made an extraordinary effort to maintain good work performance. Mr. Enochs says,

> "He always showed up clean and appropriate and he was always pleasant. He wanted to do well. He usually had to walk four miles to and from work because his mother wouldn't drive him."

## ERIK MERCER, L.C.S.W.

███████████████   PORTLAND MAINE 04012

Mr. Enochs admired Ethan's work ethic but recalls that he was gullible and was left with the impression that his social skills were underdeveloped. Despite Ethan's immaturity, Mr. Enochs remembers that he was determined to succeed. When Mr. Enochs told Ethan about the Job Corps program, Ethan immediately sought out more information and applied. Mr. Enochs recalls that Ethan was excited to engage in Job Corps and saw it as a stepping-stone to the military. Service in the armed forces was widely respected in Ethan's family and community and he saw enlistment as a noble pursuit. Job Corps appealed to Ethan because he could get his GED and learn a trade to fall back on if he was unable to enlist. Ethan recalls, "It was the first time I was really thinking about my future."

*Job Corps*

Ethan arrived at the Job Corps campus in Muhlenberg, Kentucky on September 10, 2018. Ethan recalls his first two weeks in Job Corps as a period of rapid growth. Ethan says,

> "I was super nervous when I got there. I was afraid to talk to anyone. I was really awkward. But then I was like, 'Wow, these people actually want to help me.' And everyone was super supportive of my interest in the military."

Ethan was immediately impressed by the structured nature of the environment. He describes feeling comforted by the strict schedule and remembers that the structure helped him feel less socially anxious. He loved having a clear wake up time and a rigorous daily schedule. The support he felt about his intention to join the Army mitigated his social anxiety and Ethan recalls feeling surprisingly comfortable in Job Corps within two weeks of his arrival.

Matthew Osborne was Ethan's counselor in Job Corps. Mr. Osborne met with Ethan several times a week for counseling and program guidance. Mr. Osborne remembers Ethan as a compliant and cooperative participant and recalls that he was better behaved than most residents. Mr. Osborne was particularly struck by Ethan's diligence about completing his high school diploma so he would be eligible to enlist in the Army. Rita Peterson, who is the Job Corps Career Transition counselor, recalls that Ethan was interested in the military because of a military history in his family and was impressed by his focus. Ethan's heavy machinery instructor, Johnny Austin, describes Ethan as one of the most hard-working and compliant participants he has encountered in his thirteen-year Job Corps tenure. Mr. Austin says about Ethan,

> "Everyone really liked him. He was hard working and patriotic. He never caused any problems. We used to say, "I'll take fifty more like him."

8

## ERIK MERCER, L.C.S.W.

███████████   PORTLAND MAINE 04012
███████

Ethan's Job Corps records reflect the positive qualities observed by the staff. Ethan progressed smoothly through achievement levels and earned high marks from all of his instructors.

During his time at Job Corps Ethan still found time for substantial engagement in on-line communities. It was during this time that Ethan discovered O9A on the messaging application Discord. Ethan recalls first hearing of the organization on a message board and wanting to see what it was about. The secrecy of the group stoked Ethan's curiosity and he sought out more information. Despite the fact that O9A is an explicitly white supremacist organization, Ethan outwardly displayed no white supremist ideology or behavior during his time in Job Corps. To the contrary, Ethan was known by staff and residents to be accepting and comfortable with diversity. The highest marks Ethan received on his Job Corps evaluations were consistently in the category of "multi-cultural awareness." When asked about Ethan's connection to Neo-Nazi groups and ideology, the four Job Corps staff members interviewed for this report expressed absolute certainty that he was not espousing any Neo-Nazi ideology. Matthew Osborne says,

> "Neo-Nazis and white supremacists don't last a week here. There is no way a kid who has those ideas can hide their true colors when they are surrounded by black people. And I hear everything that goes on in the dorms. Ethan showed no signs at all of being a white supremacist."

Brian Hancock, who was another instructor of Ethan's, says, "If you are a white supremacist, you won't make it here. Job Corps has a zero-tolerance policy. We've had kids like that before and they only last a few days." Mr. Hancock also points out that anti-American sentiment is rooted out quickly, saying, "We know everything that goes on in the dorms. We have had racist and anti-American kids here and they never make it. They can't hide it - we always find out."

Rita Peterson, who has been with Job Corps since 1989, remembers Ethan as a "typical young adult" and never observed any racist or anti-Semitic behavior. Ms. Peterson says, "The kids who come in with those ideas never last long. They do come, but they get into conflicts and they always leave."

The defining characteristic of Ethan's time in Job Corps was not Neo-Nazi ideology and anti-American sentiment; it was discipline. Ethan responded well to the structure of the program and impressed his instructors and counselors with his steady preparation to enlist in the military.

ERIK MERCER, L.C.S.W.

PORTLAND MAINE 04012

Ethan focused on physical fitness and moved steadily though all the necessary requirements for enlistment. By the time he graduated from Job Corps he was ready and excited to begin his military career.

**Military service**
*Basic training*
     Ethan travelled to Fort Benning, Georgia immediately after his graduation from Job Corps and began Army basic training on June 14, 2019. Ethan becomes animated when he talks about his experience in basic training which he describes as one of the best periods of his life. Ethan says,

> "Basic was the hardest thing I have ever done, but I never felt comradery like that before. We were all scared together and we all suffered together. There was always something to do and no matter how hard it was we were all in it together. I felt so good because I was working hard every day and people liked me."

Ethan recalls basic training drills so intense that people cried and he remembers the comfort he felt in having permission to be emotional. Ethan describes his insecurities melting away as the tightness of his group of soldiers solidified. Underlying Ethan's excitement about membership in a community was his mounting enthusiasm about military service. Ethan says, "It was awesome. Everything I was doing was so cool and interesting. I felt so bad ass because I was working every day doing stuff that was important." When Ethan was elected by his unit to be a team leader, he found himself in the uncharted territory of peer acceptance based on his achievements – something he describes as "awesome." Ethan says, "I was so proud of myself. It made me feel confident. I felt like I was achieving something. I wasn't used to people thinking I was worth something."

     After three months in basic training, Ethan moved on to Airborne School at Fort Benning. Ethan proudly recalls that few of his fellow soldiers in basic training went on to Airborne School because it required a high physical-training score and a high Armed Services Vocational Aptitude Battery (ASVAB) test, both of which he had achieved. Ethan describes the day he graduated from basic training as the proudest moment of his life. He recalls seeing a look of pride on from his father that he had not experienced before. Ethan felt especially proud of his advancement to infantry which earned him the blue cord worn only by infantry-qualified soldiers. Ethan says,

## ERIK MERCER, L.C.S.W.

PORTLAND MAINE 04012

"The day I turned blue I got to see my dad proud of me for the first time ever. My whole family had never come together before to tell me I did a good job and show that they were proud of me. It was amazing."

Ethan was on a high after his graduation from basic training and Airborne School. He had two free days in Georgia before returning home where he attended live music shows and went to bars. Ethan was feeling so bolstered by his positive experience at Fort Benning that he worked up the courage to attend an LBGT rights rally in Atlanta briefly, although he left quickly because he was afraid of being seen. After two weeks at home, during which he received steady praise and support for his accomplishment, Ethan was shipped to Camp Ederle in Vicenza, Italy. The trip to Italy was exciting. Ethan had only been on a plane once in his life and staying in a hotel was a novelty. Ethan remembers bursting with pride over his access to the United Service Organizations (USO) lounge in the Atlanta airport. As Ethan rode the high of acceptance and validation, he was eagerly anticipating the comradery he believed to be waiting for him in Vicenza – but it was a dream that did not materialize.

When Ethan arrived in Verona, he was immediately transported to Vicenza and his hopes for a continued sense of support and community were shattered. Ethan recalls his confusion when the Specialist assigned to retrieve him from the airport seemed unwelcoming. Ethan experienced a similar reception when he arrived at his barracks. No one from his basic training unit had been sent to Camp Ederle and Ethan knew no one. Ethan says,

"It was terrible. I suddenly felt like I was one my own again. None of the comradery from basic carried over. I had nothing in common with anyone. I felt like I was alone 90% of the time."

The loss of support and connection was abrupt and Ethan fell into a depression and began drinking more heavily. Ethan had been part of a tribe in basic training and he suddenly found himself feeling isolated and lonely. The loss was traumatic as his tenuous sense of community and protection broke down. Ethan regressed to a childhood state and returned to the familiar realm of internet messaging boards. The immaturity and distorted perceptions that characterized his earlier engagement on Discord returned and prompted Ethan to make a series of catastrophic decisions that led to his offense.

11

ERIK MERCER, L.C.S.W.

PORTLAND MAINE 04012

MITIGATING CIRCUMSTANCES

Ethan's life can be understood as a cascade of risk factors with minimal protective factors to protect him from their toxic impact. The CDC-Kaiser ACE study, an ongoing collaboration between Kaiser Permanente's Health Appraisal Center and the United States Center for Disease Control and Prevention (CDC), identifies a series of Adverse Childhood Events (ACEs) and examines the links between poor outcomes and the presence of these ACE factors. The nine categories used in the ACE Study are: (1) recurrent physical abuse; (2) recurrent emotional abuse; (3) contact sexual abuse; (4) an alcohol or drug abuser in the household; (5) an incarcerated household member; (6) someone who is chronically depressed, mentally ill, institutionalized or suicidal; (7) mother treated violently; (8) one or no parents; (9) emotional abuse or physical neglect (Burke et al, 2007). The ACE Study finds that the greater the number of ACE factors, the higher the risk of negative outcomes (CDC, 2020). Ethan grew up with at least seven of the nine ACE factors. These risk factors were coupled with a breakdown in community and family support, resulting in a catastrophic accumulation of risk with inadequate protective factors to mitigate the negative impact.

*Maltreatment and sexual abuse*
*Neglect*

Neglect has been found to be one of the most toxic adverse childhood events, surpassing even severe physical abuse in its correlation to negative outcomes. The scientific literature on neglect tells us that childhood neglect often leads to a wide range of emotional, behavioral and cognitive difficulties in adulthood (NSCDC, 2012). Studies have repeatedly demonstrated that severe childhood neglect in the absence of physical abuse is more predictive of developmental impairments than physical abuse alone. Chronic neglect can alter the development of biological stress response systems in a way that severely compromises a child's ability to cope with adversity (Pollack, 2010). Neglected children are even more likely than their physically abused counterparts to present with a general lack of social skill and emotional problems (Manly et al from Hildyard article) and teachers are more likely to rate neglected children as hyperactive and inattentive than their peers (Erickson, 1996).

The sequela of neglect laid out in the scientific literature describes Ethan's development with striking accuracy. Deficits in attention, self-esteem, social skills, peer relationships, academic achievement and executive functioning are all correlated with chronic neglect and are all elements of Ethan's experience. Ethan's school records reflect his challenges with focus and attention. A 1st grade referral for special education services states,

## ERIK MERCER, L.C.S.W.
### 381 SPRING STREET, PORTLAND MAINE 04012
### 917-992-8825

"The referral indicated weaknesses in the areas of written expression, basic reading skills, and math reasoning. He has difficulty attending to tasks, following directions, developing independent work habits, and organizing materials and belongings."

In a stark example of systemic neglect, the school failed to facilitate the referral for special education services despite clear symptoms that endorsed a diagnosis of Attention Deficit Disorder. The failure of the school to provide the educational supports that Ethan needed exacerbated his experience of alienation and had an accumulating effect as he became increasingly isolated in the learning environment.

*Sexual abuse*

The neglect Ethan experienced had devastating effects on his development but it also left him vulnerable to the predatory behavior of ███████████. Studies have shown that parental impairments such as maternal alcoholism and serious marital conflicts, both of which defined Ethan's childhood environment, are associated with an increased risk of exposure to childhood sexual abuse (Fergusson et al., 1996; Mullen et al., 1993). ███████████

Decades of robust scientific evidence demonstrate that childhood sexual abuse has poisonous effects on cognitive, social and mental health functioning. Dr. Michael De Bellis, renowned expert on childhood sexual abuse, writes,

> As a group, individuals with histories of childhood sexual abuse, irrespective of their psychiatric diagnosis, manifest significant problems with affect regulation, impulse control, somatization, sense of self, cognitive distortions, and problems with socialization. (De Bellis et al.,1999b)

There is evidence that boys who have been sexually abused have even worse outcomes than female survivors because of societal beliefs about masculinity (Garnefski, 1997). Sexual

ERIK MERCER, L.C.S.W.

████████████   PORTLAND MAINE 04012

abuse from a family member creates a particular overload of physical stress and horror because the perpetrator is a person who is supposed to be safe. Family member sexual victimization can alter a child's ability to detect threat and assess safety – a dynamic that clearly played out in Ethan's online engagement.

*Distorted family and community norms*

Impairments secondary to neglect and sexual abuse left Ethan exceptionally vulnerable to toxic elements in his environment. Ethan grew up in an environment in which hate speech was normative. White supremacy, anti-Semitism and hatred of the LGBT community were modeled by the people who raised him. As an overweight, sensitive, gay boy in a hyper-masculine environment defined by intolerance, Ethan was desperate to distract others from what was at his core. The brand of humor that he cultivated offered such a distraction. Ethan became known as a person who would "say anything," and describes himself as "a socially awkward guy with an absurdist sense of humor." But because Ethan's caretakers failed to provide moral guardrails for him, he did not develop a concurrent ability to discern between irreverent humor and dangerous rhetoric. The moral framework within which Ethan operated was deeply distorted by his childhood immersion in a culture of hate, the failure of his caretakers to shield him from dangerous and confusing content on the internet and his desperate need to be accepted and loved.

In Ethan's childhood milieu the expression of Neo-Nazi ideas was acceptable, but identifying as gay was not; a love of guns was permissible, but a love of art and music was a non-starter for a boy; and Ethan was forced to sublimate his sexuality and his interest in "feminine" pursuits and create an adjacent self informed by the acceptable norms in his community. The split between Ethan's authentic self and his adjacent "acceptable" self underpins the disconnect between Ethan's obsessive interest in online hate groups and the openness to diversity that he displayed in his personal relationships. This disconnect was on stark display while Ethan was in Job Corps. While Ethan was going down the "rabbit hole" of O9A, he was engaged in meaningful relationships with people of color and was described by two of his instructors as notably patriotic. On the occasions when Ethan was observed making racist comments, they occurred during his misguided attempts at irreverent humor. Ethan's counselor, Matthew Osborne, is succinct in his observations about Ethan. Mr. Osborne says,

"Ethan was better behaved than a typical Job Corps kid. He was respectful to staff and he offered to help when other kids didn't. He was friends with a lot of kids and didn't have conflicts. But he was also really easily influenced - kind of young, dumb and white. When

ERIK MERCER, L.C.S.W.

██████████████  PORTLAND MAINE 04012

his black friends would use the N word, Ethan would use it too, not understanding that it was different coming from a white kid. When someone was being disruptive to be funny, he would join in without thinking about the consequences."

Ethan's behavior in Job Corps is an illustration of his genuine instincts to embrace diversity and do good, but it also demonstrates his impairments in judgment and the fragility of his sense of himself in relationship to his environment.

### Neuroscience and youth

Ethan's youth at the time of the offense is an additional factor that weighs heavily on his behavior. A publication by The American Bar Association likens the teenage brain to "a car with a good accelerator but a weak brake" (Chamberlain, 2009). Developmental neuroscience research in recent years has brought increasing attention to the functional and structural differences between the adult and adolescent brain – differences that are highly relevant to Ethan's offense conduct. The availability of brain imaging technology has provided new insight into the significant brain development that occurs between the ages of twelve and twenty-five (Binford, 2012). The United States Supreme Court has issued three decisions since 2005 (*Roper v. Simmons, Graham v. Florida and Miller v. Alabama)* reforming juvenile sentencing practices based, in part, on advances in neurological research on the adolescent and young adult brain. An amicus brief filed in *Graham v. Florida* by the American Medical Association and The American Academy of Child and Adolescent Psychiatry states the following,

> Although adolescents can, and on occasion do, exhibit adult levels of judgment and control, their ability to do so is limited and unreliable compared to that of adults. Adolescents, as a group, are less capable than adults of accurately assessing risks and rewards; controlling their impulses; and recognizing and regulating emotional responses — in short, they are less consistent in their ability to self-regulate their behavior. (AMA amicus brief)

The brief goes on to state that the breakdown of a young person's caregiving environment heightens his or her vulnerability to impairments in impulse control and emotional regulation.

> Researchers have also found that these limitations are especially pronounced when other factors — such as stress, emotions, and peer pressure — enter the equation. These factors affect everyone's cognitive functioning, but they operate on the adolescent mind differently and with special force.

ERIK MERCER, L.C.S.W.

███████████████ PORTLAND MAINE 04012

The environment in which Ethan engaged in the instant offense was a perfect storm of risk factors.

*Rehabilitation*

In the time since the instant offense, Ethan has engaged in an earnest and thoughtful attempt to understand the dynamics that led to his offense behavior. I have spent over forty hours with Ethan examining his childhood trauma and the links to his offense behavior and he has demonstrated an unusual level of growth and insight. Ethan has come out as a gay man to everyone in his prison unit and is widely respected and liked. Ethan has begun conversations with his mother and father that are moving toward a disclosure of his sexuality and he is feeling positive about the responses he has gotten. The underpinning of Ethan's offense behavior was the distorted moral framework of his childhood and he is actively addressing this issue. Ms. Presley's recent sobriety has allowed for an unprecedented level of honesty between her and Ethan and she has fully acknowledged her shortcomings with him. Ethan's father has made attempts to re-engage and is planning a visit with Ethan in February – a visit during which Ethan plans to tell him that he is gay. The experience of living authentically for the first time has led to an internal recalibration for Ethan: he feels good about who he is; he is taking care of himself by exercising and feels confident in his body; and most significantly, the organizing principle of his life is now about authenticity rather than fear, shame and secrecy.

CONCLUSION

Ethan spent a lifetime trying to distract the people around him from his authentic self. He developed a politically incorrect, edgy persona because it got laughs. He retreated into the internet because there was safety in isolation and a sense of control in an online fantasy realm. Ethan's identification with radical ideology is not enduring. He has deep remorse about his actions toward his fellow soldiers and has renounced his affiliation with O9A and other extremist groups.

Ethan spent a lifetime hiding his sexuality and the interests that were considered unacceptable for a boy in his world. Prison has, unexpectedly, offered Ethan an opportunity for authentic expression for the first time in his life. The identity that Ethan cultivated for acceptance in his world of intolerance no longer has utility. Ethan has been surprised and delighted by his ability to find acceptance as an openly gay man. Ethan is respected and admired by his peers for who he really is for the first time.

## ERIK MERCER, L.C.S.W.

██████████████   PORTLAND MAINE 04012

Aside from two write-ups early in his prison tenure for alcohol use, his institutional record is clean. Ethan is actively working to hone his understanding of the dynamics that led to his offense and knows that an embrace of his authentic self is the firewall against any future extremist engagement. Ethan says, "I spent my whole life as a fish out of water and now I am comfortable in my skin."

Thank you for your consideration of this report.

Respectfully,

Erik Mercer, L.C.S.W.

**REFERENCES**

Binford, W. (2012, December) The Dynamics of Youth Justice & The Convention on the Rights of the Child in South Africa. *Article 40.* 14(3).

Brief for the American Medical Association and the American Academy of Child and Adolescent Psychiatry as Amicus Curiae. Graham v. Florida. 08-7412, July 23, 2009.

Burke N.J., Hellman J.L., Scott B.G., Weems C.F., Carrion V.G. (2011). The impact of adverse childhood experiences on an urban pediatric population. *Child Abuse Negl.*, *35(6):408-13.* doi: 10.1016/j.chiabu.2011.02.006.

Chamberlain, L.B. (2009, April). The Amazing Teen Brain: What Every Child Advocate Needs to Know. American Bar Association Child Law Practice. 28(2).

De Bellis M, Keshavan M, Clark D et al. (1999), Developmental traumatology, part II: brain development. *Biol Psychiatry* 45:1271–1284

Erickson, M., & Egeland, B. (1996). Child neglect. In J. Briere, L. Berliner, J. A. Bulkley, C. Jenny, T. Reid, (Eds.), *The APSAC handbook on child maltreatment* (pp. 4-20). Thousand Oaks, CA: Sage Publications, Inc.

## ERIK MERCER, L.C.S.W.

PORTLAND MAINE 04012

Fergusson D, Horwood L, Lynskey M (1996a), Childhood sexual abuse and psychiatric disorder in young adulthood, II: psychiatric outcomes of childhood sexual abuse. *Journal of American Academy Child and Adolescent Psychiatry* 35:1365–1374

Garnefski N, Diekstra R (1997), Child sexual abuse and emotional and behavioral problems in adolescence: gender differences. *Journal of American. Academy of Child and Adolescent Psychology.* 36:323–329

Mullen P, Martin J, Anderson J, Romans S, Herbison G (1993), Childhood sexual abuse and mental health in adult life. Br J Psychiatry 163:721–732

National Scientific Council on the Developing Child. (2012). *The Science of Neglect: The Persistent Absence of Responsive Care Disrupts the Developing Brain: Working Paper 12*. http://www.developingchild.harvard.edu

Pollak, S. D., Nelson, C. A., Schlaak, M. F., Roeber, B. J., Wewerka, S. S., Wiik, K. L., ... & Gunnar, M. R. (2010). Neurodevelopmental effects of early deprivation in post-institutionalized children. *Child Development, 81*: 224-236.

# EXHIBIT C

Honorable Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl Street
New York NY 10007

January 20, 2023

Dear Judge Woods,

My name is Julie and I am Ethan's mother. To me, Ethan was always a sweet and quiet kid. He would do anything for anybody. I remember one year at Christmas we went to feed the homeless, and he not only wanted to do it, but he wanted to go back afterwards. He cares about people; he's a good person, and he's hilarious, too. He usually had one or two close friends. In middle school, Ethan met Tyler and they were really tight. Tyler's parents were homeless and struggling to get Tyler to school, so Ethan asked me if Tyler could come live with us and we could help get him to school. And he did – we took him in and got him to school every day. Ethan has always had a sweetness about him.

Even at school and to his teachers, he would never disrupt class. He might be off in another world – asleep, or drawing, or something like that – but never disruptive to anyone else. The only time he ever got in trouble was in first grade when this kid kept picking on him every day nonstop, and finally Ethan hit him. He was never mean-spirited or anything like that. He never yelled at me or called me names. All his teachers loved Ethan, even though he struggled in school, and they tried to find ways to help him. Unfortunately Ethan just struggled so much socially that it became difficult for him to even be at school. He always heard, "you're behind, you don't understand," and I think that was hard for him to hear all the time. Kids made fun of him for being fat and having glasses and being a nerd. They really tortured him. I think Ethan just wanted to belong somewhere, and it became too painful for him to be at school.

I knew the feeling of not belonging and knew it was a terrible feeling, so this was painful for me, too. I felt so bad for Ethan that I didn't make him go to school. I also had my own challenges. I was diagnosed a month ago as having bipolar disorder, borderline personality disorder, and PTSD. Because I didn't know that until recently, I always self-medicated with alcohol. I've been drinking since I was ten. Ethan never wanted for material things; he never went to bed hungry or lacked toys to play with or anything like that. However, he would be left by himself with the carryout I bought him while I would go out and drink. This was throughout his whole life – I would have periods of sobriety and was always trying to get sober, but I could never stay sober until now. Now that I have a diagnosis and know what's wrong, it's a little easier for me. But growing up, I know that made Ethan feel unimportant and like he didn't belong, because drinking was more important to me than being at home with him. I would go out to dinner with my boyfriend and he would be excluded.

Ethan's dad, Nick, also really wasn't there for Ethan. Once Nick met the woman that he's married to now, Robin, Ethan didn't want to go over there because Robin didn't like him. I think she felt insecure and threatened that Nick had a child with someone who wasn't her, and she would be cruel in the way she spoke to him. Nick agreed with her because he had to – they had three kids together and he felt he

had to side with her. Even though Nick and I had a custody agreement, if Ethan said he didn't want to go over there, he didn't go. Nick was more of a disciplinarian than I was, and I hated that Ethan felt like he didn't belong anywhere. I know his dad puts all of the blame on me, but honestly, Nick didn't spend very much time with Ethan. When I started messing up really badly and went to jail, Nick came and took Ethan and said he wasn't ever coming back. Ethan was only gone for a week and a half. He came back home and said he didn't want to be over there anymore. Ethan and I were always really close, but I don't think Nick really knew Ethan at all.

Ethan was treated badly by other family members, too. Ethan's uncle, Nick's brother Nathan, would call Ethan stupid or other names. One time he even punched Ethan in the stomach, which made me so angry. I told Nick that Nathan better not ever touch Ethan again. Ethan also didn't want to be around my dad. I know they're trying to say that Ethan is a racist, but he wasn't. My family was raised that way, especially my dad, and even if it wasn't directed towards Ethan, he was always saying things around him. Ethan's cousins were biracial and they were best friends growing up. Ethan never joined in on it, and would even correct me if I said anything he didn't like. He didn't like my dad and never wanted to be around him because of the racist things he said.

Ethan went through a rough time as a teenager trying to find his place, but when he straightened up and went to Job Corps, that was all him. He did that all on his own. He had been doing drugs and getting into trouble, but then he got clean, he started working out, he went to Job Corps, and he made a plan. For him to be that age and pull himself out of that – I really admire him for that.

Even though he had struggled in school, Ethan is extremely intelligent. He kept busy at Job Corps, and they loved him there. He got his heavy equipment operator license. He had a lot of teachers that he was close to and who encouraged him. I don't think they ever had any trouble out of him. He excelled at Job Corps. He had talked about enlisting in the army before with my ex, █████ who had encouraged him to do it because it gives you discipline and direction. Ethan also started talking to the army recruiters at Job Corps, and he wanted to see the world. When he did go to the military, he did great. He was happy and at the top of everything he did there. In basic training, he would talk all the time about his friends – he called them his brothers. He was very close to the people there. I was so proud of him.

I think Italy broke him. It was his first deployment, and he was there right when Covid was at its peak in Italy. Things were really bad. None of the people he was close to in basic training went to Italy with him. He had always been a homebody, too – even in Job Corps, he would come home on the weekends and we would eat a lot of food and just hang out together. I think he had a hard time being so far away from home, especially at a time when he couldn't go anywhere or get outside. I think he was also afraid of me being so far away and alone with my boyfriend, ██████████ had beaten me and Ethan in the past – he used to punch Ethan over and over while Ethan laid on the couch with his hands over his head. One time ██████ choked me until I was unconscious. I'm sure Ethan worried about me. When he was in Italy, I could tell something was wrong. He got really closed off from me and everybody else. I could hear it just in the tone of his voice. In basic training, he would always tell me about his friends and how he was doing and what he was learning, but not in Italy. There was never anything except "what's up," the basics, the same thing he had told me on the last call. I tried to tell him that if something was wrong, if he was feeling depressed or anxious, that there were people he could talk to, people who could help him. But he's just like me, stubborn, so he always said there was nothing wrong and that he was okay.

Ethan was arrested in Germany right after his twenty-first birthday. The FBI came to my door the next day, and it was all over the media. I was so scared and overwhelmed. I didn't realize that when the FBI comes to your door, they're not there to help you – they're there to get information out of you. I just wanted to figure out what had gone wrong. It took a long time for him to be able to call me after that. I didn't talk to him for a long time.

I think Ethan just wanted to belong somewhere, because he didn't feel accepted anywhere but the Internet. I don't think he understood how serious his crime was at the time, but he definitely understands now. He regrets it every day. He even told me that he misses the military. Some of his family are still mad and ashamed of what Ethan did, but I've accepted it. I still love him and it doesn't matter what he does – I'll always accept him.

I would love to help him get back on his feet once he gets out of prison. I can get him a job and I still have his things in his old bedroom if he wants to come home for a little bit. He still looks forward to his life – he just wants to go outside, and see the places he hasn't gotten to see. He wants to give up, but he won't. Even though he's in this situation, he only has kind things to say about people. Even the people he's in jail with – he doesn't have a bad thing to say about any of them.

Judge, I beg for my son to have a chance to have a life. I don't think that a mistake like this should ruin life for him forever. I'm adopted, so Ethan is the only blood relative I've ever known. It makes the bond we have even deeper, and it's just hard to live without him. I've damn near lost my mind having him in MDC. The waiting is almost too much to take, and I can't stand not having him here. Before this, he was always there to tell me everything was going to be okay. One day, I want to hold Ethan's children and play with them. Whoever loves Ethan, I will love them too. I just can't stand not having him here anymore.

Thank you for reading my letter.


Sincerely,

Julie

# EXHIBIT D

Honorable Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

December 19, 2022

Dear Judge Woods:

My name is Linda Melzer and I am Ethan Melzer's paternal grandmother.  I am hoping you will read this and understand a little more about him.

My son Nick was just finishing high school when he and Julie, Ethan's mother, had to get married because she was pregnant.  After Ethan was first born, they lived with me for a while.  Then Nick received inheritance money that he and Julie used on a down payment for a house, even though the money was supposed to be used for school.  Even though Nick was working, they ended up losing the house, as neither of them had any idea how to handle money.  Julie had been adopted and was always given anything she wanted growing up, so she wasn't used to saving.  They spent more money than they had and went bankrupt.  They divorced when Ethan was only about four, but when Ethan was young, they were good at splitting their time with him.  Julie's parents and I would help with weekends.

Ethan was always respectful, happy, and loving.  As the first grandchild on both sides, he was the golden child, at least until he was about thirteen years old.  He would come over and help me mow, or play with his cousins who also came over of Fridays.  He was always good about sharing his games and toys with the other boys.  Nick's brother, Nathan, married a Black woman and Ethan was always close with his cousins. I heard Julie had some racist people in her family, but I never saw that influence Ethan. I never thought that anyone would call Ethan racist.

When Ethan was about thirteen, his mother lost first her mother and then her father.  Julie had always been close with her parents, as they had always been there to help her out if she needed money or support. Without them, she fell apart.  She would start a new job but then lose it, and it went downhill from there.  I did not know the extent of the problems at that time, but I later found out that she was drinking and fighting with the boyfriends who were living with her.  Ethan stopped visiting Nick and I each weekend and it became harder for us to communicate. He never told us anything about it – I wish he would've talked to me more about the challenges he was having, because I really didn't know how bad it had gotten.

Then, at this particularly difficult time for Ethan, Nick remarried.  He and his wife started a new family, so he did not see Ethan as often.  I think Nick wanted to continue a relationship with Ethan, but he was overwhelmed with work, keeping a new wife happy, and being a father to the little ones.  I think Ethan felt displaced.  Nick and I would call to talk with Ethan and no one would answer.  We would go to

the apartment and knock and no one would come to door.  We found out Julie was not making Ethan go to school.  I think Ethan was so worried that Julie was going to get hurt by herself or a boyfriend.  It was a totally frustrating time.  I asked Ethan if he would live with me but he would not leave his mom.

Nick and I finally talked him into going to Job Corps.  We thought it would get him away from a bad environment.  He finished and got his diploma, then he signed up for the Army before he finished Job Corps.  He had always looked up to my dad, who had a purple heart from WW2, and to my brother, who was a marine.  Sometimes during the summer, we would go and visit my dad and Ethan would go with me. Dad would talk to him about being in service and even had a metal plate in his head from being shot in war. I think Ethan always kind of had that interest in the military. I really wanted him to come home before he went into the service, but they had already signed him up. So he went straight to the Army after Job Corps and did not come home.

Ethan seemed to do fine in the Army until they went to Italy and had the Covid isolation. He was there right when the pandemic started, and Covid hit Italy pretty bad.  Then he became bitter.  I don't know what may have occurred over there to make him change or if it was just depression from being isolated, but I noticed he started getting grumpier. I wasn't hearing so much from him. When he was in boot camp, we went and visited him after he graduated, and he seemed so excited about his future. He had so much to say about it. We thought he was doing pretty well there, but the isolation must have had a big impact on him. At one point, we did not hear from him for three weeks and I thought he had been transferred to Turkey.  In reality, the FBI had been holding him for three weeks in New York.  We had no idea; they didn't tell us until it hit the papers.  I thought my son was joking when he told me. I could not believe it.

I feel guilty that we have not visited Ethan in jail.  It is so hard to find visiting times and days, especially since we live so far away.  When we did try to come, MDC was locked down for COVID and we only found out a few days before we left. He has to schedule to see us. He calls, but not regularly, maybe once a month. It's been very hard not to see him for almost three years now. I hope he can get out before I go, because I'd like to make sure he's set up and doing okay. I think he could do well after prison, because he has a great work ethic. I just hope Julie's issues don't drag him down.

I feel Ethan is very personable and could still succeed when he gets out.  Ethan asked for books to study for trucking, but his dad also thinks he could help him get a job working for Direct TV or one of their subcontractors.  He also is very artistic and good on the computer, so he has many skills he could use in the future.  Nick and I plan to help Ethan with housing and getting work.   My other son is out in California, so he also has the option to go out there.

Judge, please let Ethan come home.  At the time of the offense, he was young and depressed.  Now, I feel that he has learned his lesson.  Just by the way he talks on the phone, I can tell he has a lot of regrets.  I don't think he realized where these things that he said on the internet were going, and he didn't realize how serious it was to say them.  He's always been kind of young for his age.  Now, though, he understands how serious this was.  I worry that spending too much time in prison will make him a person that he is not, or make him bitter.  The longer he spends incarcerated, the harder it will be to get a job and rebuild his life.  He would have so much better chance to have a successful life if he is released

sooner rather than later.  I am also worried that I will die before he is released, and then I can't help him and give him support.  I want to be there when he gets out to make sure he is okay and ready to succeed.  We miss him terribly.


Sincerely,


Linda Melzer

# EXHIBIT E

January 14, 2023

Honorable Gregory H. Woods
United States District Judge
Southern District of New York

Dear Judge Woods,

My name is Marcus Melzer and I am the uncle of Ethan Melzer. I have only known Ethan as a kind, intelligent, inquisitive and creative person and have never experienced any real-world manifestations of a more deeply troubled mind. As a child he was a talented artist and an avid reader of science fiction. He helped take care of his grandmother by mowing her lawn, helping with the yard and fixing things around her house. He made beautiful drawings that showed real creativity and intelligence.

During Ethan's adolescence, his life became more difficult. His parents divorced and his father started a new family. Ethan stayed with his mother who was later diagnosed with borderline personality disorder. His mother was involved in an abusive relationship and Ethan was unable to defend her from this abuse.  Ethan was a nerdish and sensitive child which contributed to him being severely bullied in school. I believe this all added up to him feeling powerless and insignificant. This information is not meant to excuse his actions, but helps explain how he slowly slipped into an online role-playing persona that desperately sought attention and significance.  I feel Ethan lacked the maturity to realize the possible real-world consequences of his online bluster and has since expressed remorse for his mistakes.

Ethan has not even begun to live his life yet. He mistakenly walked down a very dark path due to his naiveté and feelings of being lost and powerless  in a complicated world. He is learning from his mistakes and has expressed true remorse. He has a family that misses him and will help him integrate back into the real world. We ask that he be returned to his family soon so he can begin his redemption and not lose connection with those that can help him the most.


Sincerely yours,

Marcus Melzer

# EXHIBIT F

Honorable Gregory H. Woods
United States District Judge
Southern District of New York

January 2, 2023

Dear Honorable Gregory H. Woods,

My name is Nicholas Melzer. I am Ethan Melzer's father.  I am writing to you regarding his sentencing.  It has been life changing learning of the mistakes that my son has made, and truly to this day I struggle to deal with the things he has done.  I apologize for the all the things I did or failed to do that may have caused him to go down this path.

I was nineteen years old when Ethan was born and had no idea which path my life would take.  His mother Julie and I married shortly before his arrival.   Things did not work out for us, and we divorced when Ethan was very young.  At the time I had two jobs and his mother was given primary custody of Ethan.  For the remainder of Ethan's childhood, I did my best to make substantial changes to better my life and the lives of my family.  Ethan regularly visited me throughout the rest of his childhood.   However, when I started my current occupation at Direct TV during Ethan's childhood, I had to travel extensively throughout the states and was not as available as I wished I could be to Ethan.

When Ethan was nine, I remarried my current wife and began a new family.  From Elementary school to the beginning of high school he was a good student with many interests, his teachers were supportive of him, and he appeared to be on a good path.  As he reached his teens, he became more reluctant to go to school and his mother became more unstable from broken relationships and legal troubles. I believed that Julie did have Ethan's best interests at heart, but I didn't know how bad her mental health struggles and substance abuse issues had gotten.  I tried to convince Ethan on several occasions to come move in with me and my wife Robin so that we could help him.  A few times he would stay with us longer than usual, but eventually he would return to his mother, as he believed she needed him to get by.  During this time, Ethan became more isolated and leaned into online gaming and online chats.  I didn't have any issue with it as long as it didn't affect his schooling.  Then, in his junior year of high school, his mother withdrew Ethan from school.  I did not receive any notification of this, until my wife, who worked at an alternate school, saw that he was in fact no longer attending.  This led to some difficult conversation between me, Julie, and Ethan.  I managed to work with him and school counselors to get Ethan reenrolled, but he still had difficulty attending class and dropped out again shortly thereafter.

However, Ethan managed to find employment during this time and was responsible and dedicated.  Around this time, I was traveling less for my job and I was able to spend more time at home with Ethan.  Ethan decided he was ready to complete his diploma at Job Corps in Muhlenberg County, Kentucky.  I was there to assist with his enrollment, and I honestly thought he was moving in the right direction.  After a year into Job Corps, I felt his life was finally starting to take shape for a promising future.  He eventually received his diploma and declared officially that he wanted to join the Army, which he had idolized for much of his youth.  He had always admired the military and wanted to follow the path of his relatives who have served.  His Great grandfather was there at D-Day, and his uncles and grandfathers served in Korea and Vietnam. Although nervous for his safety in the army, I supported his

choice.  I honestly thought that he had finally turned the corner and made a concentrated effort to better his life.  My wife, my mother, and his siblings all attended his graduation from boot camp in Fort Benning, Georgia in 2019.  It was honestly the proudest day of my life.

Ethan was deployed to Italy shortly thereafter.  Then came the pandemic, which caused a lot of uncertainty.  He called us regularly and was clearly upset with the conditions he was in, but I believed this was due to his new environment and the stress that everyone was under due to the pandemic.  Eventually, the calls stopped in May of 2020, and in June I was questioned by the FBI.  I was completely shocked about what I was told.  I felt broken.  Although Ethan had always had interest in the strange and unusual, I never could have imagined him taking it this far.  My world was shaken to its core.  A month or so after meeting the FBI, I received the first of many calls from Ethan while incarcerated.  He was apologetic and scared, and still felt like the same man I had known him as – far from the extremist that the FBI had portrayed him as to me.  I know that he made mistakes and is very remorseful of the things that he did to get into this situation.  I believe his upbringing and the unique environment he was put in – his first deployment coinciding with a global pandemic – may have caused him to blur the lines between fantasy, online talk, and real-life consequences.

The days since Ethan's arrest have been difficult to say the least.  We in his family also bear the scars, pain, and humiliation of the charges against him.  His brothers and sister looked up to him a great deal, and although they are far from the age where they could comprehend the gravity or details of the situation (at ages eight, six, and four at the time of the offense), it was heartbreaking to begin telling them of the trouble Ethan is in.

Ethan has always been a kind and generous person.  I remember him giving money to friends and people on the street with no qualms.  Whenever I would ask him about it, he would tell me that they needed it more than he did.  When he was employed, he was reliable and an honest employee.  Once he committed to finishing his schooling, he was determined to do it.  If someone asked for help, he was the first to jump in and assist.  His friends and family are diverse in race, religion, and politics, and we have always valued love, acceptance, and perseverance to move through life's challenges.

In closing, I beg for your lenience, Your Honor.  I know Ethan is a good man and would be able to build a life for himself if given the chance.  Through my work I have earned a good reputation and have many contacts for potential employment.  I have several options, from satellite to landscaping to construction – pretty good array of contacts for potential employment.  Ethan has a support network that will help him with employment, housing, and mental health support for him.  This has been a pretty traumatic event, so I would assume he needs some sort of counseling at a minimum.  He's been in prison for three years now, and I hope he can get some support even while still incarcerated.  I know has made big mistakes during his service and there are consequences of the things he has done, but I also know that if given the chance for redemption, he will do everything in his power to make a positive difference in this world.


Regards,

Nicholas Melzer

# EXHIBIT G

Honorable Gregory H. Woods
United States District Judge
Southern District of New York

December 30, 2022

Dear Judge Woods,

I am Kim Spafford, the great uncle to Ethan Melzer.  I served in the Marine Corps during Vietnam.  Although I did not see overseas duty, I had a top secret clearance.  I was far from the first in my family to serve; Ethan's paternal great grandfather landed on Omaha beach on D-Day and fought in five major WWII campaigns, including the Battle of the Bulge.

Growing up, Ethan was a shy boy and very respectful.  I remember being at my parents' home when my sister Linda brought her grandkids, including Ethan.  He was so good with helping her pack up and doing what his great grandparents asked him to.

However, Ethan had a difficult and unstable childhood.  His parents divorced when he was young, and we realized through his mother's actions that Julie was mentally ill.  She did not encourage Ethan go to school and demonstrated poor judgement time and time again.  Ethan's father, Nick, remarried, leaving Ethan feeling as if he had only his broken mom to give him the support he needed.  My sister, Ethan's paternal grandmother, did as much as she could to help.  Linda would drive him to school and work, and then go to her own job.  She was his main support during his high school years. He let the internet and video games become his friend.

Judge, my family has fought in every American war, including the Revolutionary War.  I don't know what got in Ethan's mind to do something like this.  Maybe it was the people online leading him on.  But that doesn't matter.  He was wrong.  Someday he will hopefully become a great chef.  I ask on behalf of myself and the past veterans of our family, for your leniency during sentencing.

Judge, thank you for your time and consideration.


Yours sincerely,

Kim Spafford

# EXHIBIT H

# MUHLENBERG JOB CORPS CENTER

**3875 State Route Hwy 181 N**
**Greenville, KY   42345**



**Phone: (270) 338-5460**
**Fax:  (270) 338-3615**

December 23, 2022

Honorable Gregory H Woods
United States District Judge
Southern District of New York

Dear Judge Woods,

Ethan Melzer was a student at the Muhlenberg Job Corps Center in Greenville, KY from September 10, 2018 to June 3, 2019.  He completed his HSD/GED May 29, 2019 and he also completed our Heavy Equipment Operator career technical training program.

During Ethan's time here at Job Corps, my job title was Career Transition Readiness Specialist.  I worked with students on their career goals; employment, college or military enlistment.  I served as our center military liaison and was the contact person for all military recruiters.

Immediately upon enrollment, Ethan expressed interest in the Army. From what I remember, he had family members that had served and that was the reason for his interest. On October 25, 2018 I referred him to the Army recruiter who worked with him until his enlistment date June 3, 2019.

I interacted with Ethan on a weekly basis through both casual interactions and meetings in my office, and found him to be respectful, goal-oriented and friendly.  He followed instructions, got along well with all staff and students, and was not easily distracted by others. He was finishing his high school diploma while he was here and would check in regularly with the Army recruiter about his progress he was making.  I was shocked to learn of his actions concerning the charges brought against him. Those actions are not consistent with the young man I knew and worked with while enrolled in Job Corps.


Sincerely,

*Rita Peterson, Records Supervisor*
peterson.rita@jobcorps.org
http://MuhlenbergJobCorps.gov
270-377-3263

# EXHIBIT I

Honorable Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

January 1, 2023

Dear Judge Woods,

My name is Matthew Osborne.  I work as a Production Coordinator at Metalsa in Owensboro, KY.  Before working at Metalsa, I worked as a Career Counselor at the Muhlenberg Job Corps Center located in Greenville, KY.  As a Career Counselor, I worked directly with young men and women as they worked towards earning their high school diploma and completed a trade or trades to help them advance in a career path of their choosing.

While working as a Career Counselor, Ethan Melzer was assigned to my caseload. Upon meeting Ethan, I was impressed by his career plan.  He wanted to obtain his high school diploma and make a career in the military.  It sounded like his father had steered him towards it, as they were in contact a lot.  We have military liaisons in the program to connect participants with military recruiters, because it's common path people take – I think there were one or two people sworn in per month.  The majority of young men and women were indecisive about their career plan, but not Ethan.  When I met Ethan on center for his first day of training, I completed a Social Intake Form with him.  While completing the interview, I learned about his troubled home.  He spoke positively about his relationship with his father, but his relationship with his mother was not good.

Ethan adjusted well to the program.  He was assigned to a dorm room with other male students.  He made friends, but stayed quiet.  Coming into Job Corps is an adjustment for most kids, because the majority are racial minorities, putting Ethan in the minority.  It was also an adjustment being away from his family back home, but he made friends and had people he would hang out with.  He volunteered at the Welcome Center, which is the security post to direct visitors and other traffic on and off campus.  He was well liked by staff.  He was friendly and approachable.  He occasionally volunteered to work in the cafeteria to help clean the kitchen, serve food, and take out trash.  I would address him occasionally on using appropriate language and making the right choices; however, he was young and his behavior was much better than the majority of students enrolled in the program.

Ethan successfully obtained the credits needed for his high school diploma and completed the heavy equipment operator trade.  While working towards his goals, he met and developed a relationship with a military recruiter.  After completing his goals, he finished the Job Corps program and separated from the Job Corps program positively.  After separating, he enlisted into the military.

After Ethan left the program, I was shocked to hear of the charges he faced after serving in the army.  Ethan was not a bad person while he attended the Muhlenberg Job Corps Center.  He was and is still very young.  I believe his youth was a key factor to becoming involved with negative ideas and bad people.  I know he pled guilty to these charges, but I am speaking about the Ethan Melzer that I knew.  Judge, please allow him an opportunity to show the world that he is not a bad guy.  He made bad choices, but he is still very capable of making a positive contribution to society in the future.  I think he would thrive in a structured environment once he gets out.  Ethan was always drawn towards things that have a purpose, and I would like for him to have the opportunity to make a positive impact.

Thank you for taking the time to read over this letter.  I hope it does some good on Ethan's behalf.


Sincerely,

Matthew Osborne

# EXHIBIT J

| | | |
|---|---|---|
| 2019-02-28 04:30:04.82 | Plum#8576 | It was just on the radio while I was driving |
| 2019-02-28 04:30:14.76 | Plum#8576 | And it was better than Taylor Swift |
| 2019-02-28 04:30:32.18 | Plum#8576 | But juuust barely and it was extremely informative |
| 2019-02-28 04:30:34.81 | Deleted User 5e4bd68d#8900 | Anything is better lol |
| 2019-02-28 04:30:39.69 | Deleted User 831034ef#9727 | Hello |
| 2019-02-28 04:30:44.99 | Plum#8576 | It was close |
| 2019-02-28 04:30:46.63 | Deleted User 5e4bd68d#8900 | Hey hedge, dagger |
| 2019-02-28 04:30:53.64 | Plum#8576 | Hi |
| 2019-02-28 04:31:05.81 | Deleted User 831034ef#9727 | I have questions about some group I found |
| 2019-02-28 04:31:16.20 | Deleted User 831034ef#9727 | Don't know if you all could help |
| 2019-02-28 04:31:25.60 | Deleted User 5e4bd68d#8900 | I can't guarantee answers, but I am always willing to help |
| 2019-02-28 04:31:49.65 | Plum#8576 | Me too |
| 2019-02-28 04:31:57.72 | Deleted User 831034ef#9727 | Ok so I was going down the rabbit hole and found this group called temple ov blood |
| 2019-02-28 04:32:03.50 | Deleted User 5e4bd68d#8900 | Mhm |
| 2019-02-28 04:32:11.52 | Deleted User 831034ef#9727 | But there's literally no info I can find on them |
| 2019-02-28 04:32:14.01 | Plum#8576 | Sounds grim |
| 2019-02-28 04:32:16.01 | hedge#1333 | sounds like a psychick children deal |
| 2019-02-28 04:32:32.29 | Deleted User 5e4bd68d#8900 | Definately Children of the Corn |
| 2019-02-28 04:32:33.81 | Plum#8576 | Whose in there lmao |
| 2019-02-28 04:32:40.05 | Plum#8576 | Anyone we know? |
| 2019-02-28 04:32:46.97 | Plum#8576 | So I can unfriend them? |
| 2019-02-28 04:32:48.58 | Plum#8576 | Jk |
| 2019-02-28 04:32:53.62 | Deleted User 5e4bd68d#8900 | Trump. Gotta be |
| 2019-02-28 04:32:56.65 | Deleted User 831034ef#9727 | Only video i found of them is some video of them shooting some altar or somthing, seems pretty out there |
| 2019-02-28 04:33:16.03 | Plum#8576 | How did u find this |
| 2019-02-28 04:33:22.46 | Deleted User 5e4bd68d#8900 | It sounds like some edgy teens doing stupid shit. |
| 2019-02-28 04:33:24.27 | Deleted User 831034ef#9727 | Reddit |
| 2019-02-28 04:34:07.38 | Plum#8576 | Yeah but where |
| 2019-02-28 04:34:09.10 | Deleted User 5e4bd68d#8900 | What is your interest, exactly? Do you wish to join? |
| 2019-02-28 04:34:15.27 | hedge#1333 | ahhh i se |
| 2019-02-28 04:34:19.28 | Deleted User 831034ef#9727 | Somebody in the comments talked about there connected to some shit called O9A |
| 2019-02-28 04:34:28.17 | Deleted User 831034ef#9727 | No just morbid curiosity |
| 2019-02-28 04:34:31.27 | Deleted User 5e4bd68d#8900 | Perhaps you're tantalized by the idea of a darker way of life, hmm? |
| 2019-02-28 04:34:51.83 | Plum#8576 | Tantralized? |
| 2019-02-28 04:34:55.34 | Plum#8576 | Muahaha |
| 2019-02-28 04:35:02.76 | Deleted User 831034ef#9727 | Just morbid curiosity really but who knows |
| 2019-02-28 04:35:07.03 | Deleted User 5e4bd68d#8900 | *Ba dum tiss* |
| 2019-02-28 04:35:20.77 | Plum#8576 | Ok so what's the problem |
| 2019-02-28 04:35:48.45 | Deleted User 5e4bd68d#8900 | What you're seeking does not exist. Do not seek what you are not ready to know. |
| 2019-02-28 04:36:06.80 | Deleted User 5e4bd68d#8900 | Stay awhile and listen. |
| 2019-02-28 04:36:07.08 | Deleted User 831034ef#9727 | Just wanted to know if anybody knew anything else about them |
| 2019-02-28 04:36:21.89 | hedge#1333 | i will look into it |
| 2019-02-28 04:36:25.55 | hedge#1333 | i am curious now too |
| 2019-02-28 04:36:43.42 | Deleted User 5e4bd68d#8900 | Are we really going to give this credence? |
| 2019-02-28 04:36:45.80 | Deleted User 5e4bd68d#8900 | UGH |
| 2019-02-28 04:36:55.90 | Deleted User 831034ef#9727 | I appreciate it |
| 2019-02-28 04:36:59.80 | Deleted User 5e4bd68d#8900 | Okay, it's probably a necromancy group |
| 2019-02-28 04:37:04.56 | hedge#1333 | you are not the gatekeeper |
| 2019-02-28 04:37:07.81 | Plum#8576 | Do not seek what you are not already know, Creedence. |
| 2019-02-28 04:37:14.13 | hedge#1333 | we are allowed to be curious and interested |
| 2019-02-28 04:37:20.63 | hedge#1333 | that is what we are here for |
| 2019-02-28 04:37:35.31 | Plum#8576 | Why are you so curious about this? |
| 2019-02-28 04:37:45.89 | Plum#8576 | Have you asked anyone in that group |
| 2019-02-28 04:37:47.63 | Deleted User 5e4bd68d#8900 | I like that. The gatekeeper. XD |
| 2019-02-28 04:37:53.03 | Plum#8576 | What it's all about? |
| 2019-02-28 04:37:57.64 | Deleted User 831034ef#9727 | Because it just seems really bizarre |
| 2019-02-28 04:38:07.04 | Plum#8576 | And this server doesn't? |
| 2019-02-28 04:38:08.49 | Deleted User 5e4bd68d#8900 | Link the video and reddit post |
| 2019-02-28 04:38:16.86 | Plum#8576 | Oh boy |
| 2019-02-28 04:38:23.72 | Plum#8576 | Here we go you done it now |
| 2019-02-28 04:38:24.04 | Deleted User 831034ef#9727 | Always was interested in really obscure shit |
| 2019-02-28 04:38:29.14 | Deleted User 831034ef#9727 | Ok one sec |
| 2019-02-28 04:38:44.31 | hedge#1333 | nothing wrong with that |
| 2019-02-28 04:38:46.08 | Deleted User 5e4bd68d#8900 | Investigation begun. I'm going to beat hedge to the point. |
| 2019-02-28 04:39:00.47 | hedge#1333 | i'm not so curious that i |
| 2019-02-28 04:39:06.18 | Deleted User 5e4bd68d#8900 | This is my life now. |
| 2019-02-28 04:39:14.36 | Plum#8576 | Epic |
| 2019-02-28 04:39:14.82 | hedge#1333 | would fuck up that message |
| 2019-02-28 04:39:17.49 | Deleted User 831034ef#9727 | https://www.youtube.com/watch?v=hq_NYJfoAEU&feature=share |
| 2019-02-28 04:39:31.13 | hedge#1333 | occult paramilitary group |
| 2019-02-28 04:39:35.49 | Plum#8576 | Qayanite? |
| 2019-02-28 04:39:46.31 | Deleted User 831034ef#9727 | Yea idk what any of it means |
| 2019-02-28 04:39:52.61 | Plum#8576 | It doesn't look good |
| 2019-02-28 04:40:02.93 | Deleted User 831034ef#9727 | What's a qayanite |
| 2019-02-28 04:40:10.52 | Deleted User 5e4bd68d#8900 | Uhm...that looks like toilet seats. |
| 2019-02-28 04:40:24.40 | Deleted User 831034ef#9727 | Is that really a thing though |
| 2019-02-28 04:40:36.61 | Plum#8576 | Ok well |
| 2019-02-28 04:40:39.59 | Plum#8576 | http://www.ixaxaar.com/pages/anamlaqayinikon.php |
| 2019-02-28 04:40:44.77 | Plum#8576 | I see this |
| 2019-02-28 04:40:49.78 | Plum#8576 | And I look away |
| 2019-02-28 04:41:39.34 | Plum#8576 | Seems to reference a publication |

| | |
|---|---|
| 2019-02-28 04:41:48.872 Plum#8576 | Since itâ€™s sold out |
| 2019-02-28 04:41:57.703 Plum#8576 | And published in 2014 |
| 2019-02-28 04:42:30.705 Plum#8576 | Those symbols seem telling tho |
| 2019-02-28 04:42:55.668 Deleted User 5e4bd68d#8900 | Man I was close. |
| 2019-02-28 04:43:05.076 Plum#8576 | https://youtu.be/bH1JThIQKe4 |
| 2019-02-28 04:43:06.196 Deleted User 5e4bd68d#8900 | The Tempel ov Blood is vampirism |
| 2019-02-28 04:43:07.315 Deleted User 5e4bd68d#8900 | https://vkjehannum.files.wordpress.com/2016/06/liber-333.pdf |
| 2019-02-28 04:43:10.117 Plum#8576 | Yeah you were |
| 2019-02-28 04:43:48.662 Deleted User 831034ef#9727 | Wtf |
| 2019-02-28 04:44:05.334 Deleted User 831034ef#9727 | So like generic vampires or what |
| 2019-02-28 04:44:18.257 Plum#8576 | Umm probably not |
| 2019-02-28 04:44:26.722 Plum#8576 | Probably the serious kind |
| 2019-02-28 04:44:33.148 Plum#8576 | The sanguine |
| 2019-02-28 04:44:43.068 Plum#8576 | There are three kinds of vampires |
| 2019-02-28 04:44:54.299 Plum#8576 | Only one of them drinks blood |
| 2019-02-28 04:45:01.791 Deleted User 5e4bd68d#8900 | This sounds insane. Aliens and forcing human evolution |
| 2019-02-28 04:45:12.775 Plum#8576 | Does it tho? |
| 2019-02-28 04:45:22.886 Deleted User 831034ef#9727 | This shit is crazy |
| 2019-02-28 04:45:36.875 Deleted User 5e4bd68d#8900 | Second, the infiltration and manipulation of organizations and forms with Sinister |
| 2019-02-28 04:45:44.201 Deleted User 5e4bd68d#8900 | They infiltrate neo-nazi groups. |
| 2019-02-28 04:45:52.325 Deleted User 5e4bd68d#8900 | I was thinking this would be a good read >_> |
| 2019-02-28 04:45:58.777 Plum#8576 | The world is getting very chaotic |
| 2019-02-28 04:46:24.057 Deleted User 831034ef#9727 | Found a website |
| 2019-02-28 04:46:24.286 Tatsu#8792 | ðŸ™ | **daggerlite leveled up!** |
| 2019-02-28 04:46:30.394 Plum#8576 | Like imagine a ships welded hull expanding |
| 2019-02-28 04:46:31.836 Deleted User 831034ef#9727 | Shit is bonkers |
| 2019-02-28 04:46:38.075 Plum#8576 | No doubt |
| 2019-02-28 04:47:22.905 Deleted User 831034ef#9727 | So there Nazi vampires |
| 2019-02-28 04:47:27.217 Deleted User 831034ef#9727 | Ok then |

USAO_012508 - UvM_000031801

# EXHIBIT K

| | | |
|---|---|---|
| 2019-02-28 04:45:46 981 | Henrik#6404 | Nobody, no matter how powerful, can control what goes on inside a man's mind |
| 2019-02-28 04:45:57.658 | Henrik#6404 | So why even try? |
| 2019-03-01 01:40:26.403 | Deleted User 831034ef#9727 | Hello. |
| 2019-03-01 01:40:36 271 | Deleted User 65b69d4a#2876 | Welcome |
| 2019-03-01 01:41:14 368 | Deleted User 65b69d4a#2876 | How did you become interested in the occult? 👀” |
| 2019-03-01 01:41:48.764 | Deleted User 831034ef#9727 | Used to go on /x/ a lot |
| 2019-03-01 01:42:02 272 | Deleted User 831034ef#9727 | Decided to download discord and go on here |
| 2019-03-01 01:42:54 250 | Deleted User 831034ef#9727 | Seemed interesting |
| 2019-03-01 01:43:50 970 | Deleted User 831034ef#9727 | Wbu |
| 2019-03-01 01:44:01 227 | Deleted User 831034ef#9727 | I'm guessing you not new here |
| 2019-03-01 01:44:26.114 | Deleted User 65b69d4a#2876 | I got into the occult because of weird dreams I had |
| 2019-03-01 01:44:55 218 | Deleted User 65b69d4a#2876 | Oh there's a library here you can check out also |
| 2019-03-01 01:45:23 049 | Deleted User 071f2f77#2868 | He's been here for bit. |
| 2019-03-01 01:45:28.741 | Deleted User 071f2f77#2868 | Moongoose looking ass. |
| 2019-03-01 01:45:32.655 | Deleted User 071f2f77#2868 | Wow |
| 2019-03-01 01:45:35.115 | Deleted User 071f2f77#2868 | Mongoose* |
| 2019-03-01 01:45:57.654 | Deleted User 831034ef#9727 | Came here mainly because somebody on there was taking about some group called O9A and I wanted to dig deeper into that as well |
| 2019-03-01 01:45:57 825 | Mr.Fox#0163 | daggerlite, you've leveled up to Level **2**. |
| 2019-03-01 01:46:04.640 | Deleted User 071f2f77#2868 | Oh no. |
| 2019-03-01 01:46:15 865 | Deleted User 831034ef#9727 | What are they |
| 2019-03-01 01:46:27.705 | Deleted User 071f2f77#2868 | A group to steer clear of, honestly. |
| 2019-03-01 01:46:38 549 | Deleted User 831034ef#9727 | Cause everybody just shitposted when someone asked about them |
| 2019-03-01 01:47:10 232 | Deleted User 65b69d4a#2876 | Terrorists I think |
| 2019-03-01 01:47:20 302 | Deleted User 071f2f77#2868 | My ex was the defacto leader of drakon Covent, a nexion in the O9A. |
| 2019-03-01 01:47:43 888 | Deleted User 071f2f77#2868 | They're not *exactly* |
| 2019-03-01 01:47:46.664 | Deleted User 831034ef#9727 | Is this a meme or is it real |
| 2019-03-01 01:47:50 901 | Deleted User 071f2f77#2868 | *Some of them have the capability* |
| 2019-03-01 01:47:53 225 | Deleted User 071f2f77#2868 | It's real. |
| 2019-03-01 01:48:02 567 | Deleted User 65b69d4a#2876 | How can you not exactly be a terrorist |
| 2019-03-01 01:48:39.751 | Deleted User 831034ef#9727 | Ok because from what I've seen there's not really a way to contact them on the internet so I decided the next best thing was to ask here |
| 2019-03-01 01:48:41 063 | Deleted User 071f2f77#2868 | Because the O9A is not a terrorist group, per say, but the people in it are well.. 'Are you a rapist?' |
| 2019-03-01 01:48:50 311 | Deleted User 65b69d4a#2876 | *Well not exactly* |
| 2019-03-01 01:49:06.772 | Deleted User 831034ef#9727 | So how are they terrorists lol |
| 2019-03-01 01:49:25 347 | Deleted User 65b69d4a#2876 | Didn't they stab somebody |
| 2019-03-01 01:49:31.421 | Deleted User 831034ef#9727 | I just heard edgy teens over and over |
| 2019-03-01 01:49:32 853 | Deleted User 071f2f77#2868 | You're thinking about AWD. |
| 2019-03-01 01:49:43 885 | Deleted User 65b69d4a#2876 | Oh |
| 2019-03-01 01:49:54 966 | Deleted User 65b69d4a#2876 | Yeah don't listen to me |
| 2019-03-01 01:49:55 214 | Deleted User 071f2f77#2868 | But. They're tied together now thanks to the satanic panic. |
| 2019-03-01 01:50:44.403 | Deleted User 071f2f77#2868 | The O9A is.. not all it seems. |
| 2019-03-01 01:50:56.125 | Deleted User 071f2f77#2868 | They literally torture their members. |
| 2019-03-01 01:51:18 394 | Deleted User 831034ef#9727 | So you knew someone that was in it? |
| 2019-03-01 01:51:20.420 | Deleted User 071f2f77#2868 | The things they have to go through to move up the chain is extreme and inhumane |
| 2019-03-01 01:51:28 248 | Deleted User 831034ef#9727 | Like what |
| 2019-03-01 01:51:34 010 | Deleted User 071f2f77#2868 | I literally said my ex was a defacto leader for a nexion.. |
| 2019-03-01 01:52:13.418 | Deleted User 071f2f77#2868 | He was a student of Ryan Fleming, A A Morain. |
| 2019-03-01 01:52:27.772 | Deleted User 071f2f77#2868 | They were extremely close up until he went to jail. |
| 2019-03-01 01:52:41 232 | Deleted User 65b69d4a#2876 | Was he a terrorist |
| 2019-03-01 01:52:49 343 | Deleted User 071f2f77#2868 | Ryan is just a pedo. |
| 2019-03-01 01:53:18.457 | Deleted User 831034ef#9727 | Well damn |
| 2019-03-01 01:53:35 235 | Deleted User 831034ef#9727 | What do they even believe in |
| 2019-03-01 01:53:35.407 | Mr.Fox#0163 | daggerlite, you've leveled up to Level **3**. |
| 2019-03-01 01:53:38 940 | Deleted User 831034ef#9727 | If anything |
| 2019-03-01 01:55:22.444 | Deleted User 071f2f77#2868 | Each Nexion is sorta different. Basically, from what I learned from my ex, they believe in what they call Dark Gods. It's a weird mix of â€œheathenismâ€ and satanism. (Honestly half the time it's just old European gods dressed up as â€œsatanicâ€ figures |
| 2019-03-01 01:55:35.436 | Deleted User 65b69d4a#2876 | Someone in debate server said they are theistic satanists |
| 2019-03-01 01:55:45 509 | Deleted User 65b69d4a#2876 | |
| 2019-03-01 01:56:04 546 | Deleted User 071f2f77#2868 | Eh. |
| 2019-03-01 01:56:47 269 | Deleted User 071f2f77#2868 | They also blend in Hermeticism and vampirism. Depends on the nexion. |
| 2019-03-01 01:57:02.479 | Deleted User 65b69d4a#2876 | *vampirism* |
| 2019-03-01 01:57:18 089 | Deleted User 831034ef#9727 | Like guys in cloaks drinking blood vampirism |
| 2019-03-01 01:57:22 305 | Deleted User 071f2f77#2868 | My ex's nexion had a lot to do with vampirism. No |
| 2019-03-01 01:57:23.114 | Deleted User 071f2f77#2868 | |

| | | |
|---|---|---|
| 2019-03-01 01:57:28.456 | Deleted User 071f2f77#2868 | Not blood drinking |
| 2019-03-01 01:57:53.786 | Deleted User 071f2f77#2868 | Let's go with "energy" for a lack of better terms. |
| 2019-03-01 01:58:13.287 | Deleted User 831034ef#9727 | The only other thing I've found even related to this is somthing called temple ov blood |
| 2019-03-01 01:58:20.353 | Deleted User 071f2f77#2868 | Ugh they're even worse |
| 2019-03-01 01:58:40.349 | Deleted User 831034ef#9727 | Really out there they only have a website which half the shit I don't really understand |
| 2019-03-01 01:58:53.903 | Deleted User 831034ef#9727 | And then they have a YouTube channel or somthing |
| 2019-03-01 01:59:05.300 | Deleted User 071f2f77#2868 | Basically they just torture you and in the end go "tada its really just Buddhism" |
| 2019-03-01 01:59:21.336 | Deleted User 071f2f77#2868 | ToB is a very small organisation, thankfully. |
| 2019-03-01 01:59:30.341 | Deleted User 65b69d4a#2876 | What makes you interested in these cults |
| 2019-03-01 01:59:40.938 | Deleted User 831034ef#9727 | Really morbid curiosity |
| 2019-03-01 01:59:57.385 | Deleted User 831034ef#9727 | Seemed fucked up so I said fuck it and looked it up more |
| 2019-03-01 02:00:04.841 | Deleted User 071f2f77#2868 | I've met ONE ToB member (there's less than 20) and they fucking stalked us and launched multiple spiritual attacks. |

USA0_012518 - UvM_000031811

# EXHIBIT L

# CONSENT TO SEARCH COMPUTER(S)

I, _Ethan Melzer_____, have been asked by Special Agents of
the Federal Bureau of Investigation (FBI)/ Task Force Officers of the FBI Joint Terrorism Task Force to permit a complete
search by the FBI and any government agency investigating or aiding in the investigation, of any and all computers, any
electronic and/or optical data storage and/or retrieval system or medium, and any related computer peripherals, described
below:

Iphone 8  -
Iphone 11  -  039907   Password

PLAYSTATON -

Nintendo Switch

CPU Make, Model & Serial Number (if available)


Storage or Retrieval Media, Computer Peripherals


and located at _either in FBI custody and/or at   Vicenza_____, which I
own, possess, control, and/or have access to, for any lawful purpose. The required passwords, logins,
and/or specific directions for computer entry are as follows: _Does not recall except 039907_.


I have been advised of my right to refuse to consent to this search, and I give permission for this search, freely and
voluntarily, and not as the result of threats or promises of any kind.

I authorize those FBI Special Agents to take any information (including, but not limited to, videos, photographs, images,
graphics) discovered during this search, together with the medium in/on which it is stored, and any associated data, hardware,
software and computer peripherals for any authorized purpose of the FBI and any government agency investigating or aiding in
the investigation.


06/10/2020
Date

10 June 2020
Date

_____
Signature

_____
Signature of Witness

Kenneth Klose
Printed Full Name of Witness


Aircraft Transporting the above EthanMelzer  to the United States.
Location

USAO_02608

Location

USAO_02609

This is to certify that on _____ at _____ Special
Agents of the Federal Bureau of Investigation, U.S. Department of Justice, conducted a complete search of any and all
computers, any electronic and/or optical data storage and/or retrieval system, and any related computer peripherals.
I certify that nothing was removed from my custody by those Agents.
(Signed)
Witnessed: Special Agent
Federal Bureau of Investigation
U.S. Department of Justice
Special Agent
Federal Bureau of Investigation
U.S. Department of Justice

USAO_02610

# EXHIBIT M

FD-1086
Rev. 5-6-2015

**FEDERAL BUREAU OF INVESTIGATION**
**CONSENT TO ASSUME ONLINE IDENTITY AUTHORIZATION FORM**

I, _____Ethan Melzer_____, hereby voluntarily authorize
_____Faye Stephan / Brett Lilly_____ or other agents of the FBI to assume and use
my (or my minor child's) "online identity". I give this consent freely and voluntarily, without fear, threats,
coercion, or promises of any kind. I have been advised of my right to refuse to allow the FBI to assume my
(or my minor child's) online identity, and I hereby voluntarily waive this right. This online identity
includes the following screen name(s), aliases and/or nickname(s), and/or e-mail addresses, as well as the
passwords associated with these accounts:

ACCOUNT NAME
"EH redQ AP"
"NOCTURAL 33"

PASSWORD
"Does not recall but willing to give access"
" "

This authorization provides my consent to allow the FBI full access and use of the accounts listed above,
including but not limited to:

* Monitor incoming and/or outgoing communications

* Using and/or disclosing accessed information

* Searching stored content in the account

* Sending and receiving communications with individuals or groups utilizing the above named accounts(s)

I understand the FBI will change the password(s) to this account so that I will no longer have access. This
authorization is valid from the date of signature. I also understand that this consent will continue until such
time as I revoke this authorization.

Signature: _____
Name (printed): _Melzer    Ethan_
Date: _06/10/2020_
Witness: _Faye Stephan_
Name (printed): _Faye Stephan_
Official Title: _SA_
Date: _6/10/20_

Witness: _____
Name (printed): _Kenneth Klose_
Official Title: _SA_
Date: _10 June 2020_

USAO_02607

# EXHIBIT N

# Metropolitan Correctional Center

## New York, New York

### Ethan Metzer

has satisfactorily completed

## EMOTIONAL SELF-REGULATION

and is hereby awarded this

### Certificate of Achievement

On July 16, 2021

E. Jugsschek
Psychology Extern

J. Avena, PsyD
Clinical Supervisor

*Ethan Melzer*

Metropolitan Detention Center, Brooklyn
Brooklyn, New York

*Reg. No. 76447-054*

has satisfactorily complete
*Managing My Emotions Workbook*

and is hereby awarded this certificate,
day on June 6th, 2022.

Dr. Alcide
Staff Psychologist

# Ethan Melzer

Metropolitan Detention Center, Brooklyn
Brooklyn, New York

**Reg. No. 76447-054**

has satisfactorily complete
**Substance Using Behaviors Workbook**

*and is hereby awarded this certificate,*
*day on June 6th, 2022.*

Dr. Alcide
Staff Psychologist



# U.S. Department of Justice
## Federal Bureau of Prisons

# Certificate of Completion

This certificate is presented to

*Ethan Melzer*

**Business Acumen**

*Corporate Skills Training Program provided by the Education Department at MDC Brooklyn*

A. Delgado– Education Specialist
September 16, 2022



Certificate of Completion

Metropolitan Detention Center, Brooklyn
Brooklyn, New York

THIS CERTIFIES THAT

ETHAN MELZER

76447-054

has satisfactorily completed

SELF-HELP: DAILY LIFE

and is hereby awarded this certificate, this 3rd Day of June 2022

Dr. Trauffer
Staff Psychologist

*Certificate of Completion*

Metropolitan Detention Center, Brooklyn
Brooklyn, New York

THIS CERTIFIES THAT

# ETHAN MELZER

76447-054

*has satisfactorily completed*

# SELF HELP: LESSONS LEARNED

*and is hereby awarded this certificate, this 8th Day of February 2022.*

Dr. Trauffer
Staff Psychologist

# Certificate of Completion

Metropolitan Detention Center, Brooklyn
Brooklyn, New York

THIS CERTIFIES THAT

## ETHAN MELZER

76447-054

*has satisfactorily completed*

# SELF-HELP: MY HEALTHY THINKING

*and is hereby awarded this certificate, this 21st day of April 2022.*

Dr. Trauffer
Staff Psychologist



# U.S. Department of Justice
## Federal Bureau of Prisons

# Certificate of Completion

This certificate is presented to

*Ethan Melzer*

**Ten Soft Skills You Need**

*Corporate Skills Training Program provided by the
Education Department at MDC Brooklyn*



A. Delgado– Education Specialist

**August 12, 2022**



# MDC Brooklyn
# Recreation Department

This is to Certify that

## Ethan Melzer

Has Successfully Completed

## Sentry Recreation and Leisure Course

At MDC Brooklyn

This certificate is hereby issued this 11th day of September 2021

_D. Ranalli_

Recreation Specialist



# MDC Brooklyn
# Recreation Department

This is to Certify that

## Ethan Metzer

Has Successfully Completed

## Diabetes and You Sentry Course

At MDC Brooklyn

This certificate is hereby issued this 6th day of May 2022

### K. white

Recreation Specialist

# EXHIBIT O

Date:     01/30/2023
Time:     03:13 PM

User ID:  TF52802

Location: BRO

Federal Bureau of Prisons
TRUPAID
**Inmate Transactions History Report**
**Sensitive But Unclassified**

Register #: 76447054
Fiscal      2022

Inmate Name:  MELZER, ETHAN P

| Entered Date | Pay Period | Tranx Status | User Id | Department | Pay Area | Rate | Hours | Reg Pay | Bonus | Special Bonus | Achvmnt Awards | Special Awards | Total Pay |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/11/2022 11:18:49 AM | SEPTEMBER 2022 | TRUFACS | TF52802 | FOOD SERVICE | FOOD SRV 1 | $0.12 | 175.00 | $21.00 | $0.00 | $0.00 | $0.00 | $0.00 | $21.00 |
| 9/6/2022 10:40:54 AM | AUGUST 2022 | TRUFACS | TF52802 | FOOD SERVICE | FOOD SRV 7 | $0.12 | 175.00 | $21.00 | $0.00 | $0.00 | $0.00 | $0.00 | $21.00 |

Transaction Status Legend

| | |
|---|---|
| Inactive | - the transaction has been saved and then removed prior to TRUFACS posting. |
| Entry | - the transaction is in data entry mode. |
| Review | - the transaction is in Department or IPC review mode. |
| Ready | - the transaction has been marked as "Ready for TRUFACS Extraction" |
| TRUFACS | - the transaction has been picked up by TRUFACS and posted to the inmate account. |
| Adv Pay | - the transaction has been posted to the inmate account as advance payroll. |

Date: 01/30/2023
Time: 03:15 PM

User ID: TFS2802

Location: BRO

Federal Bureau of Prisons
TRUPAID
**Inmate Transactions History Report**
**Sensitive But Unclassified**

Register #: 76447054
Fiscal 2023

Inmate Name: MELZER, ETHAN P

| Entered Date | Pay Period | Tranx Status | User Id | Department | Pay Area | Rate | Hours | Reg Pay | Bonus | Special Bonus | Achvmnt Awards | Special Awards | Total Pay |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1/30/2023 3:15:17 PM | JANUARY 2023 | Entry | TFS2802 | FOOD SERVICE | FOOD SRV 5 | $0.12 | 175.00 | $21.00 | $10.00 | $0.00 | $0.00 | $0.00 | $31.00 |
| 1/6/2023 7:59:41 AM | DECEMBER 2022 | TRUFACS | TF18956 | FOOD SERVICE | FOOD SRV 6 | $0.12 | 175.00 | $21.00 | $0.00 | $0.00 | $0.00 | $0.00 | $21.00 |
| 12/1/2022 2:56:26 PM | NOVEMBER 2022 | TRUFACS | TFS2802 | FOOD SERVICE | FOOD SRV 6 | $0.12 | 175.00 | $21.00 | $0.00 | $0.00 | $0.00 | $0.00 | $21.00 |

Transaction Status Legend

Inactive     - the transaction has been saved and then removed prior to TRUFACS posting.
Entry        - the transaction is in data entry mode.
Review       - the transaction is in Department or IPC review mode.
Ready        - the transaction has been marked as "Ready for TRUFACS Extraction"
TRUFACS      - the transaction has been picked up by TRUFACS and posted to the inmate account.
Adv Pay      - the transaction has been posted to the inmate account as advance payroll.

# EXHIBIT P

**Table 15**

**SENTENCE IMPOSED BY TYPE OF CRIME[1]**
**Fiscal Year 2021**

| TYPE OF CRIME | SENTENCE LENGTH[2] | | | LENGTH OF IMPRISONMENT[3] | | |
|---|---|---|---|---|---|---|
| | Mean Months | Median Months | N | Mean Months | Median Months | N |
| **TOTAL** | **48** | **24** | **57,286** | **52** | **29** | **52,300** |
| **Administration of Justice** | 13 | 8 | 512 | 17 | 12 | 369 |
| **Antitrust** | 3 | 3 | 6 | -- | -- | 1 |
| **Arson** | 63 | 48 | 79 | 64 | 48 | 77 |
| **Assault** | 57 | 36 | 668 | 63 | 39 | 601 |
| **Bribery/Corruption** | 20 | 12 | 247 | 26 | 18 | 179 |
| **Burglary/Trespass** | 23 | 14 | 64 | 25 | 18 | 57 |
| **Child Pornography** | 108 | 90 | 1,215 | 109 | 92 | 1,199 |
| **Commercialized Vice** | 14 | 11 | 114 | 23 | 18 | 65 |
| **Drug Possession** | 1 | 0 | 309 | 3 | 0 | 111 |
| **Drug Trafficking** | 74 | 60 | 17,608 | 76 | 60 | 16,990 |
| **Environmental** | 2 | 0 | 173 | 5 | 2 | 40 |
| **Extortion/Racketeering** | 25 | 15 | 116 | 32 | 24 | 88 |
| **Firearms** | 48 | 37 | 8,150 | 51 | 40 | 7,675 |
| **Food and Drug** | 9 | 1 | 47 | 20 | 14 | 20 |
| **Forgery/Counter/Copyright** | 16 | 12 | 137 | 19 | 15 | 107 |
| **Fraud/Theft/Embezzlement** | 20 | 12 | 4,571 | 28 | 18 | 3,202 |
| Immigration | 13 | 8 | 16,937 | 13 | 9 | 16,164 |
| **Individual Rights** | 32 | 3 | 69 | 72 | 46 | 30 |
| **Kidnapping** | 166 | 123 | 92 | 168 | 124 | 91 |
| **Manslaughter** | 69 | 59 | 56 | 70 | 60 | 55 |
| **Money Laundering** | 57 | 30 | 1,028 | 64 | 37 | 908 |
| **Murder** | 244 | 231 | 257 | 245 | 233 | 256 |
| **National Defense** | 37 | 26 | 217 | 42 | 30 | 189 |
| **Obscenity/Other Sex Offenses** | 22 | 18 | 298 | 23 | 19 | 288 |
| **Prison Offenses** | 11 | 8 | 532 | 11 | 8 | 513 |
| Robbery | 104 | 90 | 1,300 | 106 | 93 | 1,275 |
| **Sexual Abuse** | 211 | 180 | 1,062 | 212 | 180 | 1,057 |
| **Stalking/Harassing** | 26 | 18 | 219 | 29 | 21 | 194 |
| Tax | 14 | 12 | 421 | 20 | 15 | 271 |
| Other | 2 | 0 | 782 | 5 | 1 | 228 |

[1]  Of the 57,287 cases, one was excluded due to missing or indeterminable sentencing information.  Sentences of 470 months or greater (including life) were included in the sentence average computations as 470 months.  Descriptions of variables used in this table are provided in Appendix A.

[2]  Sentences of probation only are included here as zero months of imprisonment.  In addition, the information presented in this column includes conditions of confinement as described in USSG §5C1.1.

[3]  Length of imprisonment does not include probation or any conditions of confinement as described in USSG §5C1.1.

SOURCE:  U.S. Sentencing Commission, 2021 Datafile, USSCFY21.

# EXHIBIT Q

| Participant | Content |
|---|---|

1  AB: Stop the curiosity with these groups. It's trouble. Guys like you shouldn't be hanging out in those
2  groups. You did a great thing man – you were about to deploy. You got your life on track.

3  EM: Yes, sir.

4  AB: So, think about all the good things you got going for you because this isn't the end today. This isn't
5  the end today. This is the beginning of a new beginning.

6  EM: Is there any way… alright, so, uh, my bad, my bad.

7  AB: What? Take a break. Think about what you want. Don't say anything. Think about what you want to
8  say.

9  EM: Is there any way I can help you all?
10  AB: Maybe. Why don't you think about it? Think about it. Think about it for a minute. I like that you
11  asked that question, right. And I appreciate that question. So, think about what you just offered me,
12  right?
13  EM: Yes sir.

14  AB: I'm going to step out for another minute and I'm going to come back because I like it and I
15  appreciate that offer. Ok? So think about it.

16  EM: Cause I don't know if you guys like information about them but it's not like I could just…

17  AB: I know where you're going. Think about what you think… here's my ask of you. I really, really
18  appreciate that you just asked me that question. Honestly. But think about it. I'm from the FBI. Right?
19  EM: Yes sir.

20  AB: So, I know a lot about these organizations. So, it's not going to be information that you know I can
21  get on Wikipedia or I can get on Google.

22  EM: No I know sir, people.

23  AB: I'm interested in people, real information about the people. So think about it and we'll come back,
24  ok?  Alright, thanks buddy. You stay?

25  A2: I'm going to stay.

26  EM: [U/I] he was kind pulling on my heartstrings a little bit. How's it been going?

27  A2: You tell me.

28  EM: It's been going alright I guess. I mean I don't know. Like I don't know.

29  A2: Let me ask you an unrelated question.

30  EM: Yeah?

31  A2: Kind of related. When you came in today and you had two phones, right?

32  EM: Yes sir.

33  A2: Do you own another phone?

USAO_02561