USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/24/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X
                             :

UNITED STATES OF AMERICA,          :

                             :

         – against–         :                  1:20-cr-314-GHW

                             :

                             :                  ORDER

ETHAN PHELAN MELZER,         :
    a/k/a "Etil Reggad,"         :

                             :

               Defendant.  :
                             X
------------------------------------------------------------

GREGORY H. WOODS, United States District Judge:

      Earlier today, counsel for the defendant responded to the Court's February 21, 2023 order

(the "Order") requesting that he identify with specificity factual assertions in the presentence report

to which the defendant objects.  Dkt. No. 160.  That submission highlights a number of disputed

issues of fact.  Federal Rule of Criminal Procedure 32(i)(3)(B) states that "[a]t sentencing, the court: .

. . must—for any disputed portion of the presentence report or other controverted matter—rule on

the dispute or determine that a ruling is unnecessary either because the matter will not affect

sentencing, or because the court will not consider the matter in sentencing . . . ."  Fed. R. Cr. P.

32(i)(3)(B).

      As noted in the Order, a number of arguments presented in the Government's sentencing

submission rely on facts that are disputed by the defendant.  Accordingly, the Court solicits the

position of the Government regarding whether a ruling on the disputed facts is unnecessary.  The

Court requests that the Government respond to this request no later than February 27, 2023.  The

defendant may provide his views regarding the question by the same date.  The Court will consider

responses submitted earlier than this deadline.

      SO ORDERED.

Dated:  February 24, 2023
New York, New York

                      GREGORY H. WOODS
                    United States District Judge