

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 1, 2023

**BY ECF**
The Honorable Gregory H. Woods
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

   Re: *United States v. Ethan Phelan Melzer*, S1 20 Cr. 314 (GHW)

Dear Judge Woods:

  Pursuant to the Court's February 27, 2023, Dkt. 165, the parties jointly propose the following edits to the Presentence Report to reflect that a ruling on the disputed facts is unnecessary:

- Paragraph 18: "**In 2020, MELZER claimed that his membership in O9A began with** ~~MELZER's own statements link his membership in~~ ~~O9A~~ his first 'insight role' for the organization, which **he stated** involved gang- and narcotics-related activities beginning in 2016."

- Paragraph 20: "In 2020, MELZER stated ~~affirmed~~ that his gang and drug activity was not only an insight role, but also constituted 'sinister deeds' directly connected to his self-initiation into O9A, writing, 'Well we've talked about it a little but first actual insight role was being a runner for some bhbs when I was younger. That was about 4-5 years.'"

- Paragraph 23: The parties agree to strike the following language: "MELZER also told Witness-1 that in 2015 or 2016, MELZER committed a robbery of an individual ('Victim-2') in the street, and shot Victim-2 ('Shooting-2') because Victim-2 refused to provide his wallet."

- Paragraph 25: "In 2018, MELZER enrolled in the U.S. Department of Labor's Job Corps program**[.]** ~~and at that time~~ **By February 2019, while in the Job Corps program, MELZER was researching** ~~researched~~ O9A and its American affiliate, the Temple [sic] ov Blood."

- <u>Paragraph 26</u>: "MELZER enlisted with the U.S. Army in December 2018**[.]** ~~in pursuit of O9A's violent objectives.~~"

                                  Respectfully submitted,

                                  DAMIAN WILLIAMS
                                  United States Attorney

By:          /s/
                            Sam Adelsberg / Matthew Hellman / Kimberly Ravener
                            Assistant United States Attorneys
                            (212) 637-2494 / 2278 / 2358

cc: Defense Counsel (by Email and ECF)