Criminal Notice of Appeal - Form A

**NOTICE OF APPEAL**

United States District Court

Southern District of New York

ORIGINAL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/10/2023

Caption:
United States of America v.

Ethan Melzer

Docket No.: 20 Cr 0314
Hon. Gregory H. Woods
(District Court Judge)

Notice is hereby given that Ethan Melzer appeals to the United States Court of Appeals for the Second Circuit from the judgment ✓, other ☐ _____ (specify)
entered in this action on 3/6/2023 (date).

This appeal concerns: Conviction only ☐  Sentence only ☐  Conviction & Sentence ✓  Other ☐
Defendant found guilty by plea ✓ | trial ☐ | N/A ☐
Offense occurred after November 1, 1987? Yes ✓  No ☐  N/A ☐
Date of sentence: 3/3/2023   N/A ☐
Bail/Jail Disposition: Committed ✓   Not committed ☐   N/A ☐

Appellant is represented by counsel? Yes ✓ | No ☐   If yes, provide the following information:

Defendant's Counsel: Barry D. Leiwant, Esq.
Counsel's Address: Federal Defenders of New York
52 Duane Street, 10th Floor, New York, NY 10007
Counsel's Phone: (212) 417-8742

Assistant U.S. Attorney: Samuel S. Adelsberg, Esq.
AUSA's Address: One St. Andrew's Plaza
New York, NY 10007
AUSA's Phone: (347) 501-0979

_____
Signature