UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ETHAN PHELAN MELZER,

Movant,

-against-

UNITED STATES OF AMERICA,

Respondent.

1:26-CV-0088 (GHW)

1:20-CR-0314 (GHW)

ORDER TO ANSWER, 28 U.S.C. § 2255

GREGORY H. WOODS, United States District Judge:

The Court, having concluded that the motion, brought pursuant 28 U.S.C. § 2255, should not be summarily denied as being without merit, hereby ORDERS that:

The Clerk of Court shall electronically notify the Criminal Division of the United States Attorney's Office for the Southern District of New York that this order has been issued.

Within 60 days of the date of this order, the United States Attorney's Office shall file an answer or other response to the motion. Movant shall have 30 days from the date on which Movant is served with Respondent's answer or other response to file a reply. Absent further order, the motion will be considered fully submitted as of that date. All further papers filed or submitted for filing must include the criminal docket number and will be docketed in the criminal action.

The Clerk of Court, in addition to electronically notifying the Criminal Division of the U.S. Attorney's Office for the Southern District of New York as directed above, is also directed to mail a copy of this order to Mr. Ethan Melzer.

SO ORDERED.

Dated:    January 8, 2026
          New York, New York

_____
GREGORY H. WOODS
United States District Judge